AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR - 5 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| KAREN WHITE, and others similarly situated )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>BMW OF NORTH AMERICA, LLC. )<br>)<br>*Defendant* ) | Civil Action No. 3:12cv115 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BMW OF NORTH AMERICA, LLC.
SERVE: CT CORPORATION SYSTEM, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/14/2012

*Signature of Clerk or Deputy Clerk*

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Jabrel Samuel

Tyler Puryear

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

_____
Tinika C. Baylor
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Tinika C. Baylor, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this ___9___ day of _Dec._, ~~2010~~ 2011

#286804

_____
Notary Public
Teresa Brown

3/22/12
3/16/12

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA

STATE/COMMONWEALTH OF: VA

312271 - 1

KAREN WHITE

In re / v.

BMW OF NORTH AMERICA, LLC

CASE NO:

**3:12CV115**

PERSON FOUND IN CHARGE BMW OF NORTH AMERICA, LLC

CT CORPORATION SYSTEM, REG AGENT

4701 COX RD STE 301, GLEN ALLEN, VA 23060

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL CASE
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 2/23/2012 @ 11:36 AM

METHOD OF SERVICE:

Being unable to make personal service, a copy was delivered in the following manner:

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:

ADAM CARR

Dated: 2/24/2012   Signature

Name: TOM HOLLOWAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

TOM HOLLOWAY

who is personally known to me.

Date: 2/24/2012

My commission expire 8/31/2012

Signature of Notary Public: MICHAEL L. MCWHORTER, REG #23762

MICHAEL L. MCWHORTER, REG #23762
Notary Public
Commonwealth of Virginia
My Commission Expires: 8/31/2012

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DAWN CHAFFER

312271 - 1