Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:12-cv-115 , Case Name  White v. BMW of North America, LLA
Party Represented by Applicant: BMW of North America, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Rosemary Joan Bruno
Bar Identification Number NJ20141976    State New Jersey
Firm Name Buchanan Ingersoll & Rooney PC
Firm Phone # 973-273-9800    Direct Dial # 973-424-5600    FAX # 973-273-9430
E-Mail Address rosemary.bruno@bipc.com
Office Mailing Address 550 Broad Street, Suite 810, Newark, New Jersey 07102

Name(s) of federal court(s) in which I have been admitted DNJ, SDNY & EDNY; Second & Third Circuit Courts of Appeal, US Supreme Ct

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____  am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*Rosemary Joan Bruno*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

*John Hamilton Korns II*   Feb. 29, 2012
(Signature)    (Date)
John Hamilton Korns II   19440
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____    _____
(Judge's Signature)    (Date)