**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



KAREN WHITE,

    Plaintiff,

v.                                      Civil Action No. 3:12cv115

BMW OF AMERICA, LLC,

    Defendant.

**ORDER**

Having reviewed MOTION OF JOHN H. KORNS TO WITHDRAW AS COUNSEL FOR DEFENDANT (Docket No. 11), it is hereby ORDERED that the motion is granted. It is further ORDERED that the Clerk shall remove John H. Korns, Esquire as counsel of record for the defendant herein.

It is so ORDERED.

                                                /s/   REP
                                                Robert E. Payne
                                                Senior United States District Judge

Richmond, Virginia
Date: March 26, 2012