# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| KAREN WHITE, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No. 3:12-cv-115 (REP) |

## NOTICE OF FILING AMENDED EXHIBITS

PLEASE TAKE NOTICE THAT on April 16, 2012, Defendant BMW of North America, LLC ("BMW NA") filed a Declaration of Christopher J. Dalton In Support of BMW NA's Motion to Dismiss Plaintiff's Individual Warranty Claims, with supporting Exhibits 1-3 (Doc. No. 15) and a Declaration of Christopher J. Dalton In Support of BMW NA's Motion to Dismiss Plaintiff's Class Action Allegations, with supporting Exhibits 1-3 (Doc. No. 18). Two of the Exhibits were inadvertently filed out of order, so BMW NA hereby attaches corrected Exhibits 1-3 to Doc. No. 15 and Doc. No. 18.

April 17, 2012

/s/ Rachel Elsby
Rachel Elsby, Esq. (VSB # 81389)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone: 703-836-6620
Facsimile: 703-836-2021
rachel.elsby@bipc.com

         Rosemary J. Bruno (*pro hac vice*)
         Christopher J. Dalton (*pro hac vice*)
         BUCHANAN INGERSOLL & ROONEY PC
         550 Broad Street, Suite 810
         Newark, New Jersey 07102-4582
         Telephone:  973-273-9800
         Facsimile:  973-273-9430
         christopher.dalton@bipc.com

         *Attorneys for Defendant,*
          *BMW of North America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2012, I will electronically file the foregoing **NOTICE OF FILING AMENDED EXHIBITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

    Susan M. Rotkis (VSB #40693)
    CONSUMER LITIGATION ASSOCIATES, P.C.
    12515 Warwick Boulevard, Suite 100
    Newport News, Virginia 23606
    Telephone:  757-930-3660
    srotkis@clalegal.com

    *Attorney for Plaintiff Karen White*

April 17, 2012         s/Rachel Elsby
              Rachel Elsby, Esq. (VSB # 81389)
              BUCHANAN INGERSOLL & ROONEY PC
              1737 King Street, Suite 500
              Alexandria, Virginia 22314-2727
              Telephone:  703-836-6620
              Facsimile:  703-836-2021
              rachel.elsby@bipc.com

              *Attorney for Defendant,*
              *BMW of North America, LLC*