# EXHIBIT 2

# CONSUMER LITIGATION ASSOCIATES, P.C.

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
12515 Warwick Blvd. Suite 100
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Road
Alexandria, Virginia 22314

Gary L. Abbott, Esquire
garyabbott9@msn.com
(757) 930-3660 Phone
(757) 930-3662 Facsimile

REPLY TO: HAMPTON ROADS OFFICE

September 27, 2011

VIA FAX (703) 591-5863 and U.S. Mail
P.H. Harrington, Jr., Esq.
Lipshultz and Hone, Chartered
4160 Chain Bridge Road
Fairfax, VA 22030

Re: Karen White v. BMW of North America, LLC; Case No. CL10-541

Dear Pat:

This is to confirm our telephone conference of 3:55 p.m., this date, September 27, 2011, wherein I advised you that the Plaintiff is taking a Nonsuit in the referenced matter. Please note that the depositions scheduled for tomorrow, September 27, 2011, are also hereby cancelled.

I will be advising the court of same tomorrow by telephone call to Ms. Walliser and by filing Notice of Nonsuit.

Please call if there are any questions or concerns.

Sincerely yours,

Gary L. Abbott

GLA/bms
cc: Karen White