UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| KAREN WHITE, and others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:12-cv-115 |
| | : |
| BMW OF NORTH AMERICA, LLC, | : |
| | : |
| Defendant. | : |

**CONSENT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR
BMW OF NORTH AMERICA, LLC'S MOTIONS TO DISMISS**

Plaintiff Karen White ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"), by counsel and pursuant to Local Civil Rule 7(F)(2) of the U.S. District Court for the Eastern District of Virginia, respectfully file this Consent Motion for an extension of the briefing schedule on BMW NA's Motion to Dismiss Plaintiff's Warranty Claims and to Dismiss Class-Action Allegations (Doc. Nos. 13, 16). In support of this Motion, the parties state:

1. Pursuant to Local Civil Rule 7(F)(2), on March 21, 2012, the Court entered a Consent Order extending to April 16, 2012 BMW NA's time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (Doc. No. 10).

2. On April 16, 2012, pursuant to Fed. R. Civ. P. 12(b)(6), BMW NA filed a Motion to Dismiss Plaintiff's Warranty Claims and to Dismiss Plaintiff's Class-Action Allegations (Doc. Nos. 13, 16).

3. Pursuant to Local Civil Rule 7(F)(1), Plaintiff's Opposition to the motion is due April 30, 2012 and BMW NA's Reply is due May 7, 2012.

4. Counsel have conferred and have agreed to the following extensions of time to

brief the motion:

    Plaintiff's Opposition shall be filed on or before **May 14, 2012**

    BMW NA's Reply shall be filed on or before **May 29, 2012**.

5.    This Motion is the parties' first request for an extension of time to file briefs on BMW NA's motion.

6.    A proposed Agreed Order providing for this extension is attached hereto as Exhibit "A."

WHEREFORE, the parties respectfully request that the Court grant this Motion.

    /s/ Rachel Elsby
Rachel Elsby, Esq. (VSB # 81389)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone:  703-836-6620
Facsimile:  703-836-2021
rachel.elsby@bipc.com

Rosemary J. Bruno (*pro hac vice*)
Christopher J. Dalton (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
Telephone:  973-273-9800
Facsimile:  973-273-9430
christopher.dalton@bipc.com

*Attorneys for Defendant,*
 *BMW of North America, LLC*

    /s/ Susan M. Rotkis
Susan M. Rotkis (VSB #40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd Suite 1A
Newport News, Virginia 2360
757-930-3660
srotkis@clalegal.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2012, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF BRIEFING SCHEDULE with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

>Susan M. Rotkis (VSB #40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Suite 1A
>Newport News, Virginia 23601
>Attorneys for Plaintiff,

>  /s/ Rachel Elsby
>Rachel Elsby, Esq. (VSB # 81389)
>BUCHANAN INGERSOLL & ROONEY PC
>1737 King Street, Suite 500
>Alexandria, Virginia 22314-2727
>Telephone:  703-836-6620
>Facsimile:  703-836-2021
>rachel.elsby@bipc.com