IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHIITE,**

   **Plaintiff**

v.            CIVIL NO. 3:12-cv-00115-REP

**BMW OF NORTH AMERICA, LLC.,**

   **Defendant.**

## PLAINTIFF'S CONSENT TO MAGISTRATE JURISDICTION

Pursuant to this Court's Order of May 2, 2012 (Docket No. 30), Plaintiff hereby provides notice of her consent to magistrate jurisdiction for all purposes in this matter.

         Respectfully submitted,

         **KAREN WHITE**,

         _____/s/_____
         Leonard A. Bennett, Esq.
         VSB #37523
         Attorney for Plaintiff
         CONSUMER LITIGATION ASSOCIATES, P.C.
         763 J. Clyde Morris Blvd., Suite 1-A
         Newport News, Virginia 23601
         (757) 930-3660 - Telephone
         (757) 930-3662 – Facsimile
         E-mail: lenbennett@cox.net

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 4th day of May, 2012, I will file the foregoing Plaintiff's Consent to Magistrate Jurisdiction electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher James Dalton
Buchanan Ingersoll & Rooney, PC
550 Broad Street
Suite 810
Newark, NJ 07102
E-mail: Christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney, PC
1737 Kin Street
Suite 500
Alexandria, VA  22314-2727
E-mail:  Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney, PC
550 Broad Street
Suite 810
Newark, NJ 07102
E-mail:  rosemary.bruno@bipc.com

              /s/
             Leonard A. Bennett, Esq.
             VSB #37523
             Attorney for Plaintiff
             CONSUMER LITIGATION ASSOCIATES, P.C.
             763 J. Clyde Morris Blvd., Suite 1-A
             Newport News, Virginia 23601
             (757) 930-3660 - Telephone
             (757) 930-3662 – Facsimile
              E-mail:  lenbennett@cox.net