**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

_____
                                                                :
KAREN WHITE,                                         :
                                                                :
                 Plaintiff,       :
                                                                :
   v.                                                    :   Civil Action No. 3:12-cv-115-REP
                                                                :
BMW OF NORTH AMERICA, LLC,      :
                                                                :
                 Defendant.    :
                                                                :
_____

## DEFENDANT'S CONSENT TO MAGISTRATE JURISDICTION

Pursuant to this Court's Order entered May 3, 2012 (Docket No. 30), Defendant BMW of North America, LLC hereby provides notice of its consent to Magistrate jurisdiction for all purposes in this matter.

May 7, 2012

                  /s/  Rachel Elsby
Rachel Elsby, Esq. (VSB # 81389)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone:  703-836-6620
Facsimile:  703-836-2021
rachel.elsby@bipc.com

Rosemary J. Bruno (*pro hac vice*)
Christopher J. Dalton (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
Telephone:  973-273-9800
Facsimile:  973-273-9430
christopher.dalton@bipc.com

*Attorneys for Defendant,*
  *BMW of North America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2012, I electronically filed the foregoing Consent to Magistrate Jurisdiction with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

>Susan M. Rotkis (VSB #40693)
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Blvd
>Newport News, Virginia 23601
>757-930-3660
>Attorneys for Plaintiff

> /s/ Rachel Elsby
>Rachel Elsby, Esq. (VSB # 81389)
>BUCHANAN INGERSOLL & ROONEY PC
>1737 King Street, Suite 500
>Alexandria, Virginia 22314-2727
>Telephone: 703-836-6620
>Facsimile: 703-836-2021
>rachel.elsby@bipc.com