IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KAREN WHITE,

    Plaintiff,

v.    Civil Action No. 3:12cv115

BMW OF NORTH AMERICA, LLC,

    Defendant.

## ORDER

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge M. Hannah Lauck for all purposes. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 10:15 a.m. May 16, 2012 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak.

It is so ORDERED.

                                            /s/ *REP*
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: May 10, 2012