UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHITE,**

    **Plaintiff,**

                                      CIVIL ACTION NO. 3:12cv00115

**BMW OF NORTH AMERICA, LLC.,**

    **Defendant**

### CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, KAREN WHITE, on behalf of herself and all others similarly situated, by consent and moves the court for leave to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2). The filing of the Amended Complaint will moot the pending Motion to Dismiss. In support of her motion, the Plaintiff supplies the accompanying Memorandum of Law and the Amended Complaint as an exhibit.

        Respectfully Submitted,

        KAREN WHITE,
        For herself and on behalf of all
        similarly situated individuals.


        _____/s/_____
        LEONARD A. BENNETT, VSB #37523
        CONSUMER LITIGATION ASSOCIATES, P.C.
        Attorneys for Plaintiff
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        E-mail: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Christopher James Dalton**
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

**Rachel Jane Elsby**
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

**Rosemary Joan Bruno**
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

          /s/
        LEONARD A. BENNETT, VSB#37523
        CONSUMER LITIGATION ASSOCIATES, P.C.
        Attorney for Plaintiff
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        Email: lenbennett@clalegal.com