UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

    Plaintiff,

v.                                              CIVIL ACTION NO. 3:12cv00115

BMW OF NORTH AMERICA, LLC.,

    Defendant

**AGREED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**

Having reviewed the Consent Motion of Plaintiff for Leave to File and Amended Complaint and Memorandum in Support Thereof, it is hereby ORDERED that:

1. The Plaintiff's Motion for Leave to Amend the Complaint is GRANTED;

2. The Defendant's Motion to Dismiss is DENIED AS MOOT;

3. The Defendant may file any dispositive motion or other responsive pleading to the Amended Complaint provided under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: _____,2012

                                                                Judge

We Ask for This:

_/s/ Susan M. Rotkis_
Susan M. Rotkis (VSB #40693)
Leonard A. Bennett (VSB #37523)

CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd Suite 1A
Newport News, Virginia 23601
757-930-3660
srotkis@clalegal.com
lbennett@clalegal.com

Attorneys for Plaintiffs


Seen & Agreed


Rachel Elsby, Esq. (VSB # 81389)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone: 703-836-6620
Facsimile: 703-836-2021
rachel.elsby@bipc.com

Attorney for the Defendant