IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHIITE,**

        **Plaintiff**

v.                                                                            CIVIL NO. 3:12-cv-00115-REP

**BMW OF NORTH AMERICA, LLC.,**

        **Defendant.**

## PLAINTIFF'S F.R.C.P. 26(a)(1) DISCLOSURES

COMES NOW the Plaintiff, KAREN WHITE, by counsel, and makes the following disclosures:

**I. Individuals likely to have discoverable information**

Plaintiff, KAREN WHITE.

> *All facts.*

Plaintiff's husband, DANIEL LEE WHITE.

Employees of Defendant, BMW of North America, LLC.

> *All facts regarding the subject matter of the complaint.*

Employees of Casey Auto Group/Casey BMW

> *All facts regarding the repairs and/or warranty work to Plaintiff's vehicle and the merchantability of same.*

Employees of Casey Auto Group/Casey BMW

> *All facts regarding the purchase of Plaintiff's vehicle.*

Employees of BBB Auto Line.

> *All facts regarding the Plaintiff's complaint filed with BBB Auto Line.*

Employees of BMW Financial Services.

*All facts regarding the financing of the subject vehicle.*

Employees of Allstate Property and Casualty Insurance Company.

*All facts regarding the premiums paid for insurance on the subject vehicle.*

Judith C. Wells, Treasurer of Isle of Wight.

*All facts regarding payment of personal property taxes on the subject vehicle.*

Unknown persons as may be revealed in discovery.

All witnesses identified by the Defendants.

**II.  Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following documents in his possession and control:

Plaintiff's Bate Stamp Nos.   000001 – 000380


**III. Computation of Damages**

**Itemization Of Damages**

The Plaintiff seeks damages as follows:

*Plaintiff's full purchase price of the vehicle:  $64,956.70*
*Plaintiff's cost of insurance for the vehicle from date of purchase:  $2,506.50*
*Plaintiff's cost of personal property taxes paid from date of purchase: $1,525.86*
*Plaintiff's loss of time at $35.00 per hour:  In excess of $5,000.00*
*Plaintiff's loss of use and enjoyment of the vehicle for an unliquidated amount to be determined at trial, but in exces of $10,000.00.*


Plaintiff reserves the right to further supplement these disclosures.

KAREN WHITE,


_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 3rd day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5611
Fax: (908) 233-5078
Email: jderose@lindabury.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

                /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net