UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

    **Plaintiff,**

v.                                        CIVIL ACTION NO. 3:12cv00115

BMW OF NORTH AMERICA, LLC.,

    **Defendant**

### AGREED ORDER GRANTING MOTION TO EXTEND TIME TO FILE EXPERT DISCLOSURE AND REPORT

The Court having reviewed the Consent Motion of Plaintiff, Karen White, for an Extension of Time to file her Expert Disclosure and Report, it is hereby ORDERED that the Plaintiff shall file same on or before August 3, 2012.

    IT IS SO ORDERED.

/s/ _____
M. Hannah Lauck
United States Magistrate Judge

Dated: July 30, 2012

WE ASK FOR THIS:

_____
LEONARD A. BENNETT, VSB#37523
SUSAN M. ROTKIS, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com

    *Counsel for Plaintiff, Karen White*



RECEIVED
2 0 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

*[signature]*

RACHEL ELSBY, VSB#81389
BUCHANAN INGERSOLL & ROONEY, P.C.
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
(703) 836-2021 facsimile
Rachel.elsby@bipc.com

*Counsel for Defendant, BMW of North America, LLC.*