IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHITE,**

    **Plaintiff,**

v.                                      **CIVIL ACTION NO. 3:12cv00115**

**BMW OF NORTH AMERICA, LLC.,**

    **Defendant**

## PLAINTIFF'S 26(A)(2) EXPERT WITNESS DISCLOSURE AND DESIGNATION

COMES NOW the Plaintiff, KAREN WHITE, by counsel, and discloses the following Expert Witness to testify at trial:

    Randy S. Baker, Sr.
    Virginia's Transportation Claims Service
    P. O. Box 607
    Midlothian, VA 23113

The opinions, qualifications, basis for the opinions and other disclosures required by F.R.C.P. 26(a)(2) are contained in the Plaintiff's Rule 26(a)(2) Expert Witness Report attached to this Designation.

                                                  Respectfully submitted,

                                                  **KAREN WHITE,**

                                                  _/s/_
                                                  Leonard A. Bennett, Esq.
                                                  VSB #37523
                                                  Attorney for Plaintiff
                                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                                  763 J. Clyde Morris Boulevard, Suite 1-A
                                                  Newport News, Virginia 23601
                                                  (757) 930-3660 - Telephone
                                                  (757) 930-3662 – Facsimile
                                                  E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com


                                                              /s/
LEONARD A. BENNETT, VSB#37523
SUSAN M. ROTKIS, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com