**Statewide Coverage**

Serving Richmond, Norfolk/VA Beach,
Northern VA, Bristol, Charlottesville,
Roanoke, Emporia.



Date: 07/31/2012

Serving the entire
State of Virginia

Toll Free
1-866-512-2155

## SUMMARY REPORT

Ref: Karen White
2009 BMW 335d 4Dr Sdn
VIN: WBAPN73569A265980

To whom it may concern,

I performed a physical inspection on the above described vehicle on 07-26-2012. Reviewed multi repair and diagnostic documents provided by vehicle owner and concluded this vehicle has been in the repair shop more than a reasonable amount of occasions for multi repeated operations as the documents show. Also observed this vehicle has sustained an engine replacement.

Researched and compared (See attached) 3 comparable vehicles (same year, make and model) currently for sale. Obtained NADA report. Observed current retail value and New/MSRP value as attached NADA report shows. Calculated and determined Diminished Value has occurred (See attached report).

Concluded and consider this vehicle to be a Lemon based from the excessive mechanical repair history.

I have over 26 years of experience performing Technical Mechanical Inspections and Specialty appraisals on automobiles, large trucks motorcycles and specialty equipment. Certifications/Training include: AMI Smart estimating, EZEst/CCC Collision estimating, UDM/NADA Advanced estimating, Audatex Auto Collision estimating, Mitchell Auto/Truck estimating, Chief Structural/Frame/Unitized Body, I-CAR Collision 2000, I-CAR Body, Refinishing, I-CAR Structural, I-CAR Advanced Vehicle Systems/SRS-Air bag/Passive Restraint Systems, ASE. Etc. (Additional ongoing).

Sincerely,

   Date: 07/31/2012

Randy S Baker Sr
Founder/Virginia's Transportation Claims Service
Statewide Specialty Appraisals
Toll Free 1-866-512-2155
Email: rsbvtc@msn.com
Web: vtcservicesinc.com










**Auto - Motorcycle - Truck**
Statewide Specialty Appraisals

Serving Richmond, Norfolk/VA Beach,
Northern VA, Bristol, Charlottesville,
Roanoke, Emporia.



Date: 07/31/2012

Home Office
Po Box 607
Midlothian VA 23113

Toll Free 1-866-512-2155

# DIMINISHED VALUE REPORT

**CLIENT:** Consumer Litigation Associates, P.C. / Donna Winters
**OWNER:** Karen White   **CLAIM #** N/A   **INSUR. CO:** N/A
**ADDRESS:** 14039 Foursquare Rd,        **TYPE:** Diminished Value
Smithfield, VA 23430   **PHONE:** (C) (757)650-4225

2009 BMW 335d 4Dr Sdn **Ext color:** Black
**VIN:** WBAPN73569A265980 **LIC:** JRRE1 **ST:** VA **ODOMETER:** 141,956 @D.O.I.

## Evaluation of Fair Retail Market Value

3 Comparable Vehicles (SEE ATTACHED) Average current fair market value as of 07-30-2012 = $27,941.00

N.A.D.A (value on date of inspection of 07-26-2012) = $24,875.00

**COMMENTS:** Diminished loss evaluation requested.

Inspected above described vehicle on 07-26-2012 for a Diminished Value Claim. Reviewed multi repair and diagnostic documents provided by vehicle owner and concluded this vehicle has been in the repair shop more than a reasonable amount of occasions for multi repeated operations as the documents show. Also observed this vehicle has sustained an engine replacement.

Researched and determined the Fair Retail Value to be **$24,875.00** on the day of inspection of 07-26-2012. Calculated amount of Diminished Value loss based from: excessive Mechanical repair history. Concluded this vehicle has sustained reduced attraction to potential buyers. This vehicle has at the least sustained a 46% decrease in retail market value **$24,875.00** minus **46%**).

**Diminished Value** $11,442.70

Diminished Value, DV, diminution of value, loss in resale value, accelerated depreciation....it's called many things. It is the direct and actual loss or reduction in an automobile's market value due to its involvement in an accident or other event. The vehicle is then repaired as close as possible to its original condition. Many times a frame or structurally damaged vehicle can not be sold as a "certified used vehicle." This will impact the vehicle's value by as much as 30% to 70%! Would you be willing to pay the same amount for a vehicle that has been wrecked/damaged and repaired compared to a vehicle with no history of repaired damages? In a recent study, 67% of the people surveyed would not buy a car that was in an accident. 33% said they would buy a car that has been in an accident but only if it was being sold for a large discount.

