U.S. DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Karen White<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-vs-<br><br>BMW of North America, LLC<br><br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  **DEFENDANT BMW NA'S F.R.C.P.**<br>:  **26(A)(2) EXPERT WITNESS**<br>:  **DISCLOSURE AND DESIGNATION**<br>:<br>:<br>:  CIVIL ACTION NO.:3:12-CV-00115-<br>:  REP |

COMES NOW the defendant, BMW of North America, LLC, by counsel and makes the following disclosures pursuant to Court Rules of the following expert witness to testify at trial:

**BRIAN SIME**
BMW of North America
Technical Support Engineer
Market 17 Eastern Region
Montville Plaza
Montvale, NJ 07645

The opinions, qualifications, basis for the opinions and other disclosures required by FRCP 26(a)(2) are contained in Defendant's Rule 26 (a)(2) Expert Report, attached hereto.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  August 15, 2012　　　　By:  s/Rachel Elsby
　　　　　　　　　　　　　　　　　Rachel Jane Elsby (VSB #81389)
　　　　　　　　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY, PC
　　　　　　　　　　　　　　　　　1737 King Street, Suite 500
　　　　　　　　　　　　　　　　　Alexandria, Virginia  22314-2727
　　　　　　　　　　　　　　　　　Telephone:  703-836-6620
　　　　　　　　　　　　　　　　　Facsimile:  703-836-2021
　　　　　　　　　　　　　　　　　rachel.elsby@bipc.com
　　　　　　　　　　　　　　　　　*Counsel for Defendant BMW NA, LLC*

2441538v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2012, I will electronically file the foregoing **DEFENDANT BMW NA'S F.R.C.P. 26(A)(2) EXPERT WITNESS DISCLOSURE AND DESIGNATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Susan Rotkis, Esq
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA  23601
>srotkis@clalegal.com
>lenbennett@clalegal.com
>Phone:  757-930-3660
>Fax:  757-930-3662

August 15, 2012

       s/Rachel Elsby
Rachel Elsby, Esq. (VSB # 81389)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone: 703-836-6620
Facsimile: 703-836-2021
rachel.elsby@bipc.com

*Attorney for Defendant,
BMW NA, LLC*