IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHIITE,**

        **Plaintiff**

v.                                                           CIVIL NO. 3:12-cv-00115-REP

**BMW OF NORTH AMERICA, LLC.,**

        **Defendant.**

**<u>PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES</u>**

COMES NOW the Plaintiff, KAREN WHITE, by counsel, and makes the following supplemental disclosures:

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following supplemental documents in her possession and control:

Plaintiff's Bate Stamp Nos. 000381 – 000397 *(To be produced to Defendant's counsel under separate cover)*

Plaintiff reserves the right to further supplement these disclosures.

                                                KAREN WHITE,

                                                _____/s/_____
                                                Leonard A. Bennett, Esq.
                                                VSB #37523
                                                Attorney for Plaintiff
                                                CONSUMER LITIGATION
                                                ASSOCIATES, P.C.
                                                763 J. Clyde Morris Boulevard, Suite 1-A
                                                Newport News, VA 23601
                                                (757) 930-3660 - Telephone
                                                (757) 930-3662 – Facsimile
                                                lenbennett@cox.net

## *CERTIFICATE OF SERVICE*

    I hereby certify that on this 17th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
Email: christopher.dalton@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
Email: jderose@lindabury.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

John H. Korns
Buchanan Ingersoll & Rooney PC (DC)
1700 K Street NW
Suite 300
Washington, DC 20006-3807
Email: john.korns@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
Email: Rachel.Elsby@bipc.com

2

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
Email: rosemary.bruno@bipc.com

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net