IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

                    Plaintiff

v.       v.                                    CIVIL NO. 3:12-cv-00115-REP

BMW OF NORTH AMERICA, LLC.,

                    Defendant.

DECLARATION OF KAREN WHITE

Pursuant to 28 U.S.C. §1746, I, Karen White, declare the following:

1.    On or about May 29, 2009, I purchased a 2009 BMW/3 series/335, VIN number
      WBAPN753569A265980.

2.    The purchase contract by which I purchased this new BMW automobile from
      Casey BMW is as attached hereto as Exhibit "A".

3.    I purchased this automobile for my own household and personal use.

4.    I financed the purchase and thereby paid $ 64,956.70, the "Total Sale Price" in the
      contract.

5.    My vehicle was purchased with a no-cost BMW Maintenance Program providing
      for coverage of 4 years/50,000 miles from the original in-service date, whichever
      comes first.

6.    I first began having mechanical problems with the vehicle as early as November
      2009 and the vehicle has had continuous mechanical problems since.

7.    I have had to have my vehicle serviced on more than a dozen occasions, the latest
      of which was due to an engine replacement causing me to be without my vehicle

for approximately 50 days.

8.      When I purchased the vehicle I expected to purchase a vehicle "free of defects",

        however, I have had continuous mechanical break downs starting as early as four

        months after the date of purchase and believe the vehicle is not in good

        mechanical condition and not merchantable.

9.      Most of my repair attempts are as detailed in the attached BMW service history

        and service records provided to me by BMW and Casey BMW, attached as

        Exhibit "B".

10.     The vehicle was in the shop and was repaired as follows:

9/12/09-            Performed Standard Scope per DCS. Oil&filter changed. Installed
                    microfilter. Drained & refilled diesel exhaust fluid. Set tire pressures.

11/19/09-           Performed standard scope per DCS. Oil & filter changed.
                    Customer states headlamps not working properly. Had fault for left
                    headlights stepper motor controlled the test plan, determined that the
                    left SMC was the module at fault. Left headlamp stepper motor
                    controller must be replaced. Replaced SMC to spec. Programmed
                    with CAS.

                            (In Shop 13 days)

12/28/09-           Standard maintenance - oil & filter change. Diesel exhault fluid to be
                    changed. Tech found brake light bulb out. Bulb burnt. Replaced LF
                    brake bulb.

2/1/10-             Standard maintenance - vehicle fault memory read. Vehicle check
                    performed.

2/19/10-            SRS/Airbag -light is on. Wires under driver seat -replaced control
                    unit. Removed driver seat & repaired both wires for head restraint.
                    Customer states car will not start in a certain amount of miles.
                    Inspected & found vehicle low on diesel exhaust fluid. Topped off
                    fluid.

                            (In Shop 7 days)

4/1/10-             Light switch wires. Customer states car will not start in a certain

amount of miles. Inspected & found vehicle low on diesel exhaust fluid. Topped off fluid and checked for leaks.

4/28/10-      Windshield cracked. Oil& filter change. Replaced fuel filter.

6/1/10-       2ND TIME- Seatbelt light does not go off after buckling. Found that the problem is due to customer leaving luggage on seat causing it to trigger. Advised customer of how seat occupancy detector can be set off by luggage.

              (In Shop 3 days)

6/25/10-      Headlamp bulb warning. Could not verify all light operating normal. Customer states at times several warning lights come on/off – Coolant & service indicators; check fluids; TPMS light on drivers rear tire.

              (In Shop 5 days)

6/30/10-      Customer states high pitch noise coming from behind frt seat –ck speakers. Could not verify.

6/30/10-      Low oil light on. Found ½ qt low.

              (In Shop 2 days)

7/20/10-      Vehicle feels like its missing, not running well. Running rough.

              Found Buliten, found fault. Clean metering valve.

              Customer states side rear speaker making a crackling noise. High pitch loud noise. Could not duplicate.

              Customer states service engine soon light on/off at times. Short tested. Found faults. Instructed to replace throttle valve.

              (In Shop 7 days)

8/7/10-       Engine runs rough. Inspected and tested. Found faults.

8/30/10-      Engine light coming on. Had fault. Metering valve operating but is clogged with crystallized def. Valve cleaned out 2 weeks ago. Needs

new valve.

(In Shop 4 days)

9/10/10-    Check engine light.  Customer states vehicle idles low/shakes, acts
            like it is cutting off.  Found diesel engine failure due to valve cover
            crank case ventilation system malfunction.    Replaced diesel engine,
            turbos, dpf, intercooler, 6 injector

            (In Shop 42 days)

10/30/10-   Check engine light on.  Cleared fault memor, found vacuum line to
            turbo shut off and not properly controlling boost causing faults.
            Found leak at main actuator.  Replaced vacuum line.

            (In Shop 50 days)
1/25/11     Front seat belt inoperable. Could not duplicate. Dash light
            malfunction. Replaced rear taillight.

2/15/11     Warning indicator on dash.  Diesel Exhaust Fluid low.

3/18/11     Oil and filter change.  Undercarriage repairs from hitting curb.

5/2/11      Warning light on dash.  Diesel Exhaust fluid filled.  Vehicle shakes at
            high speed.  Tires replaced.

11.    I contacted BMW in multiple ways:  through its dealer and directly (by phone and
       in writing) once these repairs started, but before BMW's last attempts to remedy
       the automobile's defects.

12.    After I began trying to obtain a buyback of my automobile from BMW in
       litigation, I learned for the first time that BMW was going to try and claim that
       some or all of the vehicle defects were caused by my use of illegal or high sulfur
       gasoline.

13.    I do not use gas stations that sell high sulfur gasoline.  In fact, I most frequently
       purchase gasoline from a "Royal Farms" gas station that sells only "Ultra-Low
       Sulfur Highway Diesel Fuel" and have personally taken the photographs attached

hereto as Exhibit "C" to show this fact.

14.   I have asked BMW to repurchase the automobile or to refund my money and loan. It has refused to do either.

15.   I have paid $4,896.85 for insurance on the vehicle.

16.   I have paid $2,677.19 for the property taxes on the vehicle.

17.   I have lost time from work in excess of 30 hours due to seeking necessary repairs of the vehicle. I earn approximately $35.00 per hour.

18.   I have incurred additional unliquidated damages for the loss of use and convenience of my automobile. However, after consultation with my attorneys, I would forego those in order to allow determination of my case by my Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED this **17th** day of August 2012.

Karen White

# BMW Financial Services
## Motor Vehicle Retail Installment Contract - Virginia



### 1. PARTIES

| BUYER(S) | SELLER |
|---|---|
| Name   KAREN L WHITE | Name   CASEY BMW |
| Address (include County and Zip Code) | Address |
| 14039 4 SQUARE RD | 12861 JEFFERSON AVE |
| SMITHFIELD VA 23430 | NEWPORT NEWS VA 23608 |
| Billing Address (if different) | |
| | DATE OF CONTRACT  05/29/2009 |

This Motor Vehicle Retail Installment Contract ("Contract") is entered into between the buyer(s) ("Buyer") and the seller ("Seller") named above. Unless otherwise specified, "I", "me" and "my" refer to the Buyer and "you" and "your" refer to the Seller or Seller's assignee. "Vehicle" refers to the vehicle described below. I promise to pay Seller the Total of Payments shown below in accordance with the Payment Schedule shown below. I acknowledge that I am purchasing the Vehicle from Seller on an installment basis and accept the Vehicle in its present condition, including all its equipment, parts and accessories.

### 2. VEHICLE

| ☒New | Year | Make | Model | Vehicle Identification Number | Odometer Reading | ☒ Personal Use |
|---|---|---|---|---|---|---|
| ☐ Used | 2009 | BMW | 3 SERIES | WBAPH735X9A265983 | 2 | ☐ Business Use |
| ☐ Telephone ☐ CD Player | | | (specify) ☐ | | (specify) ☐ | (specify) |

### 3. CREDIT DISCLOSURES
e=estimate

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ 5000.00 |
|---|---|---|---|---|
| 9.90 % | $ 7129.66 e | $ 52777.04 | $ 59956.70 e | $ 64956.70 e |

### 4. PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 696.07 | Monthly, beginning 07/13/2009 |
| 1 Balloon Payment (if applicable) | 18192.50 | DUE ON 06/13/2014 |

**SECURITY.** I am giving a security interest in the Vehicle.
**LATE CHARGE.** If all or any portion of a payment is more than 7 days late, I will be charged 5% of that payment.
**PREPAYMENT.** If I pay off this Contract early, I will not have to pay a penalty.

Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and the right to require repayment in full before the scheduled maturity date.

### 5. ITEMIZATION OF AMOUNT FINANCED

**A. CASH PRICE**

| | | |
|---|---|---|
| (1) Cash Price of Vehicle and Accessories | $ | 46875.00 |
| (2) Sales Tax | + | 1551.27 |
| (3) Other (Describe) N/A | + | N/A |
| (4) Other (Describe) N/A | + | N/A |
| (5) Other (Describe) N/A | + | N/A |
| (6) Total Cash Price | = | 48426.27 |

**B. DOWN PAYMENT**

| | | |
|---|---|---|
| (1) Net Value of Trade-In (Gross Allowance $ N/A /Payoff $ N/A) | | |
| (Year ___ Make ___ Model ___) | $ | N/A |
| (2) Cash Down Payment | + | 5000.00 |
| (3) Manufacturer's Rebate Assigned to Seller | + | N/A |
| (4) Other (Describe) N/A | + | N/A |
| (5) Total Down Payment | = | 5000.00 |

**C. UNPAID BALANCE OF CASH PRICE**
(A(6) minus B(5))   $   43426.27

**D. AMOUNTS PAID TO OTHERS ON MY BEHALF**

| | | |
|---|---|---|
| (1) To Public Officials: | | |
| (a) License, Title, and Registration Fees | $ | 48.75 |
| (b) Other Official Fees (Describe) N/A | + | N/A |
| (2) To Insurance Companies For: | | |
| (a) Credit Life/Disability Insurance | + | 3001.02 * |
| (b) Other Insurance (Describe) GAP INS | + | 595.00 * |
| (3) Other Charges: | | |
| (a) To ___ For Service Contract | + | 2868.00 * |
| (b) To N/A For N/A | + | N/A * |
| (c) To SELLER For PROC FEE | + | 449.00 * |
| (d) To BMW For MAINT CONT | + | 2389.00 * |
| (e) To N/A For N/A | + | N/A * |
| (f) To N/A For N/A | + | N/A * |
| (g) To N/A For N/A | + | N/A * |
| (h) To N/A For N/A | + | N/A * |
| (4) Total Amounts Paid to Others on My Behalf | = | 9350.77 |

**E. AMOUNT FINANCED** (C plus D(4))   $ 52777.04

*Seller and/or Seller's affiliates may retain or receive a portion of these amounts.
e= estimate

THE SELLER MAY ASSIGN THIS CONTRACT AND RECEIVE A FEE OR OTHER CONSIDERATION FOR FACILITATING YOUR FINANCING.

### 6. SERVICE CONTRACT

EXHIBIT
"A"

Blumberg No. 5208

WHITE000007

# CASEY
## AUTO GROUP

DEALER
**CASEY BMW**
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
174839
CUST. #          DEAL # 22022

## RETAIL INVOICE
CUSTOMER COPY

**INVOICE**
DATE 05/29/09     VIN WBAPN73569A265980
NUMBER **R204806**   MODEL NO. 0981   STOCK NO. W92075

**SOLD TO**
CUSTOMER NAME  KAREN L WHITE
ADDRESS 14039 4 SQUARE RD
CITY SMITHFIELD
STATE VA   ZIP 23430   PHONE NO. (757)650-4225
CELL PHONE NO. (757)650-4225   E-MAIL ADDRESS land4ya@aol.com

MAKE BMW   YEAR 2009   NEW OR USED NEW   KEY NO. 1 & 2   RADIO CODE SKIPPED

MODEL 3 SERIES   COLOR BLACK

SALESMAN 1  RONALD W. HEATH   616
SALESMAN 2
INTERNET MGR.
SALES MGR.  JAMES C SCHROER   229
FINANCE MGR.

**LIEN HOLDER**
BMW
5550 BRITTON PARKWAY
HILLIARD OH 43026-7456
DATE 05/30/09  TIME

## NO LIABILITY INSURANCE INCLUDED

### USED VEHICLE TRADED
YEAR   MAKE   MODEL
BODY COLOR   VIN NO.

| DESCRIPTION | RESERVE | COST | SALE |
|---|---|---|---|
| CITY | | | 46875.00 |
| OVERALLOWANCE | | | N/A |
| DISCOUNT | | | N/A |
| LIFE INSURANCE | | | 1505.79 |
| DISABILITY INS. | | | 1585.23 |
| EXTENDED WARRANTY | | | 2868.00 |
| GAP INSURANCE | | | 500.00 |
| MAINT. CONTRACTS | | | 1695.00 |
| TIRE HAZARD | | | 699.00 |
| PROTECTION PACKAGE | | | N/A |
| SALES TAX ( 5.0%) | | | 131.55 |
| SALES TAX ( 3.0%) | | | 1419.72 |
| LICENSE FEES & TAGS | | | 48.75 |
| PROCESSING FEE | | | 449.00 |
| DEALER BUS. LIC. TAX | | | N/A |
| VSI PREMIUM | | | N/A |
| ON-LINE FILING FEE | | | N/A |
| | | TOTAL CASH PRICE | 57777.04 |
| DEPOSIT | | | 5000.00 |
| VEHICLE RECEIVABLES | | | N/A |
| FACTORY RECEIVABLES | | | N/A |
| USED CAR ALLOWANCE | | | N/A |
| LIEN PAYOFF | | | N/A |
| | | AMOUNT FINANCED → | 52777.04 |

EXHIBIT
"B"

Central States Health & Life Co. of Omaha
(A Mutual Legal Reserve Company)
P.O. Box 34350 • Omaha, Nebraska 68134-0350 • 1-800-826-6587

CERTIFICATE NUMBER **9960635**

CSO ACCOUNT NUMBER

| BENEFIT SCHEDULE | | |
|---|---|---|
| PRIMARY BORROWER (You) | ADDRESS | AGE |
| CO-BORROWER | ADDRESS | AGE |

| COVERAGES | CODE | LIMITS OF LIABILITY | | PREMIUM | TERM-MONTHS | TERMINATION DATE OF INSURANCE |
|---|---|---|---|---|---|---|
| ☐ SINGLE LEVEL LIFE | 02 | AMOUNT OF LEVEL LIFE INSURANCE | | $ | | |
| ☐ JOINT LEVEL LIFE | 04 | | | | | |
| ☐ SINGLE GROSS DECREASING LIFE | 01 | ORIGINAL AMOUNT OF GROSS DECREASING LIFE INSURANCE | $ | $ | | |
| ☐ JOINT GROSS DECREASING LIFE | 03 | | | | | |
| ☐ SINGLE NET DECREASING LIFE | 05 | ORIGINAL AMOUNT OF NET DECREASING LIFE INSURANCE | | $ | | |
| ☐ JOINT NET DECREASING LIFE | 06 | | | | | |
| DISABILITY ☐SINGLE BEGINNING 15TH DAY ☐JOINT | 05 55 | MONTHLY DISABILITY BENEFIT | $ | $ | | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 14 DAY WAITING PERIOD ☐JOINT | 01 54 | MONTHLY DISABILITY BENEFIT | $ | $ | | |
| DISABILITY BEGINNING 31ST DAY ☐SINGLE ☐JOINT | 02 57 | MONTHLY DISABILITY BENEFIT | $ | $ | | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 30 DAY WAITING PERIOD ☐JOINT | 04 58 | MONTHLY DISABILITY BENEFIT | $ | $ | | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 7 DAY WAITING PERIOD ☐JOINT | 03 53 | MONTHLY DISABILITY BENEFIT | $ | $ | | |

*Soc. Sec. No. not required to obtain insurance.

MAX. TERM OF INSURANCE: **10 Years**

| | TOTAL PREMIUM | $ | AMOUNT FINANCED | $ |
|---|---|---|---|---|

MAX. AMOUNT OF LIFE INSURANCE $ _____ 70,000

MAX. AMOUNT OF AGGREGATE DISABILITY INSURANCE $ _____ 70,000

EFFECTIVE DATE OF LOAN _____ TERM OF LOAN _____ MOS. INTEREST RATE _____ % APR. TERMINATION DATE OF LOAN _____

LOAN AMOUNT

| COMPARISON OF COVERAGE OPTIONS | Amount Financed | | | Monthly Loan Payment | | | Insurance Premium | | |
|---|---|---|---|---|---|---|---|---|---|
| Type of Coverage | Net | Gross | Level | Net | Gross | Level | Net | Gross | Level |
| 1. Credit Life | | | N/A | | | N/A | N/A | | N/A |
| 2. Credit Disability | N/A | | N/A | N/A | | N/A | N/A | | N/A |
| 3. Credit Life & Disability | | | N/A | | | N/A | N/A | | N/A |
| 4. No Insurance | | | N/A | | | N/A | | | N/A |

- Purchase of credit insurance is not required and is not a factor in granting credit.
- You have the right to obtain alternative coverage or to buy insurance elsewhere.
- For variable interest rate loans, please refer to the "variable interest rate loans" provisions.
- Pre-existing conditions are not immediately covered.
- No disability coverage provided on the balloon payment.
- In the event of pre-payment of Your loan, refer to Part O, Refunds.
- This insurance may not be enough to completely pay of Your loan.

Primary Borrower/Co-Borrower must complete the following questions when applying for coverage.

| | Primary Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1. Have You reached Your 71st birthday? | ☐ | ☐ | ☐ | ☐ |
| 2. If the Schedule shows that You have chosen disability insurance, are You actively working less than 30 hours per week? | ☐ | ☐ | ☐ | ☐ |
| 3. Within the last 2 years, have You been treated or diagnosed by a medical professional for: any disease of the heart or circulatory system, high blood pressure (taking 2 or more prescribed medications), Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), HTV infection, cancer or other malignant tumors, leukemia, uremia or any disease of the kidney, medicated diabetes, epilepsy, convulsive disorders, arthritis, back or spinal disorders, mental disorders, disease or disorder of the nervous system, any disease of the lungs or liver, alcoholism or drug addiction? | ☐ | ☐ | ☐ | ☐ |

We reserve the right to request that the Borrower(s) complete a more detailed application based on their responses to the questions in this application.

**PLANS OF CREDIT INSURANCE DISCLOSURE:** The Creditor, Primary Borrower and/or Co-Borrower certify by signing below, that all eligible plans of credit insurance have been disclosed and made available.

I represent the above statements are true, correct, and complete to the best of my knowledge and belief. I understand the Company is relying on this information in issuing my coverage.

(Applications signed by Power of Attorney voids protection.)

| Primary Borrower's Signature | Date of Birth | Date |
|---|---|---|

| Co-Borrower's Signature | Date of Birth | Date |
|---|---|---|

| Signature of Creditor's Representative | Date |
|---|---|

Creditor's Representative (Please Print)

Form 30468A  VA 2nd Rev.

Re-Order CID-548  2-01 (Combination)

BORROWER'S COPY

White-000002

# VIRGINIA BUYERS ORDER-A

CUST# 174839   DEAL# 22022

DATE OF SALE 05/03/09

12861 JEFFERSON AVE
NEWPORT NEWS VA 23608

STOCK NO. W9207S

| | |
|---|---|
| PURCHASER'S NAME: KAREN L WHITE | HOME ADDRESS 14039 4 SQUARE RD |
| CO/PURCHASER NAME | CITY, STATE, ZIP SMITHFIELD VA 23430 |
| PLEASE ENTER MY ORDER FOR THE FOLLOWING: | E-MAIL ADDRESS landdya8ad1.com |
| | COUNTY |
| ☒NEW  ☐ USED  ☐ DEMO | HOME PHONE (757) 650-4225   BUS. PHONE (757) 238-8845 |

| YEAR | MAKE | | MODEL | | |
|---|---|---|---|---|---|
| 2009 | BMW | | 3 SERIES | TYPE/DOORS 335D | COLOR BLACK |
| MILEAGE 2 | VIN W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | IN SERVICE DATE | |

| | PRICE INCLUDING FREIGHT, HANDLING & DELIVERY | 46875.00 |
|---|---|---|
| IMPORTANT! Purchaser(s) and dealer agree that if any Dispute (except those specifically noted in the Arbitration Agreement) arises, the Dispute will be resolved by binding arbitration by a single arbitrator under the applicable rules of the alternative dispute resolution agency named below, with that arbitrator rendering a written decision with separate findings of fact and conclusions of law. Purchaser(s) initials below evidence that the provisions in this box and section 17 on the reverse have been read and understood by Purchaser(s). | | N/A |
| THE PARTIES UNDERSTAND THAT THEY ARE WAIVING THEIR RIGHTS TO JURY TRIAL OF ALL DISPUTES BETWEEN THEM NOT SPECIFICALLY EXEMPTED FROM ARBITRATION IN THE ARBITRATION AGREEMENT. | GAP | 500.00 |
| | TOTAL PURCHASE PRICE | 47375.00 |
| Alternative Dispute Resolution Agency: ARBITRATION SERVICES OF VA | PROCESSING FEE FOR CONSUMER SERVICES | 449.00 |
| PAUL WARREN | 3% VA. TITLE TAX | 1419.72 |
| 500 E. MAIN ST. SUITE 830 | DEALER'S BUSINESS LICENSE TAX | N/A |
| NORFOLK, VA 23510 | ON-LINE SYSTEMS FILING FEE | N/A |
| | REGISTRATION FEE 38.75   TITLE FEE 10.00 | 48.75 |
| Kw  Purchaser Initials   Co-Purchaser Initials | TOTAL DELIVERED PRICE | 49292.47 |
| LESS BALANCE OWING TO- | SUBMITTED WITH ORDER (1) | N/A |
| | ALLOWANCE FOR USED CAR TRADE-IN AS APPRAISED | N/A |
| | (PURCHASER RESPONSIBLE FOR TRADE-OFF ACCURACY) APPROXIMATELY | N/A |
| FOR "AS IS" SALE ONLY: I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THE VEHICLE WILL NEED. (SEE #15 ON REVERSE SIDE) | EQUITY ON TRADE-IN (2) | N/A |
| | ADDITIONAL DOWN PAYMENT ON DELIVERY (3) | 5000.00 |
| DATE            SIGNATURE | MFG. REBATE (4) | N/A |
| DESCRIPTION OF TRADE-IN | TOTAL DOWN PAYMENT (1+2+3+4) | 5000.00 |
| YEAR | MAKE | MODEL | COLOR | TYPE/DOORS | EXTENDED SERVICE CONTRACT INCLUDING TAX OF 131.55 | 5393.55 |
| MILEAGE N/A | VIN | | | TAG NO. | | |
| SALESPERSON RONALD W. HEATH | | | | | BALANCE DUE ON DELIVERY | 49686.02 |

The front and back of this buyer's order, along with other documents signed by Purchaser(s) in connection with this purchase, comprise the entire agreement between the parties affecting this purchase. No oral agreements or understandings shall be binding. Purchaser(s) acknowledges that he/she has been given the opportunity to review all documents prior to signing them and that he/she has not signed any documents in blank. By executing this Order, Purchaser(s) acknowledges he/she has read all of its terms and has received a fully completed copy. Purchaser(s) certifies he/she is 18 years of age or older. Until made effective, this order is not binding and Purchaser(s) may cancel and recover deposit.

## NO LIABILITY INSURANCE INCLUDED UNLESS SPECIFICALLY INDICATED

SECURITY AGREEMENT: Purchaser hereby grants Seller, its successors and assigns, a security interest in the motor vehicle, equipment and accessories to be purchased pursuant to this agreement, and such security interest shall remain in effect until all sums due hereunder have been paid in full.