I have over 26 years of experience performing Technical Mechanical Inspections and Specialty appraisals on automobiles, large trucks motorcycles and specialty equipment. Certifications/Training include: AMI Smart estimating, EZEst/CCC Collision estimating, UDM/NADA Advanced estimating, Audatex Auto Collision estimating, Mitchell Auto/Truck estimating, Chief Structural/Frame/Unitized Body, I-CAR Collision 2000, I-CAR Body, Refinishing, I-CAR Structural, I-CAR Advanced Vehicle Systems/SRS-Air bag/Passive Restraint Systems, ASE. Etc. (Additional ongoing).

_____ Date: 07/31/2012

Randy S. Baker Sr.
Virginia's Transportation Claims Service/VTC Services
Statewide Specialty Appraisals
Toll Free 1-866-512-2155

**CONFIDENTIAL!!!**
The information provided herein
including form and format is strictly
confidential and intended for the sole
purpose of the client listed herein.










# VIRGINIA'S TRANSPORTATION
## CLAIMS SERVICE

PO Box 607 Midlothian, VA 23113 Toll Free 1-866-512-2155

**Date:** 07-30-2012

## COMPARABLE VEHICLE REPORT

**CLIENT:** Karen White  **SUBJECT:** 2009 BMW 335d 4-D Sedan Diesel  **VIN:** WBAPN73569A265980

| | Vehicle #1 | Vehicle #2 | Vehicle #3 |
|---|---|---|---|
| Vehicle | | | |
| Year, Make, Model & Trim | 2009 BMW 335d Sedan | 2009 BMW 335d Sedan | 2009 BMW 335d Sedan |
| Price | $25,900.00 | $27,925.00 | $29,998.00 |
| Body Style | Sedan | Sedan | Sedan |
| Mileage | 70,657 | 69,840 | 52,334 |
| Comments | Power Mirrors, Rear Defroster, Turbo Diesel Engine, Auxiliary Audio Input, Power Seats... | Overhead Airbags, Alloy Wheels, CD Audio, Power Locks, Side Airbags, Traction Control... | Navigation System, Automatic Sunroof, Front Seat Heaters, Memory Seats... |
| Exterior Color | Burgundy | White | White |
| Interior Color | Tan | Black | Tan |
| Doors | Four Door | Four Door | Four Door |
| Engine | 6 Cylinder Diesel Turbo | 6 Cylinder Diesel Turbo | 6 Cylinder Diesel Turbo |
| Trans. | 6 Speed Shiftable Automatic | 6 Speed Shiftable Automatic | 6 Speed Shiftable Automatic |
| Drive | 2 wheel drive - rear | 2 wheel drive - rear | 2 wheel drive - rear |
| Fuel Type | Diesel | Diesel | Diesel |
| Seller Info | DZ Motors<br>Rahway, NJ 07065<br>1-888-677-5690 | Team Hillsdale Chrysler Dodge Jeep<br>Hillsdale, MI 49242<br>888-505-9153 | CarMax Hickory NC<br>Hickory, NC 28602<br>1-866-497-5240 |

Avg. combined value/3 comparable vehicles this page = **$27,941.00**



**NADA Official Used Car Guide**
Tuesday, July 31, 2012

**Vehicle Appraisal Retail Value**

| | | | |
|---|---|---|---|
| **Region:** | Eastern - July 2012 | **Reference #:** | |
| **Vehicle Description:** | 2009 BMW 3 Series Sedan 4D 335d | **VIN:** | WBAPN73569A265980 |

| | |
|---|---|
| **NADA Base Clean Retail:** | $32,300 |
| **Mileage Value (141,956 Miles)** | -$7,425 |
| **Accessories Value:** | $0 |
| **NEW/MSRP:** | $43,900 |
| **NADA Adjusted Clean Retail:** | $24,875.00 |



Auto/Truck Damage Appraisal Specialist                                                           Date: 07-31-2012

**Statewide Coverage**

Serving Richmond, Norfolk/VA Beach,
Northern VA, Bristol, Charlottesville,
Roanoke, Emporia.

Serving the entire
State of Virginia

**Toll Free
1-866-512-2155**

# VIN DECODED SPECIFICATIONS / OPTIONS

**CLIENT:** Consumer Litigation Associates, P.C. / Donna Winters
**OWNER:** Karen White   **CLAIM #** N/A   **INSUR. CO:** N/A
**ADDRESS:** 14039 Foursquare Rd,         **TYPE:** Diminished Value
Smithfield, VA 23430   **PHONE:** (C) (757)650-4225

**2009 BMW 335d 4Dr Sdn Ext color:** Black
**VIN:** WBAPN73569A265980   **LIC:** JRRE1   **ST:** VA   **ODOMETER:** 141,956 @D.O.I.