FOR SALES INVOLVING DEALER ARRANGED FINANCING ONLY: THIS SALE IS CONDITIONED UPON APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALE CONTRACT AS SUBMITTED TO OR THROUGH THE DEALER. IF THAT PROPOSED RETAIL INSTALLMENT SALE CONTRACT IS NOT APPROVED UNDER THE TERMS AGREED TO WITH THE DEALER, YOU MAY CANCEL THIS SALE AND ANY DOWN PAYMENT AND/OR TRADE-IN YOU SUBMITTED WILL BE RETURNED TO YOU, PROVIDED THAT ANY VEHICLE DELIVERED TO YOU BY THE DEALER PURSUANT TO THIS AGREEMENT IS RETURNED TO THE DEALER IN THE SAME CONDITION AS DELIVERED TO YOU, NORMAL WEAR AND TEAR EXCEPTED, WITHIN 24 HOURS OF WRITTEN OR ORAL NOTICE TO YOU OF THE CREDIT DENIAL.

FOR SALES INVOLVING DEALER ARRANGED FINANCING/LEASING ONLY: IF THE DEALER DOES NOT RECEIVE APPROVAL FROM A FINANCIAL SOURCE FOR YOUR PROPOSED RETAIL INSTALLMENT CONTRACT OR LEASE ("CONTRACT") ON TERMS ACCEPTABLE TO DEALER, DEALER MAY CANCEL THE SALE AND THE CONTRACT, AND YOU WILL RETURN THE VEHICLE IN GOOD CONDITION WITHOUT EXCESS MILEAGE. IF YOU FAIL TO RETURN THE VEHICLE, DEALER SHALL BE ENTITLED TO REPOSSESS THE VEHICLE AND SHALL HAVE ALL OTHER RIGHTS UNDER TITLE 8.2 OF THE CODE OF VIRGINIA, OTHER STATUTES AND COMMON LAW.

Approved _____
Dealer or Authorized Representative

This Order is not valid unless signed and accepted by the Dealer or his authorized representative.

Date: _____

Signed (1) _Karen White_    Purchaser    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    Social Security Number

Signed (2) _____    Purchaser    Social Security Number

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*The* **Mechanic.**

MECHANICAL REPAIR SERVICE CONTRACT

CONTRACT NO. CT 49393

ADMINISTRATOR:
175 WEST JACKSON BLVD.
CHICAGO, ILLINOIS 60604
TOLL FREE: 1-800-621-2130
FOR EMERGENCY ROADSIDE ASSISTANCE:
TOLL-FREE 1-866-803-5420

## INFORMATION SCHEDULE

### 1. Covered Vehicle

VIN

| Make | Model | Year | Current Odometer Reading |
|---|---|---|---|

| Vehicle Code | Vehicle Class | | | Check All That Apply: |
|---|---|---|---|---|

Diesel ☒  4x4/AWD ☐  Turbo/Supercharged ☐

### 2. Customer

Name                                Street

City                State        Zip Code        Telephone   Hm.(   )
                                                              Wrk(   )

### 3. Service Contract Period

This Service Contract begins on the Service Contract Purchase Date (See Key Terms) and at the Current Odometer Reading stated in Section 1 of the Information Schedule. This Service Contract ends when the Months indicated below from the Service Contract Purchase Date is reached or when the additional Miles indicated below are registered on the odometer, whichever occurs first.

Term: [   ] Months    [   ] Miles

### 4. Coverage Plan

If no Coverage Plan box has been checked, Silver Coverage Plan will apply.

Power Train [ ]   Silver [ ]   Gold [ ]   Platinum [ X ]

Additional Benefits
Rental Reimbursement and Emergency Roadside Assistance apply to all Coverage Plans.

Commercial Use:
Silver Coverage Plan Only [ ]

### 5. Deductible

Standard Deductible: $100 Per Visit

Optional Deductible: If the Optional Deductible box has not been checked, the $100 Standard Deductible will apply.
[ X ] Disappearing Deductible (The deductible is $0 if covered repairs are performed at the Selling Dealer and $100 per visit when performed elsewhere.)

### 6. Service Contract Price

Price: $

### 7. Selling Dealer

| Dealer Number | Name | | Street |
|---|---|---|---|

| City | State | Zip Code | Telephone |
|---|---|---|---|

### 8. Lien Holder

I, the undersigned holder of this Service Contract, hereby authorize the following Lien Holder: 1. To receive any refund or credit to my account in the event this Service Contract is cancelled; and 2. To cancel the Service Contract in the event I default in my obligation to such Lien Holder.

Name                                Address

Service Contract Purchase Date [   ]
Month      Day      Year

Notice to Customer
* The purchase of this Service Contract is not required to obtain financing or to purchase or lease this vehicle.
* You are required to obtain authorization prior to beginning any repairs covered by this Service Contract. Refer to Service Contract Section VII. "Your Responsibilities" for instructions.
* You must follow the maintenance procedures listed in Service Contract Section V. "Maintenance Requirements." If your failure to follow the procedures causes a breakdown, you may be denied coverage.
* The benefits provided under Dealer Warranties required by state law are not covered by this Service Contract.
* If the manufacturer's warranty has been declared void, this Service Contract does not cover the vehicle until the end of what would have been the manufacturer's warranty.

Signed By _____        Signed By _____
           Customer                                    Dealer's Representative

AWS-281-NCT (R 09/07)
(Stock Reorder Number)

CUSTOMER COPY

AWS-281-NCT (05/05)

White 000004

# ASSURANCE EDGE™
## MOTOR CLUB MEMBERSHIP AGREEMENT

AGREEMENT NO.   CR 46964

174030   22028

### INFORMATION SCHEDULE

### 1. Covered Vehicle

VIN
W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

| Make | Model | Year | Current Odometer Reading |
|---|---|---|---|
| BMW | 3 SERIES | 2009 | 2 |

Vehicle Code
B 7 3 0 5

Car ☒   Truck ☐

Check All That Apply:
Diesel ☒   4x4 ☐   Turbo ☐

### 2. Member

| Name | Street |
|---|---|
| KAREN L WHITE | 14039 4 SQUARE RD |

| City | State | Zip Code | Telephone Hm (757 ) 650 4225 |
|---|---|---|---|
| SMITHFIELD | VA | 23430 | Wk (757 ) 238 8845 |

### 3. Membership Agreement Period

This Agreement begins on the Agreement Date (See Key Terms) and shall end:   60   months from the Agreement Date.

### 4. Membership Benefits

A. 24-Hour Roadside Assistance
B. Emergency Travel Expense Reimbursement
C. Vehicle Rental Reimbursement
D. Tire Hazard Protection Reimbursement
E. Wheel Hazard Protection Reimbursement
F. $1,000 Vehicle Theft Reward

G. Custom Trip Routing
H. Hotel Discounts
I. Vehicle Rental Savings
J. Cruise America Recreational Vehicle Rental Savings
K. Emergency Message Relay

### 5. Membership Agreement Charge

Membership Agreement Charge:  $   NONE

### 6. Dealer

| Dealer Number | Name | Street |
|---|---|---|
| 5076 | CASEY BMW | 12861 JEFFERSON AVE |

| City | State | Zip Code | Telephone |
|---|---|---|---|
| NEWPORT NEWS | VA | 23608 | ( 757 989 1300 |

### 7. Lien Holder

I, the undersigned holder of this Motor Club Membership Agreement, hereby authorize the following Lien Holder: 1. To receive any refund for credit to my account in the event this Motor Club Membership Agreement is canceled and the cancellation takes place while I still owe funds to the Lien Holder; and 2. To cancel the Motor Club Membership Agreement under terms and/or in my obligation to such Lien Holder.

| Name | Address |
|---|---|
| BMW | HILLIARD OH 43026-7456 |

Agreement Date
05/09/09
Month   Day   Year

Signed By _____
Customer

Signed By _____
Dealer's Representative

NOTICE TO MEMBER:
THE PURCHASE OF THE MOTOR CLUB MEMBERSHIP AGREEMENT IS NOT REQUIRED TO OBTAIN FINANCING OR TO PURCHASE OR LEASE THIS VEHICLE.



## ROAD AMERICA
a MAPFRE company

FOR MEMBERSHIP BENEFITS, CALL TOLL-FREE 1-888-248-8290.

White000005

| OPTIONAL GUARANTEED ASSET PROTECTION (GAP) | CONTRACT AMENDMENT |
|---|---|

THIS IS AN AMENDMENT TO THE RETAIL INSTALLMENT SALES CONTRACT OR LEASE CONTRACT (REFERRED TO AS THE "CONTRACT") BETWEEN THE DEALER AND YOU, THE CUSTOMER, LISTED BELOW AND COVERS ONLY THE ORIGINAL CONTRACT FOR THE PURCHASE/LEASE OF THE VEHICLE.

AMENDMENT NUMBER: IS 10281   CUST# 174839 DEAL# 22022

## INFORMATION SCHEDULE

### VEHICLE

VIN WBAPN73569A265980   ☒ New (Untitled)   ☐ Pre-Owned (Previously Titled)

Make BMW  3 SERIES   Trim Level 335D   Year 2009   Odometer 2

### CUSTOMER

Name KAREN L WHITE   Street 14039 4 SQUARE RD

City SMITHFIELD   State VA   Zip Code 23430   Telephone (757) 650-4225

### DEALER

Dealer # 07000060901   Name CASEY BMW   Street 12951 JEFFERSON AVE

City NEWPORT NEWS   State VA   Zip Code 23608   Telephone (757) 989-1300

### LIENHOLDER

Name BMW BANK OF NORTH AMERICA   Telephone (614) 771-4550

### Contract Information and GAP Charge

Type of Contract: ☐ Retail Installment Sales Contract (Conventional Loan)   ☒ Retail Installment Sales Contract (Other Loan – Deferred, Balloon, etc.)   ☐ Lease

Date of Contract: 05/29/09   Date of First Payment: 07/13/09   A.P.R. 3.99

Amount Financed or Capitalized Cost: $ 52777.04   Balloon Amount or Residual Value: $ 16192.50   Total of Payments: $ 59956.70 (May not exceed $60,000 including Balloon Amount or Residual Value)

Contract Term: 60 (Retail Installment Sales Contract Term may not exceed 84 Months) (Lease Term may not exceed 60 Months)   GAP Charge: $ 500.00

IMPORTANT INFORMATION REGARDING OPTIONAL GAP, PLEASE READ.

**I. KEY INFORMATION**
1. You might not need GAP depending on how much of a down payment (including trade-in value) You made on Your Vehicle, the term of Your Contract, the make of Vehicle and other considerations.
2. You may purchase GAP only at the time You sign Your Contract to purchase or lease the Vehicle from the Dealer.
3. You may wish to consult an insurance agent to determine whether alternative programs or products are available and at what cost.
4. In cases of Transfer of Equity (See Section III - DEFINITIONS), GAP is transferable.
5. GAP coverage may decrease over the term of the Contract.
6. GAP coverage terminates if You refinance the Contract to which this Amendment refers. You are entitled to a refund of the GAP Charge, as outlined in the CANCELLATION PROVISIONS, as of the date of the refinance.
7. GAP coverage terminates upon the expiration of any redemption period following the repossession or surrender of Your Vehicle.
8. You are not required to purchase GAP to obtain credit or financing. It is completely voluntary and optional.
9. GAP is not a substitute for nor does it provide any insurance coverage for You or the Vehicle, such as collision, comprehensive, bodily injury, property damage or liability.
10. Extensions, Holiday or Deferred Payments, which are not part of the scheduled Contract payments, are considered late payments.
11. GAP does not provide any benefit for lost cash down payment, trade equity or finance charges after the Date of Loss.
12. There is no GAP payment in the event that there is no Deficiency Balance.

**II. GAP CONTRACT AMENDMENT**
If You purchase optional GAP and pay the GAP Charge shown above, Your Contract with the Dealer is amended by adding the following and subject to the provisions on the following page:
"If the Insurance Company providing physical damage coverage on the Vehicle described above determines that the Vehicle is a Total Loss, then You will be responsible for paying only the following to the Lienholder You make payments to under the Contract:
  1. A) The Value of the Vehicle as determined by the physical damage insurance company on the Date of Loss or the NADA Retail Value of the Vehicle, whichever is greater, plus any physical damage insurance deductible over $1,000 which reduces that settlement, or
     B) If there is no physical damage insurance in effect on the Date of Loss, the average retail price of the Vehicle on the Date of Loss based on a current edition of the NADA Used Vehicle Price Guide.
     You will also be responsible for any early termination fees, late or deferred payments and charges, finance charges after the Date of Loss and refundable portions of any cancelable add-ons such as service contracts, credit life insurance or pre-paid maintenance agreements.
  2. In addition to the above, You will be responsible for any portion of a Deficiency Balance that results from the Amount Financed or Capitalized Cost that exceeded 150% of the Retail Value of the Vehicle.

**CANCELLATION PROVISIONS**
You may cancel GAP at any time for a refund of all or part of the GAP Charge by notifying Us or the Administrator, in writing, that You want to cancel. If You notify Us or the Administrator within thirty (30) days from the Date of Contract, there will be a full refund of the GAP Charge. After thirty (30) days, the refund will be calculated on a pro-rata basis. Any refund will be sent to Your Lienholder. Under no circumstances will this Amendment be reinstated after a cancellation has been processed. In the event of a covered Total Loss, GAP Charge will be considered fully earned and no refund will be available.
This Contract Amendment includes all provisions on this, as well as, the following page and is binding on Your Lienholder."

By signing below, I, the Customer acknowledge that I have requested GAP coverage, read all sections of this Contract Amendment including the provisions on the following page, received a copy of it, understand it and agree to pay the GAP Charge stated above.
I acknowledge:
1. GAP is optional and I am not required to buy it.
2. GAP does not provide any insurance coverage.
3. I must have physical damage insurance on my Vehicle on the Date of Contract for GAP to be effective.

By signing below, the Dealer acknowledges that all sections of this Amendment have been reviewed with the Customer.

Customer: _____   Dealer: _____  BUS. MGR

Date: 05/29/09   Date: 05/29/09

GAP-86 (R 06/07)

GAP-86 (R 06/07) (STOCK REORDER NUMBER)

## BMW Financial Services
Motor Vehicle Retail Installment Contract - Virginia

### 1. PARTIES

| BUYER(S) | SELLER |
|---|---|
| Name    KAREN L WHITE | Name   CASEY BMW |
| Address (Include County and Zip Code) | Address |
| 14839 4 SQUARE RD | 12861 JEFFERSON AVE |
| SMITHFIELD VA 23430 | NEWPORT NEWS VA 23602 |
| Billing Address (If different) | |
| | DATE OF CONTRACT   05/29/2009 |

This Motor Vehicle Retail Installment Contract ("Contract") is entered into between the buyer(s) ("Buyer") and the seller ("Seller") named above. Unless otherwise specified, "I", "me" and "my" refer to the Buyer and "you" and "your" refer to the Seller or Seller's assignee. "Vehicle" refers to the vehicle described below. I promise to pay Seller the Total of Payments in accordance with the Payment Schedule shown below. I acknowledge that I am purchasing the Vehicle from Seller on an installment basis and accept the Vehicle in its present condition, including all its equipment, parts and accessories.

### 2. VEHICLE

| ☒New ☐ Used | Year | Make | Model | Vehicle Identification Number | Odometer Reading | ☒☐ Personal Use ☐ Business Use |
|---|---|---|---|---|---|---|
| | 2009 | BMW | 3 SERIE | WBAPM73509A265900 | 2 | |
| ☐ Telephone ☐ CD Player | | ☐_____(specify) | ☐_____(specify) | ☐_____(specify) | | |

### 3. CREDIT DISCLOSURES                          e=estimate

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ 5000.00 |
|---|---|---|---|---|
| 3.99 % | $ 7179.66  e | $ 52777.04 | $ 59956.70  e | $ 64956.70  e |

### 4. PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 696.07 | Monthly, beginning 07/13/2009 |
| 1 Balloon Payment (if applicable) | 18193.50 | DUE ON 06/13/2014 |

SECURITY.   I am giving a security interest in the Vehicle.
LATE CHARGE.   If all or any portion of a payment is more than 7 days late, I will be charged 5% of that payment.
PREPAYMENT.   If I pay off this Contract early, I will not have to pay a penalty.

Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and the right to require repayment in full before the scheduled maturity date.

### 5. ITEMIZATION OF AMOUNT FINANCED

**A. CASH PRICE**

| | | | |
|---|---|---|---|
| (1) Cash Price of Vehicle and Accessories | $ | 46876.00 | |
| (2) Sales Tax | + | 1551.27 | |
| (3) Other (Describe) N/A | + | N/A | |
| (4) Other (Describe) N/A | + | N/A | |
| (5) Other (Describe) N/A | + | N/A | |
| (6) Total Cash Price | = | 46426.27 | |

**B. DOWN PAYMENT**

| | | | |
|---|---|---|---|
| (1) Net Value of Trade-In (Gross Allowance $ N/A /Payoff $ N/A) (Year____ Make____ Model____ | $ | N/A | |
| (2) Cash Down Payment | + | 5000.00 | |
| (3) Manufacturer's Rebate Assigned to Seller | + | N/A | |
| (4) Other (Describe) N/A | + | N/A | |
| (5) Total Down Payment | = | 5000.00 | |

**C. UNPAID BALANCE OF CASH PRICE**

| | | |
|---|---|---|
| (A(6) minus B(5)) | $ | 43436.27 |

**D. AMOUNTS PAID TO OTHERS ON MY BEHALF**

| | | |
|---|---|---|
| (1) To Public Officials: | | |
| (a) License, Title, and Registration Fees | $ | 48.75 |
| (b) Other Official Fees (Describe) N/A | + | N/A |
| (2) To Insurance Companies For: | | |
| (a) Credit Life/Disability Insurance | + | 3001.02 * |
| (b) Other Insurance (Describe) GAP INS | + | 500.00 * |
| (3) Other Charges: | | |
| (a) To _____ For Service Contract | + | 2868.00 * |
| (b) To N/A For N/A | + | N/A * |
| (c) To SELLER For PROC FEE | + | 449.00 * |
| (d) To BMW For MAINT CONT | + | 2394.00 * |
| (e) To N/A For N/A | + | N/A * |
| (f) To N/A For N/A | + | N/A * |
| (g) To N/A For N/A | + | N/A * |
| (h) To N/A For N/A | + | N/A * |
| (4) Total Amounts Paid to Others on My Behalf | = | 9350.77 |

**E. AMOUNT FINANCED (C plus D(4))**   $ 52777.04

*Seller and/or Seller's affiliates may retain or receive a portion of these amounts.
e= estimate

THE SELLER MAY ASSIGN THIS CONTRACT AND RECEIVE A FEE OR OTHER CONSIDERATION FOR FACILITATING YOUR FINANCING.

### 6. SERVICE CONTRACT

White 000007

Buyer's Signature                                   Buyer's Signature

## 7. CREDIT INSURANCE

Credit life or credit disability insurance is not required to obtain credit and will not be provided unless I sign and agree to pay the premium. The policies or certificates issued by the insurer will describe the terms and conditions in further detail. If I want any of the following insurance for the terms and premiums listed below, I will check the applicable box and sign below:

☑ I want Credit Life Insurance (One Buyer only)    Term ___60___ mos.    Premium $ __1508.79__

Insured Name: __KAREN L WHITE__

☐ I want Joint Credit Life Insurance    Term __N/A__ mos.    Premium $ __N/A__

Insured Name: _____

Insured Name: _____

☑ I want Credit Disability Insurance (One Buyer only) Term ___59___ mos.    Premium $ __1585.23__

Insured Name: __KAREN L WHITE__

X _____      X _____
Buyer's Signature                  Buyer's Signature

## 8. OPTIONAL GAP CONTRACT ("GAP")

GAP is not required to obtain credit and I may purchase it from anyone I want who is reasonably acceptable to the Seller. I may purchase GAP under this contract by signing below and agreeing to pay the purchase price, shown in Section 5.D above. See my GAP contract for details on the protection it provides.

Term __60__ mos.    Name of GAP Contract __AUTOMOTIVE WARRANTY SVCS__

X _____      X _____
Buyer's Signature                  Buyer's Signature

## 9. INSURANCE VERIFICATION

I agree to maintain the insurance coverage described in Section 14. I affirm that such insurance is in force on the date of this Contract. I authorize Seller and its assignees to speak to my insurance agent or company, and any future insurance agents or companies, about my coverage for the Vehicle.

__ALLSTATE INSURANCE__      __916882238__
Insurance Company         Policy No.             Coverage Verified (Center Employee's Initials)

__TODD ROSS AGENCY__    __1601 S CHURCH STREET SMITHFIELD VA 23430 (757)357-6600__
Agent Name             Address                     Phone No.

All matters regarding insurance should be sent to: BMW FS Insurance Center, P.O. Box 390902, Minneapolis, MN 55439-0902 or faxed to (952) 833-9414.

## 10. BUYER NOTICES AND SIGNATURES

IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.

NOTICE TO THE BUYER: DO NOT SIGN THIS CONTRACT IF THERE ARE BLANK SPACES. WHEN YOU SIGN THIS CONTRACT YOU ARE ENTITLED TO A COPY. KEEP YOUR COPY OF THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.

I ACKNOWLEDGE RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT AT THE TIME OF SIGNING.

Buyer's Signature: X _____      Buyer's Signature: X _____

## 11. SELLER SIGNATURE

The authorized signature of the Seller below has the effect of: (1) acknowledging that no representations or warranties beyond those presented in this Contract have been made; (2) confirming that no written or oral representations have been made by the Buyer that can be used as a defense to this Contract; (3) accepting the terms and conditions of this Contract; (4) acknowledging verification of the existence of the insurance coverage required by this Contract with the Buyer's insurance agent; (5) assigning this Contract to BMW Bank of North America, a wholly owned subsidiary of BMW Financial Services NA, LLC, (collectively, "Assignee"), 5550 Britton Parkway, Hilliard, Ohio 43026; and (6) acknowledging that the Center Agreement in place with Assignee governs this transaction. Seller shall not be an agent of Assignee for any purpose.

Authorized Signature: X _____      Title __FINANCE DIRECTOR__
5347 (03/09) NA)

KAREN L WHITE

CUSTOMER'S NAME                                                    STOCK NO.
W92075

## ODOMETER DISCLOSURE STATEMENT

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, CASEY BMW _____ (transferor's name, Print)

state that the odometer now reads ___2___ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.

WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| BMW | 3 SERIES | 335D |

| VEHICLE IDENTIFICATION NUMBER | YEAR |
|---|---|
| WBAPN73569A265980 | 2009 |

X _____
TRANSFEROR'S SIGNATURE (SELLER)
CASEY BMW

PRINTED NAME
12861 JEFFERSON AVE

TRANSFEROR'S ADDRESS (STREET)
NEWPORT NEWS          VA          23608
CITY                          STATE          ZIP CODE

DATE OF STATEMENT
05/09/2009

X _____
TRANSFEREE'S SIGNATURE (BUYER)
KAREN L WHITE

KAREN L WHITE

TRANSFEREE'S NAME (BUYER)
14039 4 SQUARE RD

TRANSFEREE'S ADDRESS (STREET)
SMITHFIELD          VA          23430
CITY                          STATE          ZIP CODE

RECEIPT OF COPY ACKNOWLEDGED

X _____          05/09/09
TRANSFEREE'S SIGNATURE BUYER                          DATE
KAREN L WHITE

PRINTED NAME OF PERSON SIGNING                          DATE

FORM VADA-115 (5/01)

White-000009

**CASEY AUTO GROUP**

DEALER CASEY BMW
12881 JEFFERSON AVE
NEWPORT NEWS VA 23608
14638   DEAL # 23022
CUST.#

RETAIL INVOICE
CUSTOMER COPY

| DATE 05/20/09 | VIN WBAPH7 37X9A268990 |
| --- | --- |
| INVOICE NUMBER R204808 | MODEL NO. 0901 | STOCK NO. N02875 |

**SOLD TO**

CUSTOMER'S NAME
ADDRESS 439 4 SCUPP RD
CITY SMITHFIELD
STATE VA   ZIP 23438   PHONE NO. (757)650-4275
CELL PHONE NO. (757)698-4226   E-MAIL ADDRESS

| MAKE BMW | YEAR 2009 | NEW OR USED NEW | KEY NO. 1 & 2 | RADIO CODE SKIPPED |
| --- | --- | --- | --- | --- |
| MODEL 3 SERIES | | COLOR BLACK | | |

SALESMAN 1 RONALD R. HEATH   816
SALESMAN 2
INTERNET MGR.
SALES MGR. JAMES C. SCHROER   229
FINANCE MGR.