| VIN | WBAPN73569A265980 | | |
|---|---|---|---|
| Year | 2009 | Engine Type | 3.0L L6 DOHC 24V |
| Make | BMW | Driveline | RWD |
| Model | 3-Series | Ground Clearance | No data in. |
| Trim Level | 335d | Front Brake Type | Disc |
| Manufactured In | GERMANY | Rear Brake Type | Disc |
| Body Style | SEDAN 4-DR | Anti-Brake System | 4-Wheel ABS |
| Transmission | 6-Speed Automatic 6-Speed Manual | Standard Seating | 5 |
| MPG Hwy | 33 miles/gallon | Optional Seating | No data |
| MPG City | 22 miles/gallon | Tires | 225/45R17 |
| Dealer Invoice | $40,390 USD | Wheelbase | 108.70 in. |
| MSRP | $43,900 USD | Curb Weight | 3825 lbs |
| Destination Charge | $825 USD | Child Safety Door Locks | Std. |
| Locking Pickup Truck Tailgate | N/A | Power Door Locks | Std. |
| Vehicle Anti-Theft | Std. | 4WD/AWD | N/A |
| ABS Brakes | Std. | Automatic Load-Leveling | N/A |
| Electronic Brake Assistance | Std. | Limited Slip Differential | N/A |
| Locking Differential | N/A | Traction Control | Std. |
| Vehicle Stability Control System | Std. | Driver Airbag | Std. |
| Front Side Airbag | Std. | Front Side Airbag with Head Protection | N/A |
| Passenger Airbag | Std. | Side Head Curtain Airbag | Std. |
| Second Row Side Airbag | N/A | Second Row Side Airbag with Head Protection | N/A |
| Electronic Parking Aid | Opt. | First Aid Kit | N/A |
| Trunk Anti-Trap Device | Std. | Keyless Entry | Std. |
| Remote Ignition | N/A | Air Conditioning | Std. |
| Separate Driver/Front Passenger Climate Controls | Std. | Cruise Control | Std. |
| Tachometer | Std. | Tilt Steering | Std. |
| Tilt Steering Column | Std. | Heated Steering Wheel | Opt. |
| Leather Steering Wheel | Std. | Steering Wheel Mounted Controls | Std. |
| Telescopic Steering Column | Std. | Adjustable Foot Pedals | N/A |
| Genuine Wood Trim | Std. | Tire Pressure Monitor | Std. |
| Trip Computer | Std. | AM/FM Radio | Std. |
| Cassette Player | N/A | CD Player | Std. |
| CD Changer | Opt. | DVD Player | N/A |
| Voice Activated Telephone | N/A | Navigation Aid | Opt. |
| Second Row Sound | N/A | Subwoofer | Opt. |

| Feature | | Feature | |
|---|---|---|---|
| Controls | | | |
| Telematics System | Opt. | Driver Multi-Adjustable Power Seat | Std. |
| Front Cooled Seat | N/A | Front Heated Seat | Opt. |
| Front Power Lumbar Support | Opt. | Front Power Memory Seat | Std. |
| Front Split Bench Seat | N/A | Leather Seat | Opt. |
| Passenger Multi-Adjustable Power Seat | Std. | Second Row Folding Seat | Opt. |
| Second Row Heated Seat | N/A | Second Row Multi-Adjustable Power Seat | N/A |
| Second Row Removable Seat | N/A | Third Row Removable Seat | N/A |
| Cargo Area Cover | N/A | Cargo Area Tiedowns | N/A |
| Cargo Net | N/A | Load Bearing Exterior Rack | Opt. |
| Pickup Truck Bed Liner | N/A | Power Sunroof | Std. |
| Removable Top | N/A | Manual Sunroof | Std. |
| Automatic Headlights | Std. | Daytime Running Lights | Std. |
| Fog Lights | Std. | High Intensity Discharge Headlights | Std. |
| Pickup Truck Cargo Box Light | N/A | Running Boards | N/A |
| Front Air Dam | Std. | Rear Spoiler | Opt. |
| Skid Plate | N/A | Splash Guards | N/A |
| Wind Deflector for Convertibles | N/A | Power Sliding Side Van Door | N/A |
| Power Trunk Lid | N/A | Alloy Wheels | Std. |
| Chrome Wheels | N/A | Full Size Spare Tire | N/A |
| Run Flat Tires | Std. | Steel Wheels | N/A |
| Power Windows | Std. | Electrochromic Exterior Rearview Mirror | Opt. |
| Glass Rear Window on Convertible | N/A | Heated Exterior Mirror | Std. |
| Electrochromic Interior Rearview Mirror | Opt. | Power Adjustable Exterior Mirror | Std. |
| Deep Tinted Glass | N/A | Interval Wipers | Std. |
| Rain Sensing Wipers | Std. | Rear Window Defogger | Std. |
| Rear Wiper | N/A | Sliding Rear Pickup Truck Window | N/A |
| Tow Hitch Receiver | N/A | Towing Preparation Package | N/A |