**LIEN HOLDER**

BMW
5550 BRITTON PARKWAY
HILLIARD OH 43026-7456
DATE 05/20/09 TIME

NO LIABILITY INSURANCE INCLUDED

**USED VEHICLE TRADED**

| YEAR | MAKE | MODEL |
| --- | --- | --- |
| BODY COLOR | | VIN NO. |

| DESCRIPTION | RESERVE | COST | SALE |
| --- | --- | --- | --- |
| BASE | | | 46875.00 |
| OVERALLOWANCE | | | N/A |
| DISCOUNT | | | N/A |
| LIFE INSURANCE | | 7 | 1605.78 |
| DISABILITY INS. | | | 1585.23 |
| EXTENDED WARRANTY | | 0 | 2862.00 |
| GAP INSURANCE | | 0 | 428.00 |
| MAINT. CONTRACTS | | 0 | 1695.00 |
| TIRE HAZARD | | | 699.00 |
| PROTECTION PACKAGE | | A | N/A |
| SALES TAX ( 5.0%) | | | 131.35 |
| SALES TAX ( 3.0%) | | | 1419.78 |
| LICENSE FEES & TAGS | | | 48.75 |
| PROCESSING FEE | | | 449.00 |
| DEALER BUS. LIC. TAX | | | N/A |
| VSI PREMIUM | | | N/A |
| ON-LINE FILING FEE | | | N/A |

|  | TOTAL CASH PRICE ➡ | | 57777.04 |
| --- | --- | --- | --- |
| DEPOSIT | | | 54000.00 |
| VEHICLE RECEIVABLES | | | N/A |
| FACTORY RECEIVABLES | | | N/A |
| USED CAR ALLOWANCE | | | N/A |
| LIEN PAYOFF | | | N/A |
|  | AMOUNT FINANCED ➡ | | 57777.04 |

| Remove Shipping Spacers if equipped | ✓ |
| Install and Firmly Anchor Floormats | ✓ |

**00 00 010 - DELIVERY CHECK - TECHNICIAN (Prior to Customer Delivery)**

Note: Items in the DISPLAY VEHICLE CHECK should also be included.

**ROAD TEST (OPERATION/ADJUSTMENT):**

| Check/Adjust Tire pressure (incl. spare tire) | ✓ |
| Check for Appropriate Fuel Level. Use only ULSD on 335d. | ✓ |
| Enter BMW Assist Phone Numbers per completed Agreement | ✓ |
| Enter current date in "Date of First Registration" for CBS | ✓ |
| Check for and correct Check Control Messages | ✓ |
| BMW Assist perform test call | ✓ |
| Warning Lights | ✓ |
| Engine Operation | ✓ |
| Transmission Function Selector incl. instrument panel display | ✓ |
| Park Distance Control (PDC) Operation, if equipped | ✓ |
| Steering (wheel in center position) | ✓ |
| Foot/Parking Brakes (before and during roadtest) | ✓ |
| Burnish Parking Brake | ✓ |
| Initialize the Tire Pressure Monitoring System | ✓ |
| Check Handling and Wheel Balance | ✓ |
| Absence of Rattles, Squeals and Wind noise | ✓ |
| Cruise Control Operation | ✓ |
| Speaker and Fader Operation (incl. bass, treble & balance) | ✓ |
| On-Board Computer and Control Display (incl. service indicator and stalk control) | ✓ |
| Check Operation of BMW Options and Accessories | ✓ |
| Windshield Wipe/Wash Systems | ✓ |
| Interior/Exterior Mirrors (incl. dim & memory functions) | ✓ |
| Seats/Headrests/Steering Wheel (incl. memory function) | ✓ |

**AFTER ROAD TEST:**

| Read Out Diagnostic System - Correct Faults as Necessary | ✓ |
| Program State and/or Emissions Inspection (if required) into service display | ✓ |
| Install Front License Plate Bracket if needed | ✓ |
| Stamp the Service Booklet in the QC1 space | ✓ |

**CHECK AND ADJUST:**

| Doors, Trunklid and Hood | |

**CHECK:**

| Battery Voltage (12.3V minimum) | ✓ |

**OWNER'S PORTFOLIO CONTENTS (stored in glove box):**

| Vehicle Owner's Manual | ✓ |
| Combined Service/Warranty/Roadside Assistance Booklet | ✓ |
| Dealer Directory/Atlas | ✓ |
| Roadside Assistance Temporary ID Card | ✓ |
| Sales, Service and Parts Managers' Business Cards | ✓ |
| BMW Accessories Booklet | ✓ |
| Accident Guidelines and Checklists | ✓ |
| Driver's Reference Guide | ✓ |
| BMW Assist reference card | ✓ |
| Two Keys | ✓ |
| Purchase Agreement | ✓ |
| Sales Document | ✓ |
| Note: Recommend to Customer to Review Vehicle Owner's Manual, Driver's Reference Guide | |

| Review Service Schedule/Warranty/Roadside Assistance | |
| Introduce to Service Department | |

Comments: _____

Technician: _____ Date: 5-32-09
(Display Vehicle Check)

Technician: _____ Date: _____
(Delivery Check)

Customer: _____ Date: _____

(A Mutual Legal Reserve Company)

P.O. Box 34350 • Omaha, Nebraska 68134-0350 • 1-800-826-6587

CERTIFICATE NUMBER  9960635

(Called We, Us or Our)
BENEFIT SCHEDULE

CSO ACCOUNT NUMBER

| PRIMARY BORROWER (You) | ADDRESS | | AGE |
|---|---|---|---|
| (Soc. Sec. No.) | | | 44 |
| CO-BORROWER | ADDRESS | | AGE |
| (Soc. Sec. No.) | | | |
| CREDITOR BENEFICIARY (Name and Address) | SECOND BENEFICIARY | | EFFECTIVE DATE OF INSURANCE |
| | | | 05/13/2004 |

| COVERAGES | CODE | LIMITS OF LIABILITY | | PREMIUM | TERM-MONTHS | TERMINATION DATE OF INSURANCE |
|---|---|---|---|---|---|---|
| ☐ SINGLE LEVEL LIFE | 02 | AMOUNT OF LEVEL LIFE INSURANCE | $12192.58 | $ 375.54 | 60 | 05/13/2014 |
| ☐ JOINT LEVEL LIFE | 04 | | | | | |
| ☐ SINGLE GROSS DECREASING LIFE | 01 | ORIGINAL AMOUNT OF GROSS DECREASING LIFE INSURANCE | $11868.13 | $ 530.25 | 95 | 08/13/2014 |
| ☐ JOINT GROSS DECREASING LIFE | 03 | | | | | |
| ☐ SINGLE NET DECREASING LIFE | 05 | ORIGINAL AMOUNT OF NET DECREASING LIFE INSURANCE | $ N/A | $ N/A | N/A | |
| ☐ JOINT NET DECREASING LIFE | 06 | | | | | |
| DISABILITY ☐SINGLE BEGINNING 15TH DAY ☐JOINT | 05 / 56 | MONTHLY DISABILITY BENEFIT | $ N/A | $ N/A | N/A | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 14 DAY WAITING PERIOD ☐JOINT | 01 / 54 | MONTHLY DISABILITY BENEFIT | $ N/A | $ N/A | N/A | |
| DISABILITY BEGINNING 31ST DAY ☐SINGLE ☐JOINT | 02 / 57 | MONTHLY DISABILITY BENEFIT | $ N/A | $ N/A | N/A | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 30 DAY WAITING PERIOD ☐JOINT | 04 / 55 | MONTHLY DISABILITY BENEFIT | $ N/A | $ N/A | N/A | |
| DISABILITY BEGINNING 1ST DAY ☐SINGLE AFTER 7 DAY WAITING PERIOD ☐JOINT | 03 / 53 | MONTHLY DISABILITY BENEFIT | $ | $ | 96 | 05/13/2014 |

*Soc. Sec. No. not required to obtain insurance

| MAX. TERM OF INSURANCE: 10 Years | TOTAL PREMIUM | $ | AMOUNT FINANCED | $ |

MAX. AMOUNT OF LIFE INSURANCE $ 70,000    MAX. AMOUNT OF AGGREGATE DISABILITY INSURANCE $ 70,000

EFFECTIVE DATE OF LOAN         TERM OF LOAN        MOS.  INTEREST RATE      % APR  TERMINATION DATE OF LOAN 05/13/2

LOAN AMOUNT

COMPARISON OF COVERAGE OPTIONS

| Type of Coverage | Amount Financed Net | Gross | Level | Monthly Loan Payment Net | Gross | Level | Insurance Premium Net | Gross | Level |
|---|---|---|---|---|---|---|---|---|---|
| 1. Credit Life | | | N/A | 639.19 | 656.49 | N/A | N/A | 1478.83 | N/A |
| 2. Credit Disability | N/A | N/A | N/A | N/A | 667.45 | N/A | N/A | 1519.57 | N/A |
| 3. Credit Life & Disability | | | N/A | 657.15 | 696.83 | N/A | 1319.37 | 2991.98 | N/A |
| 4. No Insurance | N/A | N/A | N/A | 638.19 | 634.19 | N/A | N/A | N/A | N/A |

- Purchase of credit insurance is not required and is not a factor in granting credit.
- You have the right to use alternative coverage or to buy insurance elsewhere.
- For variable interest rate loans, please refer to the "variable interest rate loans" provisions.
- Pre-existing conditions are not immediately covered.
- No disability coverage provided on the balloon payment.
- In the event of pre-payment of Your loan, refer to Part O, Refunds.
- This insurance may not be enough to completely pay off Your loan.

| | Primary Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Primary Borrower/Co-Borrower must complete the following questions when applying for coverage. | Yes | No | Yes | No |
| 1. Have You reached Your 71st birthday? | ☐ | ☐ | ☐ | ☐ |
| 2. If the Schedule shows that You have chosen disability insurance, are You actively working less than 30 hours per week? | ☐ | ☐ | ☐ | ☐ |
| 3. Within the last 2 years, have You been treated or diagnosed by a medical professional for: any disease of the heart or circulatory system, high blood pressure (taking 2 or more prescribed medications), Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), HIV infection, cancer or other malignant tumors, leukemia, uremia or any disease of the kidney, medicated diabetes, epilepsy, convulsive disorders, arthritis, back or spinal disorders, mental disorders, disease or disorder of the nervous system, any disease of the lungs or liver, alcoholism or drug addiction? | ☐ | ☐ | ☐ | ☐ |

We reserve the right to request that the Borrower(s) complete a more detailed application based on their responses to the questions in this application.

PLANS OF CREDIT INSURANCE DISCLOSURE: The Creditor, Primary Borrower and/or Co-Borrower certify by signing below, th all eligible plans of credit insurance have been disclosed and made available.

I represent the above statements are true, correct, and complete to the best of my knowledge and belief. I understand the Company is relying on information in issuing my coverage.    (Applications signed by Power of Attorney voids protection.)

| Primary Borrower's Signature | Date of Birth | Date | Co-Borrower's Signature | Date of Birth | Date |
|---|---|---|---|---|---|

| Signature of Creditor's Representative | Date | Creditor's Representative (Please Print) |
|---|---|---|

Form 30468A  VA 2nd Rev.

Re-Order CID-546 (Combine)

BORROWER'S COPY

White 000012

FAX NO. 757 238 0040
NEWPORT NEWS VA 23608
W92075

DATE OF SALE 05/05/09

| PURCHASER'S NAME | KAREN L WHITE | | HOME ADDRESS | 14039 4 SQUARE RD | |
|---|---|---|---|---|---|
| | (PRINT OR TYPE) | | | | |
| CO/PURCHASER NAME | | | CITY, STATE, ZIP | SMITHFIELD VA 23430 | |
| | (PRINT OR TYPE) | | | | |
| PLEASE ENTER MY ORDER FOR THE FOLLOWING: | | | COUNTY | | E-MAIL ADDRESS land4va@aol.com |
| ☒ NEW ☐ USED ☐ DEMO | | | HOME PHONE (757)650-4225 | | BUS. PHONE (757)238-8845 |

| YEAR | MAKE | MODEL | TYPE/DOORS | COLOR |
|---|---|---|---|---|
| 2009 | BMW | 3 SERIES | 335D | BLACK |

| MILEAGE | VIN | IN SERVICE DATE |
|---|---|---|
| 5 | W B A P N 7 3 5 6 9 A 2 6 5 3 6 0 | |

| | PRICE INCLUDING FREIGHT HANDLING & DELIVERY | 46875.00 |
|---|---|---|
| IMPORTANT! Purchaser(s) and dealer agree that if any Dispute (except those specifically noted in this Arbitration Agreement) arises, the Dispute will be resolved by binding arbitration by a single arbitrator under the applicable rules of the alternative dispute resolution agency named below, with that arbitrator rendering a written decision with separate findings of fact and conclusions of law. Purchaser(s) initials below evidence that the provisions in this box and section 17 on the reverse have been read and understood by Purchaser(s). THE PARTIES UNDERSTAND THAT THEY ARE WAIVING THEIR RIGHTS TO JURY TRIAL OF ALL DISPUTES BETWEEN THEM NOT SPECIFICALLY EXEMPTED FROM ARBITRATION IN THE ARBITRATION AGREEMENT. | | N/A |
| | GAP | 500.00 |
| | TOTAL PURCHASE PRICE | 47375.00 |
| | PROCESSING FEE FOR CONSUMER SERVICES | 449.00 |
| | 5% VA. TITLE TAX | 1419.72 |
| Alternative Dispute Resolution Agency NATIONAL ARBITRATION SERVICES OF VA | DEALER'S BUSINESS LICENSE TAX | N/A |
| PAUL WARREN | ON-LINE SYSTEMS FILING FEE | N/A |
| 500 E. MAIN ST. SUITE 830 | REGISTRATION FEE 38.75 TITLE FEE 10.00 | 48.75 |
| NORFOLK, VA 23510 | TOTAL DELIVERED PRICE | 49292.47 |
| K(initials) | SUBMITTED WITH ORDER (1) | N/A |
| Purchaser Initials Co-Purchaser Initials | ALLOWANCE FOR USED CAR TRADE-IN AS APPRAISED | N/A |
| LESS BALANCE OWING TO - | (PURCHASER RESPONSIBLE FOR) APPROXIMATELY PAYOFF ACCURACY | N/A |
| FOR "AS IS" SALE ONLY: I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED. (SEE #15 ON REVERSE SIDE) | EQUITY ON TRADE-IN (2) | N/A |
| | ADDITIONAL DOWN PAYMENT ON DELIVERY (3) | 5000.00 |
| DATE _____ SIGNATURE _____ | MFG. REBATE (4) | N/A |

| DESCRIPTION OF TRADE-IN | | | | | TOTAL DOWN PAYMENT (1+2+3+4) | 5000.00 |
|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | COLOR | TYPE/DOORS | | |
| MILEAGE N/A | VIN | | | TAG NO. | EXTENDED SERVICE CONTRACT INCLUDING TAX OF 131.55 | 5393.55 |
| SALESPERSON RONALD W. HEATH | | | | | BALANCE DUE ON DELIVERY. | 49686.02 |

The front and back of this buyer's order, along with other documents signed by Purchaser(s) in connection with this order, comprise the entire agreement between the parties affecting this purchase. No oral agreements or understandings shall be binding. Purchaser(s) acknowledges that he/she has been given the opportunity to review all documents prior to signing them and that he/she has not signed any documents in blank. By executing this Order, Purchaser(s) acknowledges he/she has read all of its terms and has received a fully completed copy. Purchaser(s) certifies he/she is 18 years of age or older. Until made effective, this order is not binding and Purchaser(s) may cancel and recover deposit.

## NO LIABILITY INSURANCE INCLUDED UNLESS SPECIFICALLY INDICATED

SECURITY AGREEMENT: Purchaser hereby grants Seller, its successors and assigns, a security interest in the motor vehicle, equipment and accessories to be purchased pursuant to this agreement and such security interest shall remain in effect until all sums due hereunder have been paid in full.

FOR SALES INVOLVING DEALER ARRANGED FINANCING ONLY: THIS SALE IS CONDITIONED UPON APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALE CONTRACT AS SUBMITTED TO OR THROUGH THE DEALER. IF THAT PROPOSED RETAIL INSTALLMENT SALE CONTRACT IS NOT APPROVED UNDER THE TERMS AGREED TO WITH THE DEALER, YOU MAY CANCEL THIS SALE AND ANY DOWN PAYMENT AND/OR TRADE-IN YOU SUBMITTED WILL BE RETURNED TO YOU, PROVIDED THAT ANY VEHICLE DELIVERED TO YOU BY THE DEALER PURSUANT TO THIS AGREEMENT IS RETURNED TO YOU IN THE SAME CONDITION AS DELIVERED TO YOU, NORMAL WEAR AND TEAR EXCEPTED, WITHIN 24 HOURS OF WRITTEN OR ORAL NOTICE TO YOU OF THE CREDIT DENIAL.

FOR SALES INVOLVING DEALER ARRANGED FINANCING/LEASING ONLY: IF THE DEALER DOES NOT RECEIVE APPROVAL FROM A FINANCIAL SOURCE FOR YOUR PROPOSED RETAIL INSTALLMENT CONTRACT OR LEASE ("CONTRACT") ON TERMS ACCEPTABLE TO DEALER, DEALER MAY CANCEL THE SALE AND THE CONTRACT, AND YOU WILL RETURN THE VEHICLE IN GOOD CONDITION WITHOUT EXCESS MILEAGE. IF YOU FAIL TO RETURN THE VEHICLE DEALER SHALL BE ENTITLED TO REPOSSESS THE VEHICLE AND SHALL HAVE ALL OTHER RIGHTS UNDER TITLE 8.2 OF THE CODE OF VIRGINIA, OTHER STATUTES AND COMMON LAW.

Approved _____
Dealer or Authorized Representative
This Order is not valid unless signed and accepted by the Dealer or its authorized representative.

Date: _____

Signed (1) Karen White _____ 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
Purchaser _____ Social Security Number

(2) _____
Purchaser _____ Social Security Number

THIS PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

White000013

# ASSURANCE EDGE™
## MOTOR CLUB MEMBERSHIP AGREEMENT

AGREEMENT NO.   CR 46964

174839   22922

## INFORMATION SCHEDULE

### 1. Covered Vehicle

VIN
W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

| Make | Model | Year | Current Odometer Reading |
|------|-------|------|--------------------------|
| BMW | 3 SERIES | 2009 | 2 |

| Vehicle Code | | | Check All That Apply: | | |
|--------------|-----|-------|--------|-----|-------|
| 3 7 3 0 5 | Car ☒  Truck ☐ | Diesel ☒ | 4x4 ☐ | Turbo ☐ | |

### 2. Member

| Name | Street |
|------|--------|
| KAREN L WHITE | 14039 4 SQUARE RD |

| City | State | Zip Code | Telephone Hm (757 ) 650 4225 |
|------|-------|----------|------------------------------|
| SMITHFIELD | VA | 23430 | Wk (757) 238 8845 |

### 3. Membership Agreement Period

This Agreement begins on the Agreement Date (See Key Terms) and shall end:   60   months from the Agreement Date.

### 4. Membership Benefits

A. 24-Hour Roadside Assistance
B. Emergency Travel Expense Reimbursement
C. Vehicle Rental Reimbursement
D. Tire Hazard Protection Reimbursement
E. Wheel Hazard Protection Reimbursement
F. $1,000 Vehicle Theft Reward

G. Custom Trip Routing
H. Hotel Discounts
I. Vehicle Rental Savings
J. Cruise America Recreational Vehicle Rental Savings
K. Emergency Message Relay

### 5. Membership Agreement Charge

Membership Agreement Charge:  $   NONE

### 6. Dealer

| Dealer Number | Name | Street |
|---------------|------|--------|
| 6076 | CASEY BMW | 12861 JEFFERSON AVE |

| City | State | Zip Code | Telephone |
|------|-------|----------|-----------|
| NEWPORT NEWS | VA | 23608 | ( 757 989 1300 |

### 7. Lien Holder

I, the undersigned holder of this Motor Club Membership Agreement, hereby authorize the following Lien Holder: 1. To receive any refund for credit to my account in the event this Motor Club Membership Agreement is canceled and the cancellation takes place while I still owe funds to the Lien Holder; and 2. To cancel the Motor Club Membership Agreement to the extent of my obligation to such Lien Holder.

| Name | Address |
|------|---------|
| BMW | HILLIARD OH 43026-7456 |

| Agreement Date | 05/09/09 | | |
|----------------|---------|-----|------|
| | Month | Day | Year |

Signed By _____        Signed By _____
          Customer                                  Dealer's Representative

NOTICE TO MEMBER:
THE PURCHASE OF THE MOTOR CLUB MEMBERSHIP AGREEMENT IS NOT REQUIRED TO OBTAIN FINANCING OR TO
PURCHASE OR LEASE THIS VEHICLE.



ROAD ⬧ AMERICA
a MAPFRE company

FOR MEMBERSHIP BENEFITS, CALL TOLL-FREE 1-888-246-8290.

OPTIONAL GUARANTEED ASSET PROTECTION (GAP)                    CONTRACT AMENDMENT

THIS IS AN AMENDMENT TO THE RETAIL INSTALLMENT SALES CONTRACT OR LEASE CONTRACT (REFERRED TO AS THE "CONTRACT") BETWEEN THE DEALER AND YOU, THE CUSTOMER, LISTED BELOW AND COVERS ONLY THE ORIGINAL CONTRACT FOR THE PURCHASE/LEASE OF THE VEHICLE.

AMENDMENT NUMBER:  IS 10281   CUST# 17483   DEAL# 22022

## INFORMATION SCHEDULE

### VEHICLE

| VIN | WBAPN73569A265980 | | ☒☒ New (Untitled) | ☐ Pre-Owned (Previously Titled) |
|---|---|---|---|---|

| Make BMW | Models 3 SERIES | Trim Level 335D | Year 2009 | Odometer 2 |
|---|---|---|---|---|

### CUSTOMER

| Name KAREN L WHITE | Street 14039 4 SQUARE RD | | |
|---|---|---|---|
| City SMITHFIELD | State VA | Zip Code 23430 | Telephone (757) 650-4225 |

### DEALER

| Dealer # 0700000901 | Name CASEY BMW | Street 12961 JEFFERSON AVE | |
|---|---|---|---|
| City NEWPORT NEWS | State VA | Zip Code 23608 | Telephone (757) 989-1300 |

### LIENHOLDER

| Name BMW BANK OF NORTH AMERICA | Telephone (614) 771-4350 |
|---|---|

### Contract Information and GAP Charge

| Type of Contract: | ☐ Retail Installment Sales Contract (Conventional Loan) | ☒☒ Retail Installment Sales Contract (Other Loan – Deferred, Balloon, etc.) | ☐ Lease |
|---|---|---|---|

| Date of Contract: 05/29/09 | Date of First Payment: 07/13/09 | A.P.R.: 3.90 |
|---|---|---|

| Amount Financed or Capitalized Cost: $ 52777.04 | Balloon Amount or Residual Value: $ 18192.50 | Total of Payments: $ 59956.70 (May not exceed $80,000 including Balloon Amount or Residual Value) |
|---|---|---|

| Contract Term: 60 (Retail Installment Sales Contract Term may not exceed 84 Months) (Lease Term may not exceed 60 Months) | GAP Charge: $ 500.00 |
|---|---|

IMPORTANT INFORMATION REGARDING OPTIONAL GAP. PLEASE READ.

### I. KEY INFORMATION

1. You might not need GAP depending on how much of a down payment (including trade-in value) You made on Your Vehicle, the term of Your Contract, the make of Vehicle and other considerations.
2. You may purchase GAP only at the time You sign Your Contract to purchase or lease the Vehicle from the Dealer.
3. You may wish to consult an insurance agent to determine whether alternative programs or products are available and at what cost.
4. In cases of Transfer of Equity (See Section III - DEFINITIONS), GAP is transferable.
5. GAP coverage may decrease over the term of the Contract.
6. GAP coverage terminates if You refinance the Contract to which this Amendment refers. You are entitled to a refund of the GAP Charge, as outlined in the CANCELLATION PROVISIONS, as of the date of the refinance.
7. GAP coverage terminates upon the expiration of any redemption period following the repossession or surrender of Your Vehicle.
8. You are not required to purchase GAP to obtain credit or financing. It is completely voluntary and optional.
9. GAP is not a substitute for nor does it provide any insurance coverage for You or the Vehicle, such as collision, comprehensive, bodily injury, property damage or liability.
10. Extensions, Holiday or Deferred Payments, which are not part of the scheduled Contract payments, are considered late payments.
11. GAP does not provide any benefit for lost cash down payment, trade equity or finance charges after the Date of Loss.
12. There is no GAP payment in the event that there is no Deficiency Balance.

### II. GAP CONTRACT AMENDMENT

If You purchase optional GAP and pay the GAP Charge shown above, Your Contract with the Dealer is amended by adding the following and subject to the provisions on the following page:
"If the Insurance Company providing physical damage coverage on the Vehicle described above determines that the Vehicle is a Total Loss, then You will be responsible for paying only the following to the Lienholder You make payments to under the Contract:
   1. A) The Value of the Vehicle as determined by the physical damage insurance company on the Date of Loss or the NADA Retail Value of the Vehicle, whichever is greater, plus any physical damage insurance deductible over $1,000 which reduces that settlement, or
      B) If there is no physical damage insurance in effect on the Date of Loss, the average retail price of the Vehicle on the Date of Loss based on a current edition of the NADA Used Vehicle Price Guide.
      You will also be responsible for any early termination fees, late or deferred payments and charges, finance charges after the Date of Loss and refundable portions of any cancelable add-ons such as service contracts, credit life insurance or pre-paid maintenance agreements.
   2. In addition to the above, You will be responsible for any portion of a Deficiency Balance that results from the Amount Financed or Capitalized Cost that exceeded 150% of the Retail Value of the Vehicle.

### CANCELLATION PROVISIONS

You may cancel GAP at any time for a refund of all or part of the GAP Charge by notifying Us or the Administrator, in writing, that You want to cancel. If You notify Us or the Administrator within thirty (30) days from the Date of Contract, there will be a full refund of the GAP Charge. After thirty (30) days, the refund will be calculated on a pro-rata basis. Any refund will be sent to Your Lienholder. Under no circumstances will this Amendment be reinstated after a cancellation has been processed. In the event of a covered Total Loss, GAP Charge will be considered fully earned and no refund will be available. This Contract Amendment includes all provisions on this, as well as, the following page and is binding on any Lienholder.

By signing below, I, the Customer acknowledge that I have requested GAP coverage, read all sections of this Contract Amendment including the provisions on the following page, received a copy of it, understand it and agree to pay the GAP Charge stated above.
I acknowledge:
1. GAP is optional and I am not required to buy it.
2. GAP does not provide any insurance coverage.
3. I must have physical damage insurance on my Vehicle on the Date of Contract for GAP to be effective.

By signing below, the Dealer acknowledges that all sections of this Amendment have been reviewed with the Customer.

| Customer: | Dealer: _____ BUS. MGR |
|---|---|
| Date: 05/29/09 | Date: 05/29/09 |

GAP-86 (R 06/07)                    CUSTOMER COPY                    GAP-86 (R 06/07)
                                                                     (STOCK REORDER NUMBER)
                                                                     1ZY 630

White 000015

( Seller ) named above, unless otherwise specified, "I", "me" and "my" refer to the Buyer and you and "your" refer to the Seller or Seller's assignee. "Vehicle" refers to the vehicle described below. I promise to pay Seller the Total of Payments in accordance with the Payment Schedule shown below. I acknowledge that I am purchasing the Vehicle from Seller on an installment basis and accept the Vehicle in its present condition, including all its equipment, parts and accessories.

## 2. VEHICLE

| ☐ New ☐ Used | Year | Make | Model | Vehicle Identification Number | Odometer Reading | ☒ Personal Use ☐ Business Use |
|---|---|---|---|---|---|---|

☐ Telephone ☐ CD Player ☐ _____ (specify) ☐ _____ (specify) ☐ _____ (specify)

## 3. CREDIT DISCLOSURES                                          e=estimate

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ _____ |
|---|---|---|---|---|
| _._ _ % | $ _____ e | $ _____ | $ _____ e | $ _____ e |

## 4. PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| __ | · ___.__ | Monthly, beginning __/__/____ |
| 1 Balloon Payment (if applicable) | _____.__ | ___ __ __/__/____ |

**SECURITY.** I am giving a security interest in the Vehicle.
**LATE CHARGE.** If all or any portion of a payment is more than 7 days late, I will be charged 5% of that payment.
**PREPAYMENT.** If I pay off this Contract early, I will not have to pay a penalty.

Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and the right to require repayment in full before the scheduled maturity date.

## 5. ITEMIZATION OF AMOUNT FINANCED

**A. CASH PRICE**
(1) Cash Price of Vehicle and Accessories  $ _____
(2) Sales Tax  + _____
(3) Other (Describe) _____  + _____
(4) Other (Describe) _____  + _____
(5) Other (Describe) _____  + _____
(6) Total Cash Price  = _____

**B. DOWN PAYMENT**
(1) Net Value of Trade-In
(Gross Allowance $ _____ Payoff $ _____)
(Year_____ Make_____
Model_____)  $ _____
(2) Cash Down Payment  + _____
(3) Manufacturer's Rebate Assigned to Seller + _____
(4) Other (Describe) _____  + _____
(5) Total Down Payment  = _____

**C. UNPAID BALANCE OF CASH PRICE**
(A(6) minus B(5))  $ _____

*Seller and/or Seller's affiliates may retain or receive a portion of these amounts.
e= estimate
THE SELLER MAY ASSIGN THIS CONTRACT AND RECEIVE A FEE OR OTHER CONSIDERATION FOR FACILITATING YOUR FINANCING.

**D. AMOUNTS PAID TO OTHERS ON MY BEHALF**
(1) To Public Officials:
(a) License, Title, and Registration Fees  $ _____
(b) Other Official Fees (Describe)  + _____
_____
(2) To Insurance Companies For:
(a) Credit Life/Disability Insurance  + _____
(b) Other Insurance
(Describe) GAP INS  + _____
(3) Other Charges:
(a) To _____ For Service Contract + _____
(b) To N/A For N/A  + _____
(c) To _____ For _____  + _____
(d) To _____ For _____  + _____
(e) To N/A For N/A  + _____
(f) To N/A For N/A  + _____
(g) To N/A For N/A  + _____
(h) To N/A For N/A  + _____
(4) Total Amounts Paid to Others on My Behalf  = _____
**E. AMOUNT FINANCED** (C plus D(4))  $ _____

## 6. SERVICE CONTRACT

A service contract is not required to obtain credit and will not be provided unless I sign and agree to pay the co_
The service contract issued by the Provider will describe the terms and conditions in further detail. If I want a service contract the term and cost listed below, I will sign below:

Provider:_____ Cost: $ _____ Term: _____ months or _____ miles, whichever occurs first.

X _____                    X _____
Buyer's Signature                          Buyer's Signature

## 7. CREDIT INSURANCE

Credit life or credit disability insurance is not required to obtain credit and will not be provided unless I sign and agr_ to pay the premium. The policies or certificates issued by the Insurer will describe the terms and conditions in further detai_ I want any of the following insurance for the terms and premiums listed below, I will check the applicable box and sign below

White-000016

**RETAIL INVOICE**

CUSTOMER COPY

CASEY
AUTO GROUP

DEALER CASEY BMW
12881 JEFFERSON AVE
NEWPORT NEWS VA 23608

DATE 08/29/09

INVOICE NUMBER R204898

| DESCRIPTION | RESERVE | COST | SALE |
|---|---|---|---|
| OVERALLOWANCE | | 0 | 46075.00 |
| DISCOUNT | | | 0 |
| LIFE INSURANCE | | 7 | 1585.79 |
| DISABILITY INS. | | 8 | 1585.21 |
| EXTENDED WARRANTY | | 0 | 2360.00 |
| GAP INSURANCE | | 0 | 500.00 |
| MAINT. CONTRACTS | | 0 | 1035.00 |
| TIRE HAZARD | | 0 | 699.00 |
| PROTECTION PACKAGE | | A | N/A |
| SALES TAX | | | 131.58 |
| SALES TAX | | | 1019.78 |
| LICENSE FEES & TAGS | | | 48.75 |
| PROCESSING FEE | | | 449.00 |
| DEALER BUS. LIC. TAX | | | N/A |

TOTAL CASH PRICE 57777.00

AMOUNT FINANCED 52777.00

**NO LIABILITY INSURANCE INCLUDED**



www.caseyauto.com



**SERVICE INVOICE**

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 5381 | INVOICE DATE 09/15/09 | INVOICE No. BMCS236864 |
|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. | MILEAGE 11,587 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| 1and4ya@aol.com | P. T. B. No. | P.O. No. | R.O. DATE 09/12/09 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | MO: 11587 |

```
LABOR
J# 1 02BMZZ-STDSCOPE *STD SCOPE
        PERFORM STD SCOPE PER DCS          TECH(S):1177          WARRANTY        4
        1177+
        0000105 .4
        STD SCOPE PERFORMED. VEHICLE FAULT MEMORY READ.

J# 2 01BMZZ-L.O.F.    *OIL & FILTER CHANGE    TECH(S):1177          WARRANTY
        CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS.ADD AS NEEDED;
        CK AND CORRECT TIRE PRESSURES.
        TO PERFORM OIL CHANGE AND DEF CHANGE
        1177
        0000610 .3
        PERFORMED OIL CHANGE, DRAINED AND REFILLED DIESEL EXHAUST
        FLUID TO SPEC. SET TIRE PRESSURES 1177

J# 3 02BMZZ-MICROFIL *MICROFILTER            TECH(S):1177          WARRANTY
        INSTALL MICROFILTER
        1177
        0000616 .1

J# 4 31BMZZCOURTESY  *COURTESY DETAIL        TECH(S):1041          INTERNAL
        COURTESY CLEAN-.WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.
        VACUUM
        DONE.
        1041

J# 5+31BMZZ-RECON    *RECONDITION            TECH(S):1041          169.95
        FULL CLEAN.

        RECONIDTION CAR ALL CARS
        1041

                                             TOTAL - LABOR         169.95
```

```
PARTS-----QTY--FP-NUMBER------------DESCRIPTION------------------UNIT PRICE-
JOB # 2     1    11-42-7-788-460    SET OIL-FILTER ELEM              WARRANTY
JOB # 2     8    07-51-0-037-196    OIL 5W30 DIESEL                  WARRANTY
JOB # 2     1    83-19-0-440-158    DIESEL EXHAUST FLUI              WARRANTY
JOB # 3     1    64-31-9-142-115    ICROFILTER/ACTIVATE              WARRANTY
                                             TOTAL - PARTS           0.00
```

```
SUBLET-----PO#-------VEND INV#-INV. DATE-DESCRIPTION----------------------------
JOB # 1   178383              09/15/09 BMW 117                     INTERNAL
                                             TOTAL - SUBLET         0.00
```

```
MISC------CODE---DESCRIPTION------------------CONTROL NO-------
JOB # 1     30   POLICY-RENTAL CARS-SERVICE                        INTERNAL
JOB # 1     30   POLICY-RENTAL CARS-SERVICE        236864          INTERNAL
JOB # 4     27   FREE CAR WASH                     236864          INTERNAL
                                             TOTAL - MISC           0.00
```

[ ] CASH  [ ] CHECK CK NO.[ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]

White 000016



www.caseyauto.com

**SERVICE
INVOICE**

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23808
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER NO. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 5381 | INVOICE DATE 09/15/09 | INVOICE No. BMCS236864 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE NO. | MILEAGE 11,587 | COLOR BLACK/MAGMA | STOCK NO. W92075 |
| 14039 FOURSQUARE RD | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| SMITHFIELD, VA 23430-8636 | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| 1and4ya@aol.com | F.T.E. No. | P.O. No. | R.O. DATE 09/12/09 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | MO: 11587 |

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
     ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS
PICK UP LOANER ON SAT/KD

TOTALS

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---:|
| TOTAL LABOR.... | 169.95 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **169.95** |

CUSTOMER SIGNATURE
*********************     D U P L I C A T E   I N V O I C E     *************************

[ ]CASH   [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT  OTHER[ ]

White-000019





# SERVICE INVOICE

www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER NO. | | | | | | |
|---|---|---|---|---|---|---|
| 174839 | ADVISOR MICHAEL KLINE | | TAG NO. 8334 | INVOICE DATE 11/23/09 | INVOICE NO. BMCS254170 | |
| KAREN L WHITE | LABOR RATE | LICENSE NO. | 206 | MILEAGE 20,579 | COLOR BLACK/MAGMA | STOCK NO. W92075 |
| 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. NO. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| land4ya@aol.com | F.T.E. NO. | | P.O. NO. | | R.O. DATE 11/19/09 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | | |

LABOR
MO: 20579

J# 1 02BMZZ-STDSCOPE *STD SCOPE
PERFORM STD SCOPE PER DCS          TECH(S):1177          WARRANTY
1177 413
0000105 .4
STD SCOPE PERFORMED. VEHICLE FAULT MEMORY READ.

J# 2 018HZZ-L.O.F.  *OIL & FILTER CHANGE
CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS,ADD AS NEEDED;   TECH(S):1177   WARRANTY
CK AND CORRECT TIRE PRESSURES.
1177
0000610 1.0
COMPLETED.

J# 3 31BMZZCOURTESY  *COURTESY DETAIL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.   TECH(S):379   INTERNAL
VACUUM
DONE
379

J# 4+13BMZ          *LIGHT,SWITCH,WIRES
CUST STATES HEADLAMPS NOT WORKING PROPERLY          TECH(S):1177   WARRANTY
HAD FAULT FOR LEFT HEADLIGHT STEPPER MOTOR CONTROLLER THE
TEST PLAN DETERMINED THAT THE LEFT SMC WAS THE MODULE AT
FAULT. THE LEFT HEADLAMP STEPPER MOTOR CONTROLER MUST BE
REPLACED 1177
2
6312B01 1.0 / 63120241 / 6100811 .8
REMOVED BUMPER AND LEFT HEADLAMP, REPLACED SMC TO SPEC
REINSTALLED REMOVED PARTS, PROGRAMMED WITH CAS, THE FRM DID
NOT CODE HADE TO RUN THE PROGRAM A SECOND TIME, PROGRAMMED
TO SPEC. TEST SYSTEM AFTER REPAIR ALL WORKING TO SPEC 1177

TOTAL - LABOR          0.00

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 2 | 1 | 11-42-7-788-460 | SET OIL-FILTER ELEM | | |
| JOB # 2 | 7 | 07-51-0-037-195 | OIL 5W30 DIESEL | | WARRANTY |
| JOB # 2 | 1 | 83-19-0-440-158 | DIESEL EXHAUST FLUI | | WARRANTY |
| JOB # 4 | 1 | 63-11-7-182-396 | CONTROL UNIT FOR HE | | WARRANTY |

TOTAL - PARTS          0.00

SUBLET    PO#    VEND INV# INV.DATE-DESCRIPTION
JOB # 1   181247          11/23/09 LOANER # 129

TOTAL - SUBLET          0.00          INTERNAL

| MISC | CODE | DESCRIPTION | CONTROL NO. | |
|---|---|---|---|---|
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | | INTERNAL |
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 254170 | INTERNAL |
| JOB # 3 | 27 | FREE CAR WASH | 254170 | INTERNAL |

TOTAL - MISC          0.00

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]

COMMENTS
PICK LOANER UP NITE BEFORE/CC

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE] 11:28am



**CASEY**
AUTO GROUP
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 8334 | INVOICE DATE 11/23/09 | INVOICE No. BMCS254170 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE No. | MILEAGE 20,579 | STOCK No. W92075 |
| 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | COLOR BLACK/MAGMA | |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| 1and4ya@aol.com | F.T.E. No. | P.O. No. | SELLING DEALER NO. | PRODUCTION DATE |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | | R.O. DATE 11/19/09 | |
| | COMMENTS | | | |

TOTALS

MO: 20579

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
****************************   D U P L I C A T E   I N V O I C E   ****************************

[ ] CASH  [ ] CHECK  CK NO.[ ]

[ ] CREDIT  [ ] DEBIT  OTHER[ ]

PAGE 2 OF 2                CUSTOMER COPY                [ END OF INVOICE ] 11:28am



# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

www.caseyauto.com

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 8870 | INVOICE DATE 12/28/09 | INVOICE No. BMCS263177 |
|---|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. | MILEAGE 24,073 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| 1and4ya@aol.com | P.T.E. No. | | P.O. No. | R.O. DATE 12/28/09 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | |

MO: 24073

LABOR
J# 1 02BMZ          SCHED. MAINTENANCE          TECH(S):1177          INTERNAL
          TO BE PERFORMED

J# 2 02BMZZ-STDSCOPE *STD SCOPE                 TECH(S):1177          WARRANTY
          PERFORM STD SCOPE PER DCS
          1177
          0000106 .4
          STD SCOPE PERFORMED, VEHICLE FAULT MEMORY READ.

J# 3 018MZZ-L.O.F.  *OIL & FILTER CHANGE        TECH(S):1177          WARRANTY
          CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS,ADD AS NEEDED:
          CK AND CORRECT TIRE PRESSURES.
          LOF AND DIESEL EXHAUST FLUID TO BE CHANGED
          1177
          0000610 1.0
          COMPLETED LOF, DRANINED AND REFILLED EXHAUST FLUID TO SPEC

J# 4 31BMZZCOURTESY *COURTESY DETAIL            TECH(S):207           INTERNAL
          COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.
          VACUUM
          VEHICLE CLEAN
          207...KEV

J# 5+138MZ          *LIGHT,SWITCH,WIRES         TECH(S):1177          WARRANTY
          TECH FOUND BRAKE LIGHT BULB OUT
          BULB BURNT
          REPLACED LF BRAKE BULB
          ADD ON APPROVED BY CCULP!!

                                        TOTAL - LABOR     0.00

PARTS......QTY--FP-NUMBER------------  ----DESCRIPTION-------------------UNIT PRICE--
JOB # 3     1   11-42-7-788-460      SET OIL-FILTER ELEM                  WARRANTY
JOB # 3     7   07-51-0-037-195      OIL 5W30 DIESEL                      WARRANTY
JOB # 3     1   83-19-0-440-158      DIESEL EXHAUST FLUI                  WARRANTY
JOB # 5     1   63-21-7-160-790      LONGLIFE BULB                        WARRANTY
                                        TOTAL - PARTS     0.00

SUBLET-----PO#--------VEND INV#--INV.DATE-DESCRIPTION--------------------------
JOB # 1     182682              12/28/09 LOANER124                       INTERNAL
                                        TOTAL - SUBLET    0.00

MISC------CODE---  --DESCRIPTION---------------------  ------CONTROL NO.----
JOB # 1     30  POLICY-RENTAL CARS-SERVICE                               INTERNAL
JOB # 4     27  FREE CAR WASH                            263177          INTERNAL
                                        TOTAL - MISC      0.00

COMMENTS---------
LOANER/KV

                                        [ ] CASH   [ ] CHECK CK NO.[ ]
                                        [ ] CREDIT [ ] DEBIT OTHER[ ]

P. 012          FAX NO. 757 238 8846          White 000022



**CASEY AUTO GROUP**
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER No. 174839 | | |
|---|---|---|

| ADVISOR MICHAEL KLINE | 206 | TAG No. 8870 | INVOICE DATE 12/28/09 | INVOICE No. BMCS263177 |
|---|---|---|---|---|

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| LABOR RATE | LICENSE No. | MILEAGE 24,073 | COLOR BLACK/MAGMA | STOCK No. W92075 |
|---|---|---|---|---|

| YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
|---|---|---|---|---|

land4ya@aol.com

| VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER No. | PRODUCTION DATE |
|---|---|---|---|

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | F.T.E. No. | P.O. No. | R.O. DATE 12/28/09 |
|---|---|---|---|---|

| COMMENTS | |
|---|---|

TOTALS - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     MO: 24073

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

```
TOTAL LABOR....        0.00
TOTAL PARTS....        0.00
TOTAL SUBLET...        0.00
TOTAL G.O.G....        0.00
TOTAL MISC CHG.        0.00
TOTAL MISC DISC        0.00
TOTAL TAX......        0.00
                    --------
TOTAL INVOICE $        0.00
```

CUSTOMER SIGNATURE
****************************    D U P L I C A T E   I N V O I C E    ****************************

[ ] CASH  [ ] CHECK CK NO. [ ]

[ ] CREDIT [ ] DEBIT  OTHER [ ]

PAGE 2 OF 2

[ END OF INVOICE ] 11:28am

While 000023



**CASEY**
AUTO GROUP
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | | TAG No. | INVOICE DATE 02/01/10 | INVOICE No. BMCS272184 |
|---|---|---|---|---|---|
| | | 206 | 8634 | | |
| KAREN L WHITE | LABOR RATE | LICENSE No. | MILEAGE 28,865 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| land4ya@aol.com | P.T.E. No. | | P.O. No. | R.O. DATE 02/01/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | |
| | | | | | MO: 28865 |

```
LABOR
J# 1 02BMZ          SCHED. MAINTENENCE         TECH(S):413              INTERNAL
          MAINT.413
          000000000
          COMPLETED SERVICE.

J# 2 02BMZZ-STDSCOPE *STD SCOPE
          PERFORM STD SCOPE PER DCS            TECH(S):413              WARRANTY
          MAINT.413
          0000624 .7
          STD SCOPE PERFORMED. VEHICLE FAULT MEMORY READ.

J# 3 02BMZZ-VEHCK    *SER. VEH CHECK
          PERFORM VEHICLE CHECK PER DCS        TECH(S):413              WARRANTY
          MIALEGE AND TIME.413
          0000624 .7
          VEHICLE CHECK PERFORMED.

J# 4 31BMZZCOURTESY  *COURTESY DETAIL
          COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,  TECH(S):379   INTERNAL
          VACUUM
          DONE
          379
```

```
                                          TOTAL - LABOR        0.00
SUBLET-----PO#------VEND INV#-INV.DATE-DESCRIPTION------------------
JOB # 1     184283          02/02/10 LOANER128
                                                                    INTERNAL
                                          TOTAL - SUBLET       0.00
MISC-----CODE-------DESCRIPTION---------------CONTROL NO-------
JOB # 1       30    POLICY-RENTAL CARS-SERVICE           272184     INTERNAL
JOB # 1       30    POLICY-RENTAL CARS-SERVICE           272184     INTERNAL
JOB # 4       27    FREE CAR WASH                                   INTERNAL
                                          TOTAL - MISC         0.00
COMMENTS------------------------------------------------------
LOANER/KO
```

[ ]CASH  [ ]CHECK OK NO.[ ]

[ ]CREDIT [ ]DEBIT  OTHER[ ]



AUTO GROUP
www.caseyauto.com

**SERVICE
INVOICE**

CASEY BMW
12881 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 8634 | INVOICE DATE 02/01/10 | INVOICE No. BMCS272184 |
|---|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. | MILEAGE 28,865 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| land4ya@aol.com | F. T. E. No. | | P.O. No. | R.O. DATE 02/01/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | |
| TOTALS | | | | | MO: 28865 |

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

TOTAL INVOICE $        0.00

CUSTOMER SIGNATURE
***************************    D U P L I C A T E   I N V O I C E    ***************************

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

White 000025



**CASEY**
AUTO GROUP
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | TAG No 206  8634 | INVOICE DATE 02/01/10 | INVOICE No. BMCS272184 |
|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. | MILEAGE 28,865 | COLOR BLACK/MAGMA | STOCK No. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

YEAR / MAKE / MODEL
09/BMW/3 SERIES/335d
VEHICLE I.D. No.
W B A P N 7 3 5 6 9 A 2 6 S 9 8 0
F. T. E. No.                     P.O. No.

DELIVERY DATE 05/29/09   DELIVERY MILES 2
SELLING DEALER NO   PRODUCTION DATE

1and4ya@aol.com
RESIDENCE PHONE 757-357-4554   BUSINESS PHONE 757-238-8845

COMMENTS

R.O DATE 02/01/10

MO: 28865

LABOR
J# 1 02BMZ     SCHED. MAINTENENCE
        MAINT.413                          TECH(S):413          INTERNAL
        000000000
        COMPLETED SERVICE.

J# 2 02BMZZ-STDSCOPE *STD SCOPE
        PERFORM STD SCOPE PER DCS          TECH(S):413          WARRANTY
        MAINT.413
        0000624 .7
        STD SCOPE PERFORMED. VEHICLE FAULT MEMORY READ.

J# 3 02BMZZ-VEHCK   *SER. VEH CHECK.
        PERFORM VEHICLE CHECK PER DCS       TECH(S):413          WARRANTY
        MIALEGE AND TIME.413
        0000624 .7
        VEHICLE CHECK PERFORMED

J# 4 310MZZCOURTESY  *COURTESY DETAIL
        COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.  TECH(S):379   INTERNAL
        VACUUM
        DONE
        379

                                    TOTAL · LABOR          0.00

MISC------CODE------DESCRIPTION---------------------CONTROL NO--------
JOB # 4    27  FREE CAR WASH                                   INTERNAL
                                    TOTAL · MISC           0.00
COMMENTS----
LOANER/KO

TOTALS----------------------------------------------------------

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

[ ] CASH  [ ] CHECK CK NO.[ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]

CUSTOMER SIGNATURE

PAGE 1 OF 1

CUSTOMER COPY

[ END OF INVOICE ] 01:26pm

White 000026



**CASEY AUTO GROUP**
www.caseyauto.com

**SERVICE INVOICE**

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | TAG No 206: 8990 | INVOICE DATE 02/26/10 | INVOICE No BMCS277115 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE   LICENSE No. | MILEAGE 30,551 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| 14039 FOURSQUARE RD | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| SMITHFIELD, VA 23430-8636 | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER No | PRODUCTION DATE |
| land4ya@aol.com | P.T.E. No.   PO. No | | R.O. DATE 02/19/10 | |
| RESIDENCE PHONE 757-356-0005   BUSINESS PHONE 757-238-8845 | COMMENTS | | | |
| | | | | MO: 30551 |

LABOR

J# 1 138HZ-AIRBAG    *SRS/AIRBAG          TECH(S):413          WARRANTY
CUSTOMER STATES SRS LIGHT IS ON
413
BAD WIRES UNDER DRIVER SEAT FOR HEAD SUPPORT
PUMA #29567994
0000005 .4
WT 1.5 CHECKED DC VOLTS, INSTALL TEST LED. REPAIRED WIRES
6100811 .8 / 6577016 1.0 / 65770602
9144501 3.3
RUN TEST with ISIO FAULT 93AE L/SIDE ACTIVE HEAD RESRAINT
REMOVED HEAD LINNER AND SRS CONTROL UNIT OHM OUT PINS 7&8
AT CONTROL UNIT TO L/SIDE HEAD AIR BAG.PINS 7&8 BOTH READING
2.8 TO 3.0OHMS.REPLACED CONTROL UNIT AND PROGRAM AND CODE
ALL OF CAR.CLEAR ALL FAULTS.FAULT CAME BACK.SEND PUMA #29567
TOLD TO CHECK DC VOLTS AT PINS 7&8 FROM CONTROL UNIT
INSTALL TEST LED TO CONTROL UNIT PIN 7 HAS 1.63 VOLTS
AND PIN #8 HAS 1.60 TO 1.63 VOLTS.
SEND PUMA BACK TO BMW.TOLD THAT EVERY THING LOOKS OK.
TO TRY GT1 AND SEE IF FAULT CLEARS.
TRY TO CLEAR FAULT SAME FAULT 93AE,
*********BUT WITH GTI SHOWING THAT CAR HAS LEFT AND
RIGHT HEAD ACTIVE HEAD RESRAINT ***********
OHM OUT PINS 9&10 BOTH DEAD SHORT TO B-.
RESEND PUMA AND TOLD THEM THAT ETM IN ISIO NOT SHOWING
ACTIVE HEAD RESRAINT IN THIS CAR CHECK ETM ON DIS NET
SAME PROB.
GTI HAD WRIGHT ETH FOR THIS CAR.ISIO AND DIS NET WRONG.
TOLD TO REPARE WIRES AND SEE IF FAULT CLEARS.
REMOVED DRIVER SEAT REPARED BOTH WIRES FOR HEAD RESTRAINT

J# 2 138HZ       *LIGHT,SWITCH-WIRES       TECH(S):413          WARRANTY
CUST STATES OIL LIGHT COMES ON. VEH STATES VEH WONT CUT ON
IN CERTAIN MILES
FOUND DIESEL EXHAUST FLUID TO BE LOW.413
0000252 .4
FILLED DIESEL EXHAUST TANK WITH NEW EUREA.413

J# 3 318HZZCOURTLSY  ACOURTESY DETAIL      TECH(S):109          INTERNAL
COURTESY CLEAN.-WASH VEHICLE, CHAMOIS DRY. DRESS TIRES.
VACUUM
DONE 109

TOTAL - LABOR          0.00

| PARTS    QTY    FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|
| JOB # 1   1   65-77-9-184-432 | CONTROL UNIT AIRBAG | WARRANTY | |
| JOB # 1   1   61-12-9-118-095 | REP. WIRE SEAT BELT | WARRANTY | |
| JOB # 1   1   61-12-9-118-122 | REP.CABLE F SEAT PL | WARRANTY | |
| JOB # 1   4   61-13-8-363-746 | CABLE CONNECTOR | WARRANTY | |
| JOB # 1   1   61-13-1-379-833 | SHRINKING HOSE | WARRANTY | [ ] CASH  [ ] CHECK CK NO.[ ] |
| JOB # 1   1   61-13-8-353-746 | CABLE CONNECTOR | WARRANTY | |
| JOB # 1   1   -23923-X | TIE WRAP | WARRANTY | [ ] CREDIT [ ] DEBIT OTHER[ ] |
| JOB # 2   1   07-51-0-037-195 | OIL 5W30 DIESEL | WARRANTY | |
| JOB # 2   1   83-19-0-441-139 | DIESEL EXHAUST FLUI | WARRANTY | |
| | | WARRANTY | |

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE] 03:31pm



AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12881 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. | | |
|---|---|---|
| 174839 | | |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

land4ya@aol.com

RESIDENCE PHONE 757-356-0005   BUSINESS PHONE 757-238-8845

| ADVISOR | | TAG No. | INVOICE DATE | INVOICE No. |
|---|---|---|---|---|
| MICHAEL KLINE | 206 | 8990 | 02/26/10 | BMCS277115 |
| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
| | | 30,551 | BLACK/MAGMA | W92075 |
| YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| 09/BMW/3 SERIES/335d | | | 05/29/09 | 2 |
| VEHICLE I.D. No | | | SELLING DEALER NO | PRODUCTION DATE |
| W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | |
| F.T.E. No | | P.O. No. | R.O. DATE | |
| | | | 02/19/10 | |
| COMMENTS | | | | MO: 30551 |

TOTAL - PARTS          0.00

SUBLET·····PO#······VEND INV# INV DATE DESCRIPTION······················
JOB # 1    185122           02/26/10 LOANER116

TOTAL - SUBLET        INTERNAL
                       0.00

MISC······CODE···DESCRIPTION·······························CONTROL NO····,···
JOB # 3    27 FREE CAR WASH

TOTAL - MISC          INTERNAL
                       0.00

COMMENTS······················································
LOANER/KV-X SERIES IF POSSIBLE

RECOMMENDATIONS·············································
AFTER REMOVING SEAT REPARED WIRES,RUN TEST ON SYS.FAULT CLEARD.
RECODE ALL OF CAR FOR LEFT HEAD RESTRAINT.
REINSTALLED DRIVER SEAT,HEAD LINNER,CENTTER CONSUL,AND ALL TRIM
RETEST ONE MORE TIME AND TEST DROVE.NO OTHER RPOB.AT THIS TIME/

TOTALS··········································································

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| TOTAL INVOICE $ | 0.00 |

CUSTOMER SIGNATURE
******************************   D U P L I C A T E   I N V O I C E   ****************************

[ ]CASH  [ ]CHECK CK NO.[ ]
[ ]CREDIT [ ]DEBIT OTHER[ ]

PAGE 2 OF 2

CUSTOMER COPY                    [ END OF INVOICE ]03:31pm



**CASEY**
AUTO GROUP
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 4523 | INVOICE DATE 04/01/10 | INVOICE No. BMCS288728 |
|---|---|---|---|---|---|

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

LABOR RATE         LICENSE No.              MILEAGE 33,980     COLOR BLACK/MAGMA     STOCK No. W92075

YEAR / MAKE / MODEL
09/BMW/3 SERIES/335d

DELIVERY DATE 05/29/09    DELIVERY MILES 2

VEHICLE I.D. No.
W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

SELLING DEALER NO.    PRODUCTION DATE

1and4ya@aol.com
RESIDENCE PHONE 757-357-4554    BUSINESS PHONE 757-238-8845

F. T. E. No.              P.O. No.

R.O. DATE 04/01/10

COMMENTS

LABOR                                                                                        MO: 33980
J# 1 13BMZ          *LIGHT,SWITCH,WIRES
       CUSTOMER STATES CAR STATES CAR WILL NOT START IN A CERTAIN     TECH(S):1749         WARRANTY
       AMOUNT OF MILES
       INSPECTED AND FOUND VEHICLE LOW ON DIESEL EXHAUST FLUID
       1749
       0011237 .7
       TOPPED OFF FLUID AND CHECKED FOR LEAKS

J# 2 31BMZZCOURTESY    *COURTESY DETAIL
       COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,        TECH(S):109          INTERNAL
       VACUUM
       MAILMAN!!!!!!!!
       DONE 109

                                                      TOTAL - LABOR        0.00

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| JOB # 1 | 1 | 83-19-0-441-139 | DIESEL EXHAUST FLUI | WARRANTY |
| JOB # 1 | 1 | 83-19-0-441-139 | DIESEL EXHAUST FLUI | WARRANTY |

                                                      TOTAL - PARTS        0.00

| SUBLET | PO# | VEND INV# | INV. DATE | DESCRIPTION |
|---|---|---|---|---|
| JOB # 1 | 186902 | | 04/01/10 | LOANER # 152 |

                                                      INTERNAL
                                                      TOTAL - SUBLET       0.00

| MISC | CODE | DESCRIPTION | CONTROL NO. |
|---|---|---|---|
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 288728 |
| JOB # 2 | 27 | FREE CAR WASH | |

                                                      INTERNAL
                                                      INTERNAL
                                                      TOTAL - MISC         0.00

COMMENTS
PICK UP NITE BEFORE/CC

RECOMMENDATIONS
TIRES NOT SAFE!!!

[ ] CASH  [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

White000029



www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12801 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-6:00

CELL: 757-650-4225

| CUSTOMER NO. 174839 | ADVISOR MICHAEL KLINE 206 | TAG NO. 4523 | INVOICE DATE 04/01/10 | INVOICE NO. BMCS288728 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE NO. | MILEAGE 33,980 | COLOR BLACK/MAGMA | STOCK NO. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
|---|---|---|---|

1and4ya@aol.com

VEHICLE I.D. No.  W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | F.T.E. No. | P.O. No. | R.O. No. | R.O. DATE 04/01/10 |
|---|---|---|---|---|---|

COMMENTS

TOTALS

MO: 33980

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET.. | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $**     0.00

CUSTOMER SIGNATURE
***************************  D U P L I C A T E   I N V O I C E  ***************************

[ ] CASH  [ ] CHECK CK NO. [ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ] 11:27am



**CASEY**
AUTO GROUP
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER NO. 174839 | ADVISOR MICHAEL KLINE 206 | TAG NO. 5810 | INVOICE DATE 04/30/10 | INVOICE NO. BMCS296492 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE NO. | MILEAGE 37,009 | COLOR BLACK/MAGMA | STOCK NO. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

land4ya@aol.com

| | | | |
|---|---|---|---|
| YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| VEHICLE I.D. NO. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E. NO. | P.O. No. | | |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | R.O. DATE 04/28/10 |
|---|---|---|---|

MO: 37009

**LABOR**

J# 1 02BMZZ-STDSCOPE *STD SCOPE
PERFORM STD SCOPE PER DCS        TECH(S):1177        WARRANTY
1177
0000105 .4
WILL NEED A WINDSHIELD, IT WILL PASS STATE BUT IF SECOND
CRACK GETS ANY BIGGER IF WILL FAIL 1177

J# 2 01BMZZ-L.O.F.    *OIL & FILTER CHANGE
CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS,ADD AS NEEDED:   TECH(S):1177   WARRANTY
CK AND CORRECT TIRE PRESSURES.
1177
0000610 1.0
COMPLETED.

J# 3 04BMZZ-FILT    *REPLACE FUEL FILTER
CUSTOMER REQUEST FUEL FILTER BE REPLACED.   TECH(S):1177   WARRANTY
PER CBS
0000604 .4
REPLACE FUEL FILTER.

J# 4 02BMZ        SCHED. MAINTENENCE
CBS DATA NOx ADDITIVE (SCR)   TECH(S):1177   INTERNAL
DEF TO BE DRAINED AND REFILLED
1177
DRAINED DEF TANK AND REFILLED TO SPEC
1177

J# 5 03BMZZ-FILTER   *AIR FILTER
CK AIR FILTER --- REPLACE IF NEEDED   TECH(S):1177   WARRANTY
1177
0000602 .2
REPLACED AIR FILTER

J# 6 31BMZZCOURTESY   *COURTESY DETAIL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,   TECH(S):379   INTERNAL
VACUUM
DONE
379

TOTAL - LABOR        0.00

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| JOB # 2 | 1 | 11-42-7-788-460 | SET OIL-FILTER ELEM | WARRANTY |
| JOB # 2 | 7 | 07-51-0-037-195 | OIL 5W30 DIESEL | WARRANTY |
| JOB # 2 | 1 | 83-19-0-440-158 | DIESEL EXHAUST FLUI | WARRANTY |
| JOB # 3 | 1 | 13-32-7-793-672 | FUEL FILTER CARTRID | WARRANTY |
| JOB # 3 | 1 | 07-12-9-952-104 | HOSE CLAMP | WARRANTY |
| JOB # 5 | 1 | 13-71-7-797-466 | AIR FILTER ELEMENT | WARRANTY |

TOTAL - PARTS        0.00

| SUBLET | PO# | VEND INV# - INV. DATE | DESCRIPTION |
|---|---|---|---|
| JOB # 1 | 188200 | 04/30/10 | LOANER140 |

TOTAL - SUBLET    INTERNAL
                  0.00

[ ] CASH  [ ] CHECK CK NO.[ ]
[ ] CREDIT [ ] DEBIT OTHER[ ]

CUSTOMER COPY.

[CONTINUED ON NEXT PAGE] 11:47am

White 000031



**CASEY**
AUTO GROUP
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER NO. | | | | |
|---|---|---|---|---|
| 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 5810 | INVOICE DATE 04/30/10 | INVOICE No. BMCS296492 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

land4ya@aol.com

| LABOR RATE | LICENSE No. | MILEAGE 37,009 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E. No. | | P.O. No. | R.O. DATE 04/28/10 | |

RESIDENCE PHONE 757-357-4554    BUSINESS PHONE 757-238-8845

COMMENTS

MO: 37009

MISC-------CODE----------DESCRIPTION-----------------------------CONTROL NO---------
JOB # 6      27  FREE CAR WASH
                                               TOTAL-MISC          INTERNAL
                                                                    0.00

COMMENTS----------------------------------------------------------------------
LOANER/KV

RECOMMENDATIONS----------------------------------------------------------------
STATE INSPECTION DUE MAY
WINDSHIELD CRACKED, MAY NEED TO PASS INSPECTION NEXT MONTH.

TOTALS-------------------------------------------------------------------------

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS...  | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $    0.00**

CUSTOMER SIGNATURE

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

White 000032



www.caseyauto.com



CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE INVOICE

CELL: 757-650-4225

| CUSTOMER No. | ADVISOR | | TAG No. | INVOICE DATE | INVOICE No. |
|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 1627 | 06/04/10 | BMCS306158 |

| | LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
|---|---|---|---|---|---|
| KAREN L WHITE | | | 41,280 | BLACK/MAGMA | W92075 |

14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 09/BMW/3 SERIES/335d | 05/29/09 | 2 |

| VEHICLE I.D. No. | SELLING DEALER No. | PRODUCTION DATE |
|---|---|---|
| W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | |

1and4ya@aol.com

| F.T.E. No. | P.O. No. | R.O. DATE | REPRINT# 1 |
|---|---|---|---|
| | | 06/01/10 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 757-357-4554 | 757-238-8845 | | MO: 41280 |

LABOR
J# 1 13BMZ-AIRBAG   *SRS/AIRBAG                        TECH(S):413            INTERNAL
CUSTOMER STATES D/S SEATBELT LIGHT DOES NOT GO OFF
AFTER BUCKLING
SHORT TESTED SYSTEM WITH NO FAULTS FOUND. HAVE DIAGNOSED
THIS PROBLEM IN THE PAST AS LUGGAGE BEING LEFT IN PASSENGER
SEAT CAUSING SEAT MAT TO BE TRIGGERED.413
ADVISE CUSTOMER OF HOW SEAT OCCUPANCY DETECTOR CAN BE SET OF
F BY LUGGAGE. NO CORRECTION IS NEEDED AT THIS TIME.413

J# 2 318MZZCOURTESY  *COURTESY DETAIL                  TECH(S):109            INTERNAL
COURTESY CLEAN- WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
DONE 109

J# 3+60BMZ          OPEN CAMPAIGNE                     TECH(S):413            WARRANTY
CAMPAIGN 0013890100 US DIESEL PROGRAM CONTROL
COMPLETED CAMPAIN BY PRGRAMING CAR USING WITH CAS.413
6100811 .8
413

J# 4+13BMZ          *LIGHT,SWITCH,WIRES                TECH(S):413            WARRANTY
CUST STATES D/S SEAT BELT BUCKLE NOT LATCHING PROPERLY AT
TIMES
FOUND SEAT BUCKLE TO BE AT FAULT.413
7211041 .6
72110353
REMOVED DRIVERS SEAT FROM VEHICLE, REPLACED BUCKLE, REINSTAL
ED SEAT.413

                                        TOTAL - LABOR      0.00

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| JOB # 4 | 1 | 72-11-7-213-563 | LOWER BELT WITH LEF | WARRANTY |

                                        TOTAL - PARTS      0.00

| SUBLET | PO# | VEND INV# | INV DATE | DESCRIPTION | |
|---|---|---|---|---|---|
| JOB # 1 | 189683 | | 06/02/10 | BMW 115 | INTERNAL |

                                        TOTAL - SUBLET     0.00

| MISC | CODE | DESCRIPTION | CONTROL No. | |
|---|---|---|---|---|
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | | INTERNAL |
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 306158 | INTERNAL |
| JOB # 2 | 27 | FREE CAR WASH | 306158 | INTERNAL |

                                        TOTAL - MISC       0.00

COMMENTS
LOANER/KD

[ ] CASH  [ ] CHECK CK NO.[ ]

[ ] CREDIT [ ] DEBIT OTHER[ ]

White-000033



www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

# SERVICE
# INVOICE

CELL: 757-650-4225

| CUSTOMER NO. | ADVISOR | | TAG No. | INVOICE DATE | INVOICE No. |
|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 1627 | 06/04/10 | BMC5306158 |
| | LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
| KAREN L WHITE | | | 41,280 | BLACK/MAGMA | W92075 |
| 14039 FOURSQUARE RD | YEAR/MAKE/MODEL | | | DELIVERY DATE | DELIVERY MILES |
| SMITHFIELD, VA 23430-8636 | 09/BMW/3 SERIES/335d | | | 05/29/09 | 2 |
| | VEHICLE I.D. No. | | | SELLING DEALER No. | PRODUCTION DATE |
| 1and4ya@aol.com | W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | |
| | P. T. E. No. | | P.O. No. | R.O. DATE | REPRINT# 1 |
| RESIDENCE PHONE | BUSINESS PHONE | | | 06/01/10 | |
| 757-357-4554 | 757-238-8845 | COMMENTS | | | |
| TOTALS | | | | | MO: 41280 |

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | .00 |
| TOTAL PARTS.... | .00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL S.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
*************************      D U P L I C A T E   I N V O I C E      *************************

[ ]CASH   [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]

CUSTOMER COPY          [ END OF INVOICE ]11:27am

White 000034



AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 2293 | INVOICE DATE 06/30/10 | INVOICE No. BMCS313496 |
|---|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE No. | MILEAGE 44,093 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| | P.T.E. No. | | P.O. No. | R.O. DATE 06/25/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | MO: 44093 |

LABOR-----------------------------------------------------------------

#1 09/BMW CUSTOMER STATES...................................TECH CS:200...........................INTERNAL
        CUSTOMER STATES HEADLAMP BULB WARNING INDICATOR
        ON IN DASH
        COULD NOT VERIFY ALL LIGHT OPERATING NORMAL

#2 09/BMW COURTESY..COURTESY CLEAN............TECH CS:109.......................INTERNAL
        COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES;
        VACUUM
        DONE 109

#3 09/BMW MISC............MISC ELECTRICAL..............TECH CS:209.....................INTERNAL
        CUSTOMER STATES AT TIMES SEVERAL WARNING LIGHTS COME ON/OFF
        COOLANT AND SERVICE INDICATORS
        CHECK FLUIDS
        TPMS LIGHT ON DRIVERS REAR TIRE
        COULD NOT VERIFY ALL INDICATORS WORKING NORMAL

#4 09/BMW......................TRANS SQUEAK RATTLE.................TECH CS:209...................INTERNAL
        CUST STATES THERE IS A HIGH PITCH NOISE COMING FROM BEHIND
        FRT SEATS ... OK SPEAKERS?
        COUND NOT VERIFY RECOMEND TESTDRIVE WITH CUSTOMER

#5 09/BMW..........................WINDOW SWITCH......................TECH CS:209...............INTERNAL
        CUST STATES STATES DRIVERS SIDE AUTO UP WINDOW FEATURE
        DONT WORKING
        AUTO UP OPERATING NORMAL
        E

#6 09/BMW STD SCOPE.......STD SCOPE.......................TECH CS:209..................WARRANTY
        PERFORM STD SCOPE PER DCS
        0000105 .2
        STD SCOPE PERFORMED.
        209

#7 09/BMW.......OIL............OIL AND FILTER CHANGE..............TECH CS:209...........WARRANTY
        CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS.ADD AS NEEDED;
        CK AND CORRECT TIRE PRESSURES.
        0000610 1.0
        CHANGED OIL AND FILTER FLUIDS AND TP CHANGED URIA FLUID
        209

                                              TOTAL - LABOR        0.00

PARTS-----QTY---FP-NUMBER------------DESCRIPTION-----------UNIT PRICE-----
JOB # 6    1    83-19-0-440-158    DIESEL EXHAUST FLUI                   WARRANTY
JOB # 7    1    11-42-7-788-460    SET OIL-FILTER ELEM                   WARRANTY
JOB # 7    7    07-51-0-037-195    OIL 5W30 DIESEL                       WARRANTY
                                              TOTAL - PARTS        0.00

SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION--------------
JOB # 1    190958           06/30/10 LOANER # 153              INTERNAL    [ ]CASH   [ ]CHECK CK NO.[ ]
                                              TOTAL - SUBLET       0.00    [ ]CREDIT [ ]DEBIT OTHER[ ]

PAGE 1 OF 2              CUSTOMER COPY          [CONTINUED ON NEXT PAGE] 09:12am



**CASEY**
AUTO GROUP
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12881 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | | ADVISOR MICHAEL KLINE 206 | TAG No. 2293 | INVOICE DATE 06/30/10 | INVOICE No. BMCS313496 |
|---|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. | MILEAGE 44,093 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| | F. T. E. No. | P.O. No. | | P.O. DATE 06/25/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | MO: 44093 |

```
MISC------CODE------DESCRIPTION----------------------CONTROL NO--------
JOB # 1      30   POLICY-RENTAL CARS-SERVICE           313496      INTERNAL
JOB # 1      30   POLICY-RENTAL CARS-SERVICE           313496      INTERNAL
JOB # 1      30   POLICY-RENTAL CARS-SERVICE           313496      INTERNAL
JOB # 2      27   FREE CAR WASH                                    INTERNAL
                                                  TOTAL - MISC       0.00

COMMENTS--------------------------------------------------------------
LOANER/CC

TOTALS----------------------------------------------------------------
```

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
***************************   D U P L I C A T E   I N V O I C E   ***************************

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

White 000036



AUTO GROUP
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 374939 | ADVISOR MICHAEL KLINE  206 | TAG NO. 2416 | INVOICE DATE 07/02/10 | INVOICE NO. BMCS314944 |
|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE NO. | MILEAGE 44,144 | COLOR BLACK/MAGMA | STOCK NO. W92075 |

YEAR / MAKE / MODEL  09/BMW/3 SERIES/335d
DELIVERY DATE 05/29/09   DELIVERY MILES 2

VEHICLE I.D. NO.  W B A P N 7 3 5 6 9 A 2 6 5 9 8 0
F.T.E. No.          P.O. No.

SELLING DEALER NO.      PRODUCTION DATE

P.O. DATE 06/30/10

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | MO: 44144 |
|---|---|---|---|

LABOR
J# 1 13BMZ        *LIGHT,SWITCH,WIRES              TECH(S):209                    WARRANTY
    CUST STATES LOW OIL LIGHT ON, CK AND ADVISE
    SEE BOB KING
    F... OIL LEVEL LPOW LIGHT, FOUND 1/2 QT LOW, SETTING
    OFF SENSOR, CHECKED FOR OIL LEAKS, NO LEAKS FOUND
    ALL OK AT THIS TIME
    RESET LIGHTS

J# 2 31BMZZCOURTESY  *COURTESY DETAIL              TECH(S):1041                   INTERNAL
    COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
    VACUUM
    DONE..............
    1041

                                                    TOTAL - LABOR          0.00

PARTS-----QTY---FP NUMBER-----------DESCRIPTION-----------------UNIT PRICE-
JOB # 1    1    07-51-0-037-195    OIL 5W30 DIESEL                              INTERNAL
                                                    TOTAL - PARTS          0.00

SUBLET-----PO#-----VEND INV# INV.DATE-DESCRIPTION------------------------------
JOB # 1   191180              07/02/10 LOANER115                              INTERNAL
                                                    TOTAL - SUBLET         0.00

MISC-----CODE-----DESCRIPTION----------------------CONTROL NO--------
JOB # 2      27   FREE CAR WASH                                               INTERNAL
                                                    TOTAL - MISC           0.00

TOTALS------------------------------------------------------------------------
Thank you for allowing us to service your vehicle! BMW will         TOTAL LABOR....       0.00
be emailing you to rate us on our performance today,"10" is        TOTAL PARTS....       0.00
our only passing score. If for any reason you do not feel we       TOTAL SUBLET...       0.00
deserve a passing score please give me a call to discuss           TOTAL G.O.G....       0.00
your concerns. Thanks again for your visit!                        TOTAL MISC CHG.       0.00
                                                                   TOTAL MISC DISC       0.00
                                                                   TOTAL TAX......       0.00
                                                                                     --------
                                                        TOTAL INVOICE $        0.00

*Karen White*
CUSTOMER SIGNATURE

[ ] CASH   [ ] CHECK CK NO. [ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]

White 000037



**CASEY AUTO GROUP**
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | ADVISOR | | TAG No. | INVOICE DATE | CELL 757-650-4225 |
|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 2071 | 07/27/10 | INVOICE NO. BMCS320848 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
|---|---|---|---|---|
| | | 46,390 | BLACK/MAGMA | W92075 |

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 09/BMW/3 SERIES/335d | 05/29/09 | 2 |

| VEHICLE I.D. No. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| WBAPN73569A265980 | | |

| F.T.E. No. | P.O. No. | R.O. DATE |
|---|---|---|
| | | 07/20/10 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 757-357-4554 | 757-238-8845 | |

MO: 46390

LABOR------------------------------------------------------------

JOB 1 13BMZZ ... LIGHT ... WARRANTY
CUST STATES VEHICLE FEELS LIKE ITS MISSING, NOT RUNNING
WELL, RUNNING ROUGH, CHECK ENGINE LIGHT CAME ON / OFF
FOUND FAULT CODE 4035, FOUND BULITEN SIB11 02 10. WAS
INSTRUCED BY BULITEN TO CLEAN METERING VALVE.
0000005 .4
1171025 .6
CLEANED METERING VALVE PER BULITEN.

JOB 2 24BMW ... ACCESSORIES ... INTERIA
CUST STATES DRIVERS SIDE REAR SPEAKER MAKEING A CRACKLING
NOISE, HIGH PITCH LOUD NOISE GOING OVER BUMPS
FOUND NO PROBLEMS, COULD NOT DUPLICATE CONCERN.
NO REPAIR NEEDED AT THIS TIME.

JOB 3 19BMZZ MISC ... MISC ELECTRICAL ... WARRANTY
CUST STATES SERVICE ENGINE SOON LIGHT ON / OFF AT TIMES
SHORT TESTED VEHICLE FOUND FAULTS 2E3C 4CE8 480A 4035 4810
4811 4887. COMPLETED TEST PLAN. WAS INSTTRUCTED TO REPLACE
THROTTLE THROTTLE VALVE. DIAG CODE D11600000000010001.
1171025 .5
0000005 .4
REPLACED THROTTLE VALVE WITH NEW. DELETED FAULTS, TEST DROVE
RESHORTTESTED VEHICLE WITH NO PROBLEMS.413

JOB 4 31BMZZ COURTESY ... COURTESY CLEAN ... INTERIA
COURTESY CLEAN--WASH VEHICLE. CHAMOIS DRY, DRESS TIRES.
VACUUM
DONE 109

| | | | TOTAL - LABOR | 0.00 |
|---|---|---|---|---|

PARTS------QTY---FP NUMBER--------------DESCRIPTION---------------UNIT PRICE-

| | | | | |
|---|---|---|---|---|
| JOB # 3 | 1 | 13-54-7-792-098 | O-RING | WARRANTY |
| JOB # 3 | 1 | 11-71-7-804-384 | THROTTLE | WARRANTY |

| | | | TOTAL - PARTS | 0.00 |
|---|---|---|---|---|

MISC------CODE--------DESCRIPTION----------------------CONTROL NO--------

| | | | | |
|---|---|---|---|---|
| JOB # 4 | 27 | FREE CAR WASH | | INTERNAL |

| | | TOTAL - MISC | 0.00 |
|---|---|---|---|

COMMENTS---------------------------------------------------------
DROP OFF/CC

[ ] CASH  [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

MAR/02/2011/WED 10:16 AM   JamesRiver BE   White000036   FAX No. 757 238 8846                    P. 013



**CASEY**
AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

| CUSTOMER NO. 174339 | ADVISOR MICHAEL KLINE | | TAG No. 2071 | INVOICE DATE 07/27/10 | CELL 757-650-4225 INVOICE No. BMCS320848 |
|---|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE 206 | LICENSE No. | MILEAGE 46,390 | COLOR BLACK/MAGMA | STOCK NO. W92075 |
| | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E No. | | P.C. No. | | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | R.O. DATE 07/20/10 | |
| TOTALS | | | | | MO: 46390 |

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE
****************************  D U P L I C A T E   I N V O I C E   ****************************

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

PAGE 2 OF 2                 CUSTOMER COPY            [ END OF INVOICE ]   08:52am



# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

www.caseyauto.com

CELL 757-650-4225

| CUSTOMER NO. 174839 | ADVISOR MICHAEL KLINE 206 | TAG NO. 2443 | INVOICE DATE 08/17/10 | INVOICE NO. BMCS326814 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE NO. JRRE1 | MILEAGE 47,811 | COLOR BLACK/MAGMA | STOCK NO. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d
VEHICLE I.D. NO. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

DELIVERY DATE 05/29/09
DELIVERY MILES 2
SELLING DEALER NO.
PRODUCTION DATE

land4ya@aol.com
RESIDENCE PHONE 757-357-4554
BUSINESS PHONE 757-238-8845

F.T.E. NO.
P.O. NO.
R.O. DATE 08/07/10
COMMENTS

MO: 47813

LABOR----
J# 1 03BMZZ-D : CHK RUN PROBLEM .TECH(S):1749 · WARRANTY
CUSTOMER STATES ENGINE RUNS ROUGH, CK AND ADVISE.
INSPECTED AND TESTED, FAULTS FOUND IN DDE 4B10/4B11
FOLLOWED TEST PLAN. 1749
0000006 .4
SENT PUMA CASE AND FOUND POOR FUEL IN VEHICLE CAUSING POOR
IDLE QUALITY. NEEDS GOOD QUALITY DIESEL FUEL.

J# 2 26BMZZ-W-REFILL *REPLACE INSERTS TECH(S):1749 WARRANTY
WIPERS NOT CLEANING WINDSHIELD REPLACE BLADES.
1749
REPLACED BOTH FRONT WIPER BLADES

J# 3 31BMZZCOURTESY *COURTESY DETAIL TECH(S):1041 INTERNAL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
DONE....................
1041

J# 4 09BMZZ-TIRE-R *TIRE CONDITION RED TECH(S):1749 INTERNAL

RECOMMEND TIRES

TOTAL - LABOR 0.00

PARTS-----QTY---FP-NUMBER------------DESCRIPTION------------UNIT PRICE.
JOB # 2 1 61-61-2-158-783 WIPER BLADES P S WARRANTY
JOB # 2 1 61-61-2-158-787 WIPER BLADES D S WARRANTY
TOTAL - PARTS 0.00

SUBLET-----PO#-------VEND INV#-INV.DATE-DESCRIPTION----------------
JOB # 1 192957 08/16/10 LOANER182 INTERNAL
TOTAL - SUBLET 0.00

MISC------CODE--------DESCRIPTION------------------CONTROL NO-------
JOB # 3 27 FREE CAR WASH INTERNAL
TOTAL - MISC 0.00

COMMENTS------
DROPPED OFF/CC

[ ] CASH [ ] CHECK CK NO.[ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]



# CASEY
## AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
767-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | ADVISOR | | TAG No. | | INVOICE DATE | CELL 757-650-4225 | | INVOICE No. |
|---|---|---|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 2443 | | 08/17/10 | | | BMCS326814 |
| | LABOR RATE | LICENSE No. | | MILEAGE | COLOR | | | STOCK No. |
| | | JRRE1 | | 47,811 | BLACK/MAGMA | | | W92075 |
| KAREN L WHITE | YEAR / MAKE / MODEL | | | | DELIVERY DATE | | | DELIVERY MILES |
| 14039 FOURSQUARE RD | 09/BMW/3 SERIES/335d | | | | 05/29/09 | | | 2 |
| SMITHFIELD, VA 23430-8636 | VEHICLE I.D. No. | | | | SELLING DEALER No. | | | PRODUCTION DATE |
| | W R A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | | | | |
| | F. T. E. No. | | P.O. No. | | R.O. DATE | | | |
| land4ya@aol.com | | | | | 08/07/10 | | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | | |
| 757-357-4554 | 757-238-8845 | | | | | | | MO: 47813 |
| TOTALS | | | | | | | | |

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | | |
|---|---|---|
| TOTAL LABOR.... | 0.00 | |
| TOTAL PARTS.... | 0.00 | |
| TOTAL SUBLET... | 0.00 | |
| TOTAL G.O.G.... | 0.00 | |
| TOTAL MISC CHG. | 0.00 | |
| TOTAL MISC DISC | 0.00 | |
| TOTAL TAX...... | 0.00 | |

**TOTAL INVOICE $     0.00**

/
/ CUSTOMER SIGNATURE
**************************   D U P L I C A T E   I N V O I C E   ***************************

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]



# CASEY
## AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | ADVISOR | | TAG No. | INVOICE DATE | CELL | 757-650-4225 |
|---|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 2530 | 09/02/10 | INVOICE No. BMCS333133 | |

| | LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
|---|---|---|---|---|---|
| | JRRE1 | | 49,443 | BLACK/MAGMA | W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 09/BMW/3 SERIES/335d | 05/29/09 | 2 |

VEHICLE I.D. No.
W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

| F. T. E. No. | P.C. No. | SELLING DEALER No. | PRODUCTION DATE |
|---|---|---|---|

land4ya@aol.com

| RESIDENCE PHONE | BUSINESS PHONE | | R.O. DATE |
|---|---|---|---|
| 757-357-4554 | 757-238-8845 | | 08/30/10 |

COMMENTS

MO: 49445

LABOR
J# 1 03BMZZ-DIAG  *CHECK ENGINE LIGHT    TECH(S):1177                WARRANTY
CHECK ENGINE LIGHT COMING ON
HAD FAULT 4D35 FOR REDUCING AGENTMETERING VALVE, PLAUSIBILIT
FOUND SIB110210 FOR CHECKING OPERATION OF SCR METERING VALVE
VALVE IS OPERATING BUT IS CLOGGED UP WITH CRYSTALIZED DEF
VALVE WAS CLEANED OUT 2 WEEKS AGO FROM BEING CLOGGED UP
NEEDS A NEW VALVE AND THE VALVE FLANGE NEEDS TO BE CLEANED
OUT AGAIN 1177
0000006 .4
1899000 .8
1831630 .4
COMPLETELY DRAINED DEF, AND REFILLED WITH NEW DEF REPLACED
SCR MEMTERING VALVE TO SPEC AND TEST DROVE VEHICLE OVERNIGHT
FOR TWO DAYS CAR RAN TO SPEC AND NO LIGHTS RETURNED DURRING
TEST DRIVE 1177

J# 2 02BMZZ-STDSCOPE  *STD SCOPE      TECH(S):1177                WARRANTY
PERFORM STD SCOPE PER DCS
1177
0000105 .2
STD SCOPE PERFORMED.

J# 3 06BMZZRS     *BMW REAR BRAKES      TECH(S):1177                WARRANTY
CUSTOMER STATES REPLACE REAR BRAKE PADS
PADS AT 3MM CDS SUGGESTS REPLACEMENT, ROTORS .8MM ABOVE
REPLACEMENT POINT 1177
0000614 1.1
REPLACED PADS AND SENSOR TO SPEC. NOTED THAT PASS REAR TIRE
HAS A NAIL IN IT AND TRED AN ALL OTHER TIRES ARE LOW NEEDS
4 TIRES AND AN ALIGNMENT 1177

J# 4 31BMZZCOURTESY  *COURTESY DETAIL      TECH(S):207                INTERNAL
COURTESY CLEAN-WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
VEHICLE IS CLEAN
207/KEVIN

TOTAL - LABOR        0.00

| PARTS | QTY | FP | NUMBER | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|---|
| JOB # 1 | 1 | | 18-30-7-807-206 | METERING UNIT | WARRANTY |
| JOB # 1 | 1 | | 83-19-0-440-158 | DIESEL EXHAUST FLUI | WARRANTY |
| JOB # 1 | 1 | | 63-21-7-160-788 | LONGLIFE BULB | WARRANTY |
| JOB # 3 | 1 | | 34-21-6-791-938 | REPAIR KIT, BRAKE P | WARRANTY |
| JOB # 3 | 1 | | 34-35-6-789-445 | BRAKE PAD WEAR SENS | WARRANTY |
| JOB # 3 | 1 | | 81-22-9-407-103 | BRAKE PAD PASTE | WARRANTY |

TOTAL - PARTS        0.00

| SUBLET | PO# | VEND INV# | INV. DATE | DESCRIPTION | |
|---|---|---|---|---|---|
| JOB # 1 | 194090 | | 09/02/10 | LOANER127 | INTERNAL |

TOTAL - SUBLET        0.00

[ ] CASH  [ ] CHECK CK NO.[ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

| MISC | CODE | DESCRIPTION | CONTROL NO | |
|---|---|---|---|---|
| JOB # 4 | 27 | FREE CAR WASH | | INTERNAL |

PAGE 1 OF 2            CUSTOMER COPY        [CONTINUED ON NEXT PAGE]      12:22pm

MAR/02/2011/WED 10:15 AM      JamesRiver RE    FAX No. 757 238 8846                    P. 010



**CASEY AUTO GROUP**
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | TAG No. 206  2530 | INVOICE DATE 09/02/10 | CELL  757-650-4225 INVOICE No. BMCS333133 |
|---|---|---|---|---|

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| LABOR RATE JRRE1 | LICENSE No. | MILEAGE 49,443 | COLOR BLACK/MAGMA | STOCK No. W92075 |
|---|---|---|---|---|

YEAR/MAKE/MODEL  09/BMW/3 SERIES/335d

| DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
|---|---|

VEHICLE I.D. No.  W R A P N 7 3 5 6 9 A 2 6 5 9 8 0

| SELLING DEALER No. | PRODUCTION DATE |
|---|---|

1and4ya@aol.com

| F.T.E. No. | P.O. No. | R.O. DATE 08/30/10 |
|---|---|---|

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | MO: 49445 |
|---|---|---|---|

TOTAL - MISC           0.00

COMMENTS---------------------------------------------------------------
LOANER/KV- DROP OFF SAT.

TOTALS..............................................................

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR..... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE _____

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]

MAR/02/2011/WED 10:15 AM   JamesRiver BE   FAX No. 757 238 8846   P. 009



**CASEY**
AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | | ADVISOR MICHAEL KLINE | 206 | TAG No. 2385 | | INVOICE DATE 10/22/10 | CELL 757-250-4225 INVOICE No. |
|---|---|---|---|---|---|---|---|
| | | LABOR RATE | | LICENSE No. JRRE1 | MILEAGE 50,368 | | BMCS336135 |
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| land4ya@aol.com | | F.T.E No. | | | P.O. No. | SELLING DEALER No. | PRODUCTION DATE |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | | R.O. DATE 09/10/10 | |
| | | | | | | | MO: 50393 |

```
LABOR------------------------------------------------------------------
J# 1 03BMZZ-DIAG      CHECK ENGINE LIGHT        TECH(S) 421-04          WARRANTY
             CHECK ENGINE LIGHT COMING ON
             CUST STATES VEH IDLES LOW / SHAKES, ACTS LIKE IT IS CUTTING
             OFF
             SHAKES VERY BAD
             FOUND DIESEL ENGINE FAILURE DUE TO VALVE COVER CRANK
             CASE VENTILATION SYSTEM MALFUNCTION
             1100091 16.5 / 1165048 6.3 / 1161350 1.2
             1751000 .7 / 1100591 7.4 / 1353315 2.4
             2400023 4.9 / 1151000 2.9 / 1161050 1.7
             DIAG WT 2.0 / 1831080 3.4/ 64500010 .8
             1171025 .6
             11150315
             REPLACED DIESEL ENGINE , TURBOS, DPF, INTERCOOLER,6 INJECTOR
             S.
             SEE COMMENTS SECTION FOR DESCRIPTION

J# 2 31BMZZCOURTESY  *COURTESY DETAIL*         TECH(S) 207              INTERNAL
             COURTESY CLEAN-WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.
             VACUUM
```

|  | | TOTAL - LABOR | 0.00 |
|---|---|---|---|

```
PARTS-----QTY---FP-NUMBER------------DESCRIPTION------------UNIT PRICE-
JOB # 1    4    13-53-7-808-094      RMFD INJECTOR                      WARRANTY
JOB # 1    1    11-12-7-796-378      PROFILE-GASKET                     WARRANTY
JOB # 1    6    11-61-2-246-945      PROFILE-GASKET                     WARRANTY
JOB # 1    6    11-61-7-790-198      PROFILE-GASKET                     WARRANTY
JOB # 1    1    11-61-2-245-439      RUBBER SEAL                        WARRANTY
JOB # 1    1    11-12-7-798-532      SET BOLT CYLINDER H                WARRANTY
JOB # 1    7    07-11-9-906-057      FILLISTER HEAD WITH                WARRANTY
JOB # 1    1    13-62-1-433-076      TEMPERATURE SENSOR                 WARRANTY
JOB # 1    1    11-65-7-802-587      AT-TURBO CHARGER                   WARRANTY
JOB # 1    1    11-65-7-811-404      AT-TURBO CHARGER                   WARRANTY
JOB # 1    2    11-62-1-711-954      HEX NUT                            WARRANTY
JOB # 1    2    07-12-9-904-559      ASA-BOLT                           WARRANTY
JOB # 1    1    11-71-7-804-384      THROTTLE                           WARRANTY
JOB # 1    1    11-61-7-812-274      CHARGE AIR LINE                    WARRANTY
JOB # 1    1    13-62-7-812-741      TEMPERATURE SENSOR                 WARRANTY
JOB # 1    2    07-11-9-902-968      HEX BOLT WITH WASHE                WARRANTY
JOB # 1    1    07-11-9-904-041      HEX BOLT WITH WASHE                WARRANTY
JOB # 1    7    07-11-9-905-811      FILLISTER HEAD WITH                WARRANTY
JOB # 1    1    11-61-2-248-439      RUBBER SEAL                        WARRANTY
JOB # 1    6    11-61-2-246-945      PROFILE-GASKET                     WARRANTY
JOB # 1    6    11-61-7-790-198      PROFILE-GASKET                     WARRANTY
JOB # 1    1    11-61-7-823-073      INTAKE MANIFOLD WIT                WARRANTY
JOB # 1    1    11-61-8-506-078      CHARGE AIR LINE                    WARRANTY
JOB # 1    1    11-65-7-802-591      CONNECTION PIPE                    WARRANTY
JOB # 1    1    11-65-7-802-596      VACUUM BOX                         WARRANTY
JOB # 1    1    11-71-7-807-805      EGR-VALVE                          WARRANTY
JOB # 1    2    13-53-7-808-094      RMFD INJECTOR                      WARRANTY
JOB # 1    2    13-54-7-792-098      O-RING                             WARRANTY
JOB # 1    1    13-62-7-792-260      FUEL INJECTION SYST                WARRANTY
JOB # 1    1    17-51-7-800-692      CHARGE-AIR COOLER                  WARRANTY
```

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]



**CASEY AUTO GROUP**
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
767-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER NO. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG NO. 2385 | INVOICE DATE 10/22/10 | CELL 757-050-4275 INVOICE NO. |
|---|---|---|---|---|---|
| | LABOR RATE | LICENSE NO. JRRE1 | MILEAGE 50,368 | COLOR BLACK/MAGMA | BMCS336135 STOCK No. W92075 |
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. NO. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| land4ya@aol.com | F. T. E. No. | | P.O. No. | R.O. DATE | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | 09/10/10 | |
| | | | | | MO: 50393 |

PARTS----QTY----FP-NUMBER------DESCRIPTION----------------UNIT PRICE-

| | | | | |
|---|---|---|---|---|
| JOB # 1 | 3 | 18-20-7-793-677 | CLAMP | WARRANTY |
| JOB # 1 | 3 | 18-30-7-793-678 | GASKET | WARRANTY |
| JOB # 1 | 1 | 18-30-7-808-655 | AT-DIESEL PARTICULA | WARRANTY |
| JOB # 1 | 1 | 18-30-7-812-171 | GASKET | WARRANTY |
| JOB # 1 | 1 | 18-30-7-812-172 | ASA-BOLT | WARRANTY |
| JOB # 1 | 2 | 18-30-8-507-550 | FLANGE | WARRANTY |
| JOB # 1 | 1 | -23923-X | TIE WRAP | WARRANTY |
| JOB # 1 | 1 | 11-00-0-446-763 | RMFD SHORT ENGINE | WARRANTY |
| JOB # 1 | 1 | 11-65-7-807-542 | GASKET ASBESTOS FRE | WARRANTY |
| JOB # 1 | 1 | 11-65-7-802-693 | GASKET ASBESTOS FRE | WARRANTY |
| JOB # 1 | 3 | 11-62-7-799-728 | GASKET ASBESTOS FRE | WARRANTY |
| JOB # 1 | 1 | 11-56-7-794-767 | O-RING | WARRANTY |
| JOB # 1 | 1 | 11-65-7-796-633 | O-RING | WARRANTY |
| JOB # 1 | 1 | 11-42-7-809-831 | GASKET ASBESTOS FRE | WARRANTY |
| JOB # 1 | 1 | 11-42-7-792-254 | GASKET ASBESTOS FRE | WARRANTY |
| JOB # 1 | 10 | 07-11-9-905-041 | GASKET RING | WARRANTY |
| JOB # 1 | 1 | 11-12-2-247-745 | PROFILE-GASKET | WARRANTY |
| JOB # 1 | 1 | 24111 | CLAMP | WARRANTY |
| JOB # 1 | 12 | 11-62-7-789-015 | FLANGE NUT | WARRANTY |
| JOB # 1 | 4 | 11-65-7-794-574 | MOUNTING PANEL | WARRANTY |
| JOB # 1 | 4 | 07-11-9-904-105 | FILLISTER-HEAD SCRE | WARRANTY |
| JOB # 1 | 4 | 07-11-9-906-249 | FILLISTER HEAD WITH | WARRANTY |
| JOB # 1 | 7 | 07-12-9-903-799 | TORX SCREW | WARRANTY |
| JOB # 1 | 1 | 11-51-7-793-796 | GASKET STEEL | WARRANTY |
| JOB # 1 | 4 | 11-14-7-792-545 | TORX SCREW WITH COL | WARRANTY |
| JOB # 1 | 1 | 11-51-7-787-692 | PROFILE-GASKET | WARRANTY |
| JOB # 1 | 1 | 11-51-7-805-812 | RMFD WATER PUMP | WARRANTY |
| JOB # 1 | 2 | -23932-X | TY-RAP 11.41 L BLAC | WARRANTY |
| JOB # 1 | 8 | 07-51-0-037-195 | OIL 5W30 DIESEL | WARRANTY |
| JOB # 1 | 1 | 82-14-1-467-704 | ANTIFREEZE | WARRANTY |
| JOB # 1 | 2 | ATF | AUTO TRANS FLUID | WARRANTY |
| JOB # 1 | 2 | R134A | FREON | WARRANTY |
| JOB # 1 | 1 | 13-53-7-799-869 | OVERFLOW OIL LINE | WARRANTY |
| JOB # 1 | 6 | 51-16-1-943-122 | PLASTIC NUT | WARRANTY |
| JOB # 1 | 1 | 24110 | CLAMP | WARRANTY |
| JOB # 1 | 1 | 37-14-6-763-733 | REGULATING ROD | WARRANTY |

TOTAL - PARTS   0.00

SUBLET----PO#--------VEND INV#--INV.DATE-DESCRIPTION---------------------------
JOB # 1   195282            10/22/10 LOANER189                  INTERNAL

TOTAL - SUBLET   0.00

MISC------CODE--------DESCRIPTION---------------------CONTROL NO--------
JOB # 1   30  POLICY-RENTAL CARS-SERVICE        336135    INTERNAL
JOB # 1   30  POLICY-RENTAL CARS-SERVICE        336135    INTERNAL

TOTAL - MISC   0.00

COMMENTS-----------------------------------------------------------------------
LOANER/CC
PULLED VEHICLE IN SHOP, PERFORMED SHORT TEST AND FOUND FAULT CODES.
3FF1,2E3C,480A,4B10 AND 4B11. FOLLOWED TEST PLANS AS PER ISID
FOUND NO RESULTS FROM TEST PLAN FOR SMOOTH RUN VALUES. PERFORMED
MASS AIR FLOW TEST PLAN AND RECIEVED NO CONCLUSIVE RESULTS. RESTART
TEST PLAN FOR FUEL INJECTORS AND AS PER TEST PLAN REPLACE INJECTORS

[ ] CASH   [ ] CHECK OK NO. [ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]



**CASEY**

AUTO GROUP

www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | | 206 | TAG No. 2385 | INVOICE DATE 10/22/10 | CELL 757-050-4225 INVOICE No. BMCS336135 |
|---|---|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE No. JRRE1 | | MILEAGE 50,368 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W R A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | SELLING DEALER No. | PRODUCTION DATE |
| 1and4ya@aol.com | F. T. E. No. | | | P.O. No. | R.O. DATE 09/10/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | | MO: 50393 |

COMMENTS---------------
ON CYLINDERS 2 3 4 AND 6. SUBMITTED TEILECLEAR CASE FOR REPLACEMENT
OF FUEL INJECTORS, AS PER TC, REPLACE FUEL INJECTORS.REMOVED CHARGE
AIR PIPE FROM INTERCOOLER TO EGR VALVE. REMOVED EGR VALVE AND
THROTTLE ASSEMBLY. REMOVED INTAKE MANIFOLD AND NOTICED SEVER AMOUNT
OF SOOT/SLUDGE BUILDUP IN INTAKE MANIFOLD PLENUM. CONTACTED PUMA
AND SENT PICTURES OF SWIRL PORTS AND TANGENTIAL PORTS. BOTH SEVERLY
GUMMED UP AS WELL AS EGR AND THROTTLE VALVES. INSTALLED INJECTORS A
ND CALIBRATED, NOTED AS PER BRIAN SIME, INSPECT OTHER ITEMS FOR
SOOT AND BUILDUP. REMOVED DPF FILTER AND INSPECTED AND FOUND IT WAS
CLOGGED WITH SOOT. REMOVED TURBO CHARGERS IN VEHICLE TO INSPECT
FOR BUILDUP AND SOOT AND FOUND PRESENT. ALSO TURBO SHAFT ENDPLAY
NOTED CHARGE PIPE FROM TURBO TO INTERCOOLER COVERD IN SOOT AND OIL
ALSO REMOVED INTERCOOLER AND FOUND CLOGGED WITH SOOT AND GUMMY BUIL
DUP. PICTURES SENT TO PUMA AND AS PER PUMA REPLACE COMPLETE HEAD
INCLUIDING CAMSHAFTS AND ROCKERS AND SPRINGS ETC. ALSO WAS
INSTRUCTED TO REPLACE THE INTAKE MANIFOLD, THOTTLE AND EGR VALVE
ASSEMBLIES, INTERCOOLER AS WELL AND THE DPF ASSEMBLY, AND BOTH
HIGH AND LOW PRESSURE TURBOCHARGERS AND CHARGE PIPES AS STATED IN
LATER EMAIL FROM BRIAN SIME. COULD NOT RECIEVE A SATISFACTORY
CYLINDER HEAD FROM BMW. WAS LATER INFORMED TO ORDER COMPLETE LONG
BLOCK ENGINE ASSEMBLY. RECIEVED ENGINE ASSEMBLY AND ALL ADDITIONAL
PARTS. REMOVED EXHAUST SYSTEM, REMOVED DRIVESHAFT, AND REMOVED
TRANSMISSION ASSEMBLY. DRAINED ALL FLUID FROM ENGINE AND REMOVED
ENGINE ASSEMBLY FROM VEHICLE. REMVOED ALL ACCESORIES INCLUDING
ALTERNATOR, POWER STEERING PUMP, AC COMPRESSOR, FUEL INJECTORS,FUEL
COMMON RAIL, FUEL PUMP, WIRING HARNESS,FUEL HARD LINES,ENGINE FRONT
BALANCER PULLEY, FLYWHEEL, STARTER ASSEMBLY,EGR COOLER AND VACUM
LINES. TRANSFERED ALL PREVIOUSLY STATED ITEMS ONTO NEW LONG BLOCK
AS RECIEVED FROM BMW. REINSTALLED ENGINE INTO VEHICLE AND HOOKED UP
WIRING HARNESS, COOLAANT LINES, STEERING SHAFT, AND POWER STEERING
LINES. REINSTALLED TRANSMISSION, DRIVESHAFT AND EXHAUST SYSTEM.
REINSTALLED INTAKE MANIFOLD, REINSTALLED EGR AND THROTTLE ASSEMBLY.
REINSTALLED TURBOCHARGER CHARGE PIPE FROM INTERCOOLER TO THROTTLE
AND REINSTALLED CHARGE PIPE FROM TURBOS TO INTERCOOLER. REPLACED
CHARGE AIR COOLER. PERFORMED EVAC AND RECHARGE ON AC SYSTEM. AND
LEAK CHECKED. FOUND WATER PUMP THAT CAME WITH THE ENGINE WAS THE
WATER PUMP FOR A NON U.S MODEL VEHICLE, AND AS PER BRIAN SIME
REPLACED WATER PUMP IN VEHICLE. PERFORMED INJECTION BLEED PROCEDURE
FILLED WITH OIL, BLED POWER STEERING SYSTEM, AND BLED COOLING
SYSTEM, STARTED VEHICLE AND ALL WAS OK AT THIS TIME. DROVE VEHICLE
AND FOUND ALL OPERATING AS DESIGNED AT THIS TIME. RESET CLOCK AND
TOPPED OFF FLUIDS.
DIAG CODE FOR INJECTOR REPLACEMENT D1350·00000000-01-014
PUMA CASE NUMBER 34490908.

[ ] CASH   [ ] CHECK CK NO.[ ]

[ ] CREDIT [ ] DEBIT  OTHER [ ]

MAR/02/2011/WED 10:14 AM   JamesRiver BE   sycledooooo FAX No. 757 238 8846   P. 006



www.caseyauto.com

**SERVICE INVOICE**

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-8:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE  206  TAG No. 2385 | INVOICE DATE 10/22/10 | CELL  757-650-4275  INVOICE No. BMCS336135 |
| --- | --- | --- | --- |
| KAREN L WHITE | LABOR RATE JRRE1 | LICENSE No. | MILEAGE 50,368 | COLOR BLACK/MAGMA | STOCK No. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d

DELIVERY DATE 05/29/09    DELIVERY MILES 2

VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

SELLING DEALER NO.    PRODUCTION DATE

land4ya@aol.com

P.T.E. No.    P.O. No.    R.O. DATE 09/10/10

RESIDENCE PHONE 757-357-4554    BUSINESS PHONE 757-238-8845

COMMENTS

TOTALS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    MO: 50393

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
| --- | --- |
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER[ ]



**CASEY**
**AUTO GROUP**
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG NO. 6977 | INVOICE DATE 12/20/10 | CELL 757-650-4225 INVOICE NO. BMCS350492 |
|---|---|---|---|---|
| | LABOR RATE | LICENSE NO. JRRE1 | MILEAGE 50,759 | COLOR BLACK/MAGMA  STOCK NO. W92075 |
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W R A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F. T. E. No. | P.O. No. | R.O. DATE 10/30/10 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | MO: 50760 |

LABOR & PARTS

J# 1. 08BMZ DIAG.   CHECK ENGINE LIGHT   INTERNAL
CHECK ENGINE LIGHT COMING ON
CLEARED FAULT MEMOR, FOUND VACUM LINE TO TURBO SHUT OFF
AND NOT PROPERLY CONTROLLING BOOST CAUSING FAULTS
SMOKE TESTED VACUM SYSTEM & FOUND LEAK AT MAIN ACTUATOR
REPLACED VACUUM LINE.AD ROAD TESTED

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 11-65-7-796-879 | VACUUM HOSE BLUE | | INTERNAL |
| JOB # 1 | 1 | 11-74-7-797-129 | VACUUM HOSE BLACK | | INTERNAL |
| JOB # 1 | 1 | 13-71-7-797-465 | AIR FILTER ELEMENT | | INTERNAL |
| JOB # 1 | 1 | 13-62-7-808-913 | EXHAUST PRESSURE SE | | INTERNAL |
| JOB # 1 | 1 | 63-21-7-211-214 | BULB SOCKET, REAR L | | INTERNAL |
| | | | JOB # 1 TOTAL PARTS | 0.00 | |

JOB # 1 TOTAL LABOR & PARTS    0.00

J# 2. 01BMZ COURTESY   COURTESY DETAIL   INTERNAL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
DONE 109

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | JOB # 2 TOTAL PARTS | 0.00 | |

JOB # 2 TOTAL LABOR & PARTS    0.00

J# 3 09BMZ   4 TIRES & WHEELS   WARRANTY
MOUNT AND BALANCE 2 FRT TIRES, 1 TIME GOODWILL, SCOTT ZIPFEL
CCULP
MATCH BEST RIM WITH TIRE
3612051 1.3 / 36120639
COMPLETED

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 3 | 2 | 36-11-0-414-665 | TIRE 225/45R17 CONT | | WARRANTY |
| | | | JOB # 3 TOTAL PARTS | 0.00 | |

JOB # 3 TOTAL LABOR & PARTS    0.00

| SUBLET | PO# | VEND INV# | INV. DATE | DESCRIPTION | | |
|---|---|---|---|---|---|---|
| JOB # 1 | 197259 | | 11/06/10 | LOANER # 152 | | INTERNAL |
| JOB # 1 | 197274 | | 12/20/10 | LOANER185 | | INTERNAL |
| | | | | TOTAL - SUBLET | 0.00 | |

| MISC | CODE | DESCRIPTION | CONTROL NO. | |
|---|---|---|---|---|
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 350492 | INTERNAL |
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 350492 | INTERNAL |
| JOB # 1 | 30 | POLICY-RENTAL CARS-SERVICE | 350492 | INTERNAL |
| JOB # 2 | 27 | FREE CAR WASH | | INTERNAL |
| | | | TOTAL - MISC | 0.00 |

[ ] CASH  [ ] CHECK CK NO. [ ] ]

[ ] CREDIT  [ ] DEBIT  OTHER [ ]

PAGE 1 OF 2             CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   09:12am



CASEY
AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
767-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 6977 | INVOICE DATE 12/20/10 | CELL 757-650-4225 INVOICE No. BMCS350492 |
|---|---|---|---|---|
| | LABOR RATE | LICENSE No. JRRE1 | MILEAGE 50,759 | COLOR BLACK/MAGMA | STOCK No. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
|---|---|---|
| VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | SELLING DEALER No. | PRODUCTION DATE |
| F. T. E. No. | P.O. No. | R.O. DATE 10/30/10 |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | MO: 50760 |
|---|---|---|---|---|

ESTIMATE-----------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF    $0.00 (+TAX)
TOTALS------------------------------------------------

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT  OTHER [ ]

MAR/02/2011/WED 10:14 AM   JamesRiver BE   FAX No. 757 238 8846   P. 003



www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
767-989-1300
M-F 7:00-8:00  SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 6596 | INVOICE DATE 01/26/11 | CELL 757-656-422 INVOICE No. BMCS373244 |
|---|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE No. JRRE1 | MILEAGE 55,730 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| 14039 FOURSQUARE RD | YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| SMITHFIELD, VA 23430-8636 | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| | F. T. E. No. | | P.O. No. | R.O. DATE 01/25/11 | |
| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | | MO: 55731 |

LABOR & PARTS
J# 1 218MZ        *INTERIOR ADJUSTMENT               TECH(S):413                INTERNAL
          CUST STATES DRIVERS SIDE FRT SEAT BELT @ TIMES
          LOCKS UP AND SOMETIMES IT WONT LATCH / UNLATCH
          CK AND ADVISE
          COULD NOT DUPLICATE CONCERN, FOUND NO PROBLEMS.413
          WILLING TO HAVE CUSTOMER SHOW TECH THERE CONCERN.413

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                            JOB #  1 TOTAL PARTS            0.00

                                    JOB #  1 TOTAL LABOR & PARTS            0.00

J# 2 13BMZ              LIGHT/SWITCH/WIRES          TECH(S):413                151.50
          CUST STATES BULB MALFUNCTION ON IN DASH, CK BULBS / LIGHTS
          CHECK AND ADVISE
          E
          FOUND RIGHT REAR TURN SIGNAL LEDS TO BE BAD CAUSING TAIL
          LAMP TO FLICKER WHEN OPERATED. ALSO FOUND FRM TO NEED
          UPDATING.413
          $357.84 AUTH #11065934
          RYAN WARRANTY
          800-621-2130
          REPLACED RIGHT REAR OUTER TAIL LAMP ASSEMBLY WITH NEW.
          PROGRAMED AND ENCODED CAR.413

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
JOB #  2      1    63-21-7-289-430     REAR LIGHT IN THE S         206.34     206.34
                                            JOB #  2 TOTAL PARTS            206.34

                                    JOB #  2 TOTAL LABOR & PARTS            357.84

J# 3 02BMZZ-STDSCOPE *STD SCOPE                    TECH(S):413              WARRANTY
          PERFORM STD SCOPE PER DCS
          0000105 .2
          STD SCOPE PERFORMED.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                            JOB #  3 TOTAL PARTS            0.00

                                    JOB #  3 TOTAL LABOR & PARTS            0.00

J# 4 02BMZZ-VEHCK *SER VEH CHECK                   TECH(S):413              WARRANTY
          PERFORM VEHICLE CHECK PER DCS
          0000624 .6
          VEHICLE CHECK PERFORMED

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                            JOB #  4 TOTAL PARTS            0.00

                                    JOB #  4 TOTAL LABOR & PARTS            0.00      [ ]CASH  [ ]CHECK CK NO.[ ]

                                                                                      [ ]CREDIT [ ]DEBIT  OTHER[ ]
J# 5 02BMZZ-ANNUAL-1 BI ANNUAL BRK FLUID           TECH(S):413              WARRANTY
          PERFORM BIANNUAL BRK FLUID CHANGE
          0000618 .4

PAGE 1 OF 3                    CUSTOMER COPY              [CONTINUED ON NEXT PAGE]   03:40pm



# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| | | |
|---|---|---|
| OMER No. 174839 | ADVISOR MICHAEL KLINE    206 | TAG No. 6596 |

CELL 757-650-4225

| INVOICE DATE | INVOICE No. |
|---|---|
| 01/26/11 | BMCS373244 |

| LABOR RATE | LICENSE No. JRRE1 | MILEAGE 55,730 |
|---|---|---|

| COLOR BLACK/MAGMA | STOCK No. W92075 |
|---|---|

.REN L WHITE
039 FOURSQUARE RD
ITHFIELD, VA 23430-8636

YEAR / MAKE / MODEL
09/BMW/3 SERIES/335d

| DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
|---|---|

VEHICLE I.D. No.
W B A P N 7 3 5 6 9 A 2 6 5 9 8 0

| SELLING DEALER No. | PRODUCTION DATE |
|---|---|

| F. T. E. No. | P.O. No. | R.O. DATE 01/25/11 |
|---|---|---|

| .DENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS |
|---|---|---|

MO: 55731

COMPLETE BIANNUAL SERVICE

| RTS. | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | WARRANTY |
|---|---|---|---|---|---|
| 5 | 2 | 81-22-0-142-156 | BRAKE FLUID | | 0.00 |

JOB # 5 TOTAL PARTS

JOB # 5 TOTAL LABOR & PARTS    0.00

.6 01BMZZ-L/0     OIL & FILTER CHANGE     TECH(S) 413     WARRANTY
CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS, ADD AS NEEDED;
CK AND CORRECT TIRE PRESSURES.
0000610 .6
COMPLETED.

| ARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | WARRANTY |
|---|---|---|---|---|---|
| OB # 6 | 1 | 11-42-7-788-460 | SET OIL-FILTER ELEM | | WARRANTY |
| OB # 6 | 8 | 07-51-0-037-195 | OIL 5W30 DIESEL | | WARRANTY |

JOB # 6 TOTAL PARTS    0.00

JOB # 6 TOTAL LABOR & PARTS    0.00

J# 7 02BMZCBMFS     MICROFILTER CBS     TECH(S) 413     WARRANTY
CUSTOMER REQUESTS A MICROFILTER SERVICE
CUSTOMER REQUESTS A MICROFILTER SERVICE
0000616 .1
PERFORMED A MICROFILTER SERVICE PER CUSTOMER'S REQUEST

| ?S | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | WARRANTY |
|---|---|---|---|---|---|
| JOB # 7 | 1 | 64-31-9-142-115 | ICROFILTER/ACTIVATE | | 0.00 |

JOB # 7 TOTAL PARTS

JOB # 7 TOTAL LABOR & PARTS    0.00

J# 8 70BMZ     MISC OPERATIONS     TECH(S) 413     INTERNAL
CUST TO PAY FOR LOANER CAR REPAIR, SEE PREVIOUS RO
$345.14 / RO#350732 / DECEMBER 02 2010
0
0

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | | JOB # 8 TOTAL PARTS | 0.00 |

JOB # 8 TOTAL LABOR & PARTS    0.00

J# 9 31BMZZCOURTESY     COURTESY DETAIL     TECH(S) 207     INTERNAL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
VEHICLE IS CLEAN
207

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | | JOB # 9 TOTAL PARTS | 0.00 |

JOB # 9 TOTAL LABOR & PARTS    0.00

[ ]CASH  [ ]CHECK CK NO.[ ]
[ ]CREDIT [ ]DEBIT OTHER[ ]



**CASEY**
**AUTO GROUP**
www.caseyauto.com

# SERVICE
# INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | | | |
|---|---|---|---|
| 174839 | | | |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| ADVISOR | | TAG No. | INVOICE DATE | CELL 757-650-4225 |
|---|---|---|---|---|
| MICHAEL KLINE | 206 | 6596 | 01/26/11 | INVOICE No. BMCS373244 |
| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
| | JRRE1 | 55,730 | BLACK/MAGMA | W92075 |
| YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| 09/BMW/3 SERIES/335d | | | 05/29/09 | 2 |
| VEHICLE I.D. No. | | | SELLING DEALER No. | PRODUCTION DATE |
| W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | |
| R. T. E. No. | | P.O. No. | R.O. DATE | |
| | | | 01/25/11 | |

| RESIDENCE PHONE | BUSINESS PHONE |
|---|---|
| 757-357-4554 | 757-238-8845 |

COMMENTS

MO: 55731

SUBLET-----PO#-------VEND INV#-INV.DATE-DESCRIPTION----------------------------
JOB # 1   200577          01/26/11 LOANER166                 INTERNAL
                                              TOTAL · SUBLET        0.00

MISC------CODE-------DESCRIPTION-----------------------CONTROL NO.--------
JOB # 1        30   POLICY-RENTAL CARS-SERVICE               INTERNAL.
JOB # 9        27   FREE CAR WASH                  373244    INTERNAL
                                              TOTAL · MISC          0.00

ESTIMATE---------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF  $450.00 (+TAX)
COMMENTS------------------------------------------------------
LOANER.KD

TOTALS------------------------------------------------------

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 151.50 |
| TOTAL PARTS.... | 206.34 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **367.84** |

CUSTOMER SIGNATURE
************************   D U P L I C A T E   I N V O I C E   ***************************

[ ] CASH  [ ] CHECK CK NO. [ ]

[ ] CREDIT [ ] DEBIT  OTHER [ ]

# CASEY
AUTO GROUP
www.caseyauto.com

# SERVICE
# INVOICE

**CASEY BMW**
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

CELL: 757-650-4225

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 5903 | INVOICE DATE 02/17/11 | INVOICE No. BMCS378793 |
|---|---|---|---|---|
| | LABOR RATE | LICENSE No. JRRE1 | MILEAGE 58,711 | STOCK No. W92075 |
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | | | COLOR BLACK/MAGMA | |
| | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER No. | PRODUCTION DATE |
| | F.T.E. No. | P.O. No. | R.O. DATE 02/15/11 | |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | MO: 58711 |
|---|---|---|---|

```
LABOR & PARTS
J# 1 13BMZ         LIGHT,SWITCH,WIRES                TECH(S):413           116.00
         CUST STATES RED WARNING INDICATOR ON IN DASH, NO START
         999 MILES TO 0 MILES, VEHICLE SHUT OFF - TOW IN
         FOUND EUREA DIESEL EXHAUST FLUID TO BE LOW,
         TOPPED OFF DIESEL EXHAUST FLUID.413

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1       2   83-19-0-441-139   DIESEL EXHAUST FLUI      17.64       35.28
                                         JOB #  1 TOTAL PARTS            35.28

                                    JOB #  1 TOTAL LABOR & PARTS        151.28

J# 2 31BMZZCOURTESY  COURTESY DETAIL                  TECH(S)379         INTERNAL
         COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
         VACUUM
         DONE
         379

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                         JOB #  2 TOTAL PARTS             0.00

                                    JOB #  2 TOTAL LABOR & PARTS          0.00

SUBLET------PO#-------VEND INV#-INV.DATE-DESCRIPTION----------------------
JOB # 1      201365         02/17/11 LOANER # 173                     INTERNAL
                                         TOTAL - SUBLET                   0.00

MISC------CODE--------DESCRIPTION--------------------------CONTROL NO-------
JOB # 1      28  ENVIRONMENTAL DISP/SHOP SUPPLIES         378793          12.76
JOB # 1      30  POLICY-RENTAL CARS-SERVICE               378793        INTERNAL
JOB # 2      27  FREE CAR WASH                                          INTERNAL
                                         TOTAL - MISC                     12.76

ESTIMATE------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
         ORIGINAL ESTIMATE OF   $200.00 (+TAX)
```

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]



www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

| CUSTOMER No. | | | |
|---|---|---|---|
| 174839 | | | |

| ADVISOR | | TAG No. | INVOICE DATE | CELL 757-650-4225 INVOICE No. |
|---|---|---|---|---|
| MICHAEL KLINE | 206 | 5903 | 02/17/11 | BMCS378793 |

| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
|---|---|---|---|---|
| | JRRE1 | 58,711 | BLACK/MAGMA | W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 09/BMW/3 SERIES/335d | 05/29/09 | 2 |

| VEHICLE I.D. No. | | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|
| WBAPN73569A265980 | | | |

| F. T. E No. | P.O. No. | R.O. DATE |
|---|---|---|
| | | 02/15/11 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 757-357-4554 | 757-238-8845 | | MO: 58711 |

TOTALS

Thank you for allowing us to service your vehicle! BMW will
be mailing you to rate us on our performance today. "10" is
on. Only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 116.00 |
| TOTAL PARTS.... | 35.28 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 12.76 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 2.41 |
| **TOTAL INVOICE $** | **166.45** |

CUSTOMER SIGNATURE
************************** DUPLICATE INVOICE ***************************

[ ] CASH   [ ] CHECK CK NO. [ ]

[ ] CREDIT [ ] DEBIT OTHER [ ]

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ]   03:40pm



www.caseyauto.com

# SERVICE INVOICE

**CASEY BMW**
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | 174839 | | | | | |
|---|---|---|---|---|---|---|

| ADVISOR | TAG No. | INVOICE DATE | CELL 757-650-422 |
|---|---|---|---|
| MICHAEL KLINE   206 | 5330 | 03/31/11 | INVOICE NO. BMCS387811 |

| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
|---|---|---|---|---|
| | JRRE1 | 63,906 | BLACK/MAGMA | W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 09/BMW/3 SERIES/335d | 05/29/09 | 2 |

| VEHICLE I.D. No. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | |

| F. T. E. No. | P.O. No. | R.O. DATE |
|---|---|---|
| | | 03/18/11 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 757-357-4554 | 757-238-8845 | | MO: 63906 |

LABOR & PARTS

J# 1 02BMZZ-STDSCOPE *STD SCOPE ................ TECH(S):413 ............ WARRANTY
      PERFORM STD SCOPE PER DCS
      0000105 .2
      STD SCOPE PERFORMED.

| ...TS -----QTY---FP-NUMBER--------------DESCRIPTION--------------UNIT PRICE |
|---|
| JOB # 1 TOTAL PARTS   0.00 |
| JOB # 1 TOTAL LABOR & PARTS   0.00 |

J# 2 01BMZZ-LT0.F. *OIL & FILTER CHANGE ........ TECH(S):413 ...... WARRANTY
      CHANGE OIL AND FILTER, CK UNDER HOOD FLUIDS,ADD AS NEEDED;
      CK AND CORRECT TIRE PRESSURES.
      0000610 .6
      COMPLETED.

| PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE | | | |
|---|---|---|---|
| JOB # 2 | 7 | 07-51-0-037-195 | OIL 5W30 DIESEL | WARRANTY |
| JOB # 2 | 1 | 11-42-7-788-460 | SET OIL-FILTER ELEM | WARRANTY |
| JOB # 2 | 1 | 11-73-1-261-489 | T-CONNECTOR | WARRANTY |
| JOB # 2 | 1 | 07-51-0-037-195 | OIL 5W30 DIESEL | WARRANTY |
| | | | JOB # 2 TOTAL PARTS   0.00 | |
| | | | JOB # 2 TOTAL LABOR & PARTS   0.00 | |

J# 3 04BMZZ-FILTER *REPLACE FUEL FILTER ........ TECH(S):413 ...... WARRANTY
      CUSTOMER REQUEST FUEL FILTER BE REPLACED.
      CBS DATA???
      0000604 .4
      REPLACE FUEL FILTER.

| PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE | | | |
|---|---|---|---|
| JOB # 3 | 1 | 13-32-7-802-939 | FUEL STRAINER WITH | WARRANTY |
| | | | JOB # 3 TOTAL PARTS   0.00 | |
| | | | JOB # 3 TOTAL LABOR & PARTS   0.00 | |

J# 4 03BMZZ-FILTER *AIR FILTER ................. TECH(S):413 ...... WARRANTY
      CK AIR FILTER -- REPLACE IF NEEDED
      0000502 .2
      REPLACED AIR FILTER.

| PARTS------QTY---FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE | | | |
|---|---|---|---|
| JOB # 4 | 1 | 13-71-7-797-465 | AIR FILTER ELEMENT | WARRANTY |
| | | | JOB # 4 TOTAL PARTS   0.00 | |
| | | | JOB # 4 TOTAL LABOR & PARTS   0.00 | |

J# 5 22BMZ *EXTERIOR TRIM ..................... TECH(S):413 ............ 1435.65
      VEH TOW IN - VEH HOT OBJECT IN ROAD AND THEN HIT CURB.
      CHECK VEH OVER FOR DAMAGES
      FOUND SUBFRAME, LEFT FRONT CONTROL ARM, RIGHT REAR CONTROL
      ARM TO BE DAMAGED.413

[ ] CASH   [ ] CHECK CK NO. [ ]
[ ] CREDIT [ ] DEBIT OTHER [ ]



www.caseyauto.com

# SERVICE INVOICE

**CASEY BMW**
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE | 206 | TAG No. 5330 | INVOICE DATE 03/31/11 | CELL 757-650-422 INVOICE NO. BMCS387811 |
|---|---|---|---|---|---|
| KAREN L WHITE 14039 FOURSQUARE RD SMITHFIELD, VA 23430-8636 | LABOR RATE | LICENSE No. JRRE1 | MILEAGE 63,906 | COLOR BLACK/MAGMA | STOCK No. W92075 |
| | YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| | VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. No. | | P.O. No. | R.O. DATE 03/18/11 | |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | MO: 63906 |
|---|---|---|---|

REPLACED SUBFRAME, LEFT FRONT CONTROL ARM, RIGHT REAR CONTRO
L ARM.413

```
PARTS------QTY---FP-NUMBER----------------DESCRIPTION----------------UNIT PRICE-
JOB # 5    1   31-11-6-785-639   FRONT AXLE SUPPORT          626.06      626.06
  #  5    12   41-13-2-291-403   BLIND RIVET NUT               1.60       19.20
  #  5     1   31-11-6-768-714   ROD                          70.34       70.34
JOB # 5    4   31-10-6-763-928   HEX BOLT WITH WASHE           3.08       12.32
JOB # 5    4   33-32-6-760-668   SELF-LOCKING COLLAR           0.64        2.56
JOB # 5    1   51-75-7-205-471   UNDERHOOD SHIELD            129.32      129.32
JOB # 5    4   07-11-9-904-295   SELF-LOCKING COLLAR           0.38        1.52
JOB # 5    1   31-12-6-770-849   WISHBONE, LEFT              112.43      112.43
JOB # 5    1   33-32-6-772-899   ROLL-OVER STRUT WIT          66.64       66.64
JOB # 5    1   31-10-6-763-928   HEX BOLT WITH WASHE           3.08        3.08
JOB # 5    2   07-14-7-154-447   SHEET METAL NUT, SE           0.27        0.54
                                         JOB #  5 TOTAL PARTS          1044.01

                       JOB #  5 TOTAL LABOR & PARTS        2479.66
```

J# 6 27BMZ              LEAK,SQUEAK,RATTLE         TECH(S):413         INTERNAL
CUST STATES WHILE TURNING THERE IS A CLICKING NOISE FRT OF
VEH AND ALSO RUBBING / SQUEAKING NOISES IN REAR. CK / ADVISE
413
SEE LINE 5

```
PARTS------QTY---FP-NUMBER----------------DESCRIPTION----------------UNIT PRICE-
                                         JOB #  6 TOTAL PARTS             0.00

                       JOB #  6 TOTAL LABOR & PARTS           0.00
```

J# 7 31BMZZCOURTESY   COURTESY DETAIL            TECH(S):109         INTERNAL
COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES,
VACUUM
TIME ADDED FOR JUSTIN THIS RO. OK CCULP

```
PARTS------QTY---FP-NUMBER----------------DESCRIPTION----------------UNIT PRICE-
                                         JOB #  7 TOTAL PARTS             0.00

                       JOB #  7 TOTAL LABOR & PARTS           0.00
```

J# 8+07BMZZ-SUSP-R   SUSPEN COND RED            TECH(S):413         INTERNAL

FOUND RIGHT REAR CONTROL ARM TO BE DAMAGED.413

REPLACED RIGHT REAR LOWER CONTROL ARM.413
SEE LINE 5

```
PARTS------QTY---FP-NUMBER----------------DESCRIPTION----------------UNIT PRICE-
                                         JOB #  8 TOTAL PARTS             0.00

                       JOB #  8 TOTAL LABOR & PARTS           0.00
```

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]

J# 9+70BMZZ-MISC-R   MISC REPAIR RED            TECH(S):413           59.00
CLEANED EXHAUST PIPE AS PER INSURANCE REQUEST.413

# CASEY
## AUTO GROUP
www.caseyauto.com

**SERVICE INVOICE**

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | | | |
|---|---|---|---|
| 174839 | | | |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| ADVISOR | | TAG No. | INVOICE DATE | CELL 757 650-422 |
|---|---|---|---|---|
| MICHAEL KLINE  206 | | 5330 | 03/31/11 | BMCS387811 |
| LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
| | JRRE1 | 63,906 | BLACK/MAGMA | W92075 |
| YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| 09/BMW/3 SERIES/335d | | | 05/29/09 | 2 |
| VEHICLE I.D. No. | | | SELLING DEALER NO. | PRODUCTION DATE |
| W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | |
| F. T. E. No. | | P.O. No. | R.O. DATE | |
| | | | 03/18/11 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 757-357-4554 | 757-238-8845 | |

MO: 63906

```
SUBLET-----PO#-------VEND INV#-INV.DATE-DESCRIPTION----------------------------
JOB # 1   203320         03/30/11 REPAIR                    275.00
JOB # 5   203367         03/31/11 BODYSHOP                 1066.29
                                    TOTAL - SUBLET          1341.29

      -----CODE-------DESCRIPTION-------------------CONTROL NO--------
JOB # 5      28   ENVIRONMENTAL DISP/SHOP SUPPLIES    387811    60.00
JOB # 7      27   FREE CAR WASH                             INTERNAL
                                    TOTAL - MISC              60.00

ESTIMATE------------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF  $5000.00 (+TAX)
COMMENTS------------------------------------------------------------------------
CHECK WHEELS FOR DAMAGE

RECOMMENDATIONS-----------------------------------------------------------------
POWERS 544-6173
CUSTOMER HAS $250 DEDUCTIBLE
GEICO PAYING $4052.15 (MECHANICAL AND BODYSHOP)
VEHICLE CLAIMED BY MARILYN SUNDY 757-592-5525
109 SHARPS ROAD
WILLIAMSBURG VA 23188-2570

TOTALS--------------------------------------------------------------------------
```

Thank you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today."10" is
only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| | |
|---|---|
| TOTAL LABOR.... | 1801.64 |
| TOTAL PARTS.... | 1044.01 |
| TOTAL SUBLET... | 1341.29 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 60.00 |
| TOTAL MISC DISC | -0.00 |
| TOTAL TAX...... | 55.21 |
| **TOTAL INVOICE $** | **4302.15** |

CUSTOMER SIGNATURE
***********************   D U P L I C A T E   I N V O I C E   ***************************

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT  OTHER[ ]



AUTO GROUP
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER NO. | | ADVISOR | | TAG No. | INVOICE DATE | CELL 757-650-422 |
|---|---|---|---|---|---|---|
| 174839 | | MICHAEL KLINE | 206 | 5330 | 03/31/11 | INVOICE NO. BMCS387811 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| LABOR RATE | LICENSE No. JRRE1 | MILEAGE 63,906 | COLOR BLACK/MAGMA | STOCK No. W92075 |
|---|---|---|---|---|
| YEAR/MAKE/MODEL 09/BMW/3 SERIES/335d | | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | SELLING DEALER No. | PRODUCTION DATE |
| F.T.E.No. | | P.O.No. | R.O. DATE 03/18/11 | |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | MO: 63906 |
|---|---|---|---|---|

```
                 413
                 CLEANED

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB #  9 TOTAL PARTS        0.00

                                 JOB #  9 TOTAL LABOR & PARTS      59.00

J#10+07BMZZ-ALIGN-R-ALIGN RED                   TECH(S):413            129.99

              PERFORMND ALIGNMENT.
              413

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB # 10 TOTAL PARTS        0.00

                                 JOB # 10 TOTAL LABOR & PARTS     129.99

J#11+08BMZZ-STEER-R-STEER CONDITION RED         TECH(S):413          INTERNAL

              REPLACED FRONT LEFT LOWER CONTROL ARM WITH NEW.413
              SEE LINE 5

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB # 11 TOTAL PARTS        0.00

                                 JOB # 11 TOTAL LABOR & PARTS       0.00

J#12+09BMZZ-TIRE-R-TIRE CONDITION RED           TECH(S):413          INTERNAL

              TIRE TREAD DEPTH WORN TO/OR BELOW 3/32".
              TIRE/TIRES NEED TO BE REPLACED.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB # 12 TOTAL PARTS        0.00

                                 JOB # 12 TOTAL LABOR & PARTS       0.00

J#13+06BMZZ-BRAKE-R-BRAKE CONDITION RED         TECH(S):413          177.00

              FOUND TRACTION LIGHT TO BE ON.
              SHORT TESTED SYSTEM, FOUND STEERING ANGLE POSIBILTY FAULT
              DUE TO FRONT END DAMAGE, RECALIBRATED STEERING ANGLE SENSOR
              DELETED FAULTS.413

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB # 13 TOTAL PARTS        0.00

                                 JOB # 13 TOTAL LABOR & PARTS     177.00
```

[ ]CASH  [ ]CHECK CK'NO.[ ]
[ ]CREDIT [ ]DEBIT OTHER[ ]

000391

# SERVICE INVOICE

**CASEY**
**AUTO GROUP**
www.caseyauto.com

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00  SAT 7:00-5:00

| CUSTOMER No. | ADVISOR | | TAG No. | INVOICE DATE | CELL 757-650-422 INVOICE No. |
|---|---|---|---|---|---|
| 174839 | MICHAEL KLINE | 206 | 6550 | 05/06/11 | BMCS399294 |
| | LABOR RATE | LICENSE No. | MILEAGE | COLOR | STOCK No. |
| KAREN L WHITE | | JRRE1 | 67,739 | BLACK/MAGMA | W92075 |
| 14039 FOURSQUARE RD | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| SMITHFIELD, VA 23430-8636 | 09/BMW/3 SERIES/335d | | | 05/29/09 | 2 |
| | VEHICLE I.D. No. | | | SELLING DEALER No. | PRODUCTION DATE |
| | W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | | | |
| | F.T.E. No. | | P.O. No. | R.O. DATE | |
| | | | | 05/02/11 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| 757-357-4554 | 757-238-8845 | | | | MO: 67739 |

LABOR & PARTS

J# 1 13BMZ          LIGHT,SWITCH,WIRES          TECH(S):1842          INTERNAL
        CUST STATES WARNING LIGHT ON IN DASH FOR FLUID LOW.
        -200 MILES TILL CUT OFF
        VEHICLE READ 375 MILES TO CUT OFF
        1842
        REFILLED DIESEL EXHAUST FLUID, TEST DROVE-GOOD.

PARTS-----QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1    2    83-19-0-440-158    DIESEL EXHAUST FLUI          INTERNAL
                                   JOB #  1 TOTAL PARTS          0.00

                                   JOB #  1 TOTAL LABOR & PARTS  0.00

J# 2 31BMZZCOURTESY    COURTESY DETAIL          TECH(S):1041          INTERNAL
        COURTESY CLEAN--WASH VEHICLE, CHAMOIS DRY, DRESS TIRES.
        VACUUM
        DONE............
        1041

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                   JOB #  2 TOTAL PARTS          0.00

                                   JOB #  2 TOTAL LABOR & PARTS  0.00

J# 3+09BMZ          TIRES & WHEELS          TECH(S):1842          INTERNAL
        CUSTOMER STATS THAT VEHICLE SHAKES AT HIGHWAY SPEEDS
        FEELS IT IN THE STEERING WHEEL
        REAR TIRES SHOWING CHORDS INSIDE THREAD
        1842
        INSPECTED, FOUND REAR TIRES SHOWING CHORDS, VEHICLE IS
        UNSAFE TO DRIVE, NEED TO REPLACE BOTH REAR TIRES AND ALIGN
        VEHICLE THEN TEST DRIVE, CUST. DECLINES REPAIRS.

PARTS-----QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                   JOB #  3 TOTAL PARTS          0.00

                                   JOB #  3 TOTAL LABOR & PARTS  0.00

J# 4+19BMZ          ENGINE REPAIR          TECH(S):1842          INTERNAL
        CUSTOMER STATES THEY FELT THE CAR BOG WHEN ACCELERATING
        CHECK AND ADVISE
        COULD NOT DUPLICATE CUST. COMPLAINT
        1842
        TEST DROVE VEHICLE, VEHICLE DROVE AS DESIGNED.
        NEED TO REPLACE TIRES AND RETEST
        TIRES UNSAFE

PARTS-----QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                   JOB #  4 TOTAL PARTS          0.00     [ ]CASH  [ ]CHECK CK NO.[ ]

                                   JOB #  4 TOTAL LABOR & PARTS  0.00     [ ]CREDIT [ ]DEBIT OTHER[ ]

J# 5+22BMZZ.MISC    MISC BODY          TECH(S):1842          INTERNAL
        CUSTOMER STATES REAR END SWAYS OR SHAKES WHEN HITTING EVEN T

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]  03:41pm

000392



**AUTO GROUP**
www.caseyauto.com

# SERVICE INVOICE

CASEY BMW
12861 JEFFERSON AVE
NEWPORT NEWS VA 23608
757-989-1300
M-F 7:00-6:00 SAT 7:00-5:00

| CUSTOMER No. 174839 | ADVISOR MICHAEL KLINE 206 | TAG No. 6550 | INVOICE DATE 05/06/11 | CELL 757 650-427 INVOICE No. BMCS399294 |
|---|---|---|---|---|
| KAREN L WHITE | LABOR RATE | LICENSE No. JRRE1 | MILEAGE 67,739 | COLOR BLACK/MAGMA | STOCK No. W92075 |

KAREN L WHITE
14039 FOURSQUARE RD
SMITHFIELD, VA 23430-8636

| YEAR / MAKE / MODEL 09/BMW/3 SERIES/335d | | DELIVERY DATE 05/29/09 | DELIVERY MILES 2 |
| VEHICLE I.D. No. W B A P N 7 3 5 6 9 A 2 6 5 9 8 0 | | SELLING DEALER No. | PRODUCTION DATE |
| F. T. E. No. | P.O. No. | R.O. DATE 05/02/11 | |

| RESIDENCE PHONE 757-357-4554 | BUSINESS PHONE 757-238-8845 | COMMENTS | | |

MO: 67739

NEED TO REPLACE TIRES. REAR TIRES UNSAFE TO DRIVE
1842
E

```
PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE-
                                              JOB #  5 TOTAL PARTS         0.00

                                    JOB #  5 TOTAL LABOR & PARTS           0.00
------------------------------------------------------------------------------
SUBLET------PO#-------VEND INV#--INV.DATE-DESCRIPTION------------------------
JOB # 1    204687          05/06/11 LOANER185                      INTERNAL
                                              TOTAL - SUBLET            0.00
MISC------CODE------DESCRIPTION--------------------CONTROL NO--------
JOB # 1       30   POLICY-RENTAL CARS-SERVICE                      INTERNAL
JOB # 1       30   POLICY-RENTAL CARS-SERVICE        399294        INTERNAL
JOB # 2       27   FREE CAR WASH                      399294       INTERNAL
                                              TOTAL - MISC             0.00
ESTIMATE-----------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF      $0.00 (+TAX)
RECOMMENDATIONS----------------------------------------------------------
CUSTOMER DECLINED
REAR TIRES - METAL SHOWING
ALIGNEMENT

TOTALS---------------------------------------------------------------------
```

nk you for allowing us to service your vehicle! BMW will
be emailing you to rate us on our performance today. "10" is
our only passing score. If for any reason you do not feel we
deserve a passing score please give me a call to discuss
your concerns. Thanks again for your visit!

| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

_____
CUSTOMER SIGNATURE
*********************    D U P L I C A T E   I N V O I C E   '   *************************

[ ]CASH  [ ]CHECK CK NO.[ ]

[ ]CREDIT [ ]DEBIT OTHER[ ]









