**U.S. DISTRICT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| Karen White | : | |
| | : | |
| Plaintiff, | : | **DEFENDANT BMW NA'S** |
| | : | **SUPPLEMENTAL F.R.C.P. 26** |
| | : | **EXPERT WITNESS DISCLOSURES** |
| -vs- | : | |
| | : | |
| BMW of North America, LLC | : | CIVIL ACTION NO.:3:12-CV-115-REP |
| | : | |
| Defendant. | : | |
| | : | |

COMES NOW the defendant, BMW of North America, LLC, by counsel and submits the attached supplemental disclosures to the Expert Report of Brian A. Sime, pursuant to Fed. R. Civ. P. 26.

Respectfully submitted,

Dated:  August 24, 2012          By:      s/Rachel Elsby
                                                        Rachel Jane Elsby (VSB #81389)
                                                        BUCHANAN INGERSOLL & ROONEY, PC
                                                        1737 King Street, Suite 500
                                                        Alexandria, Virginia  22314-2727
                                                        Telephone:  703-299-6927
                                                        Facsimile:   703-836-2021
                                                        rachel.elsby@bipc.com

                                                        *Counsel for Defendant BMW of North America,*
                                                        *LLC*

## Brian A Sime

## BMW of North America Technical Support Engineer TTL

## 2008- present BMW of North America Woodcliff Lake, NJ.

## Technical Support Engineer TTL Market 16 DC metro / Market 17 Virginia

Provide Area 16 and 17 with technical support VIA PuMA and dealer visits. As TSE, we also support the Area team with technical assistance for customer relation issues. During these processes, I always look for a reason why the dealer is having issues getting their tasks performed correctly with possible issues with staffing, correct training or process handling. Workshop evaluations are performed making sure they have the proper equipment to diagnose and work on customer vehicles. As Technical Team Leader, I make sure PuMA is always covered and vacation scheduling is a non issue getting all technical issues handled quickly. I also assist AAM and legal department when needed when a legal case is sent to the area team. I am very proud that we have a very low legal case count as our dealers communicate well most of the time when they have an issue. I submit IFR reports to engineering when an issue arises with new products to get a repair / new car process corrected in a timely manner. The last 1.5 years in the market, I have also served as the TTL to support 2 other TSE's in my area along with AAM's and Area Managers with escalated issues getting support to the dealer.

## 2007 BMW of North America Montvale, NJ

## Technical Team Leader Drivetrain /Chassis Hotline

Oversee the hotline daily functions including late shift support and approve vacation scheduling. Schedule National FSE's when more support is needed. Maintain and schedule the Drivetrain group hotline personal technical training when a new class is available. Provide support and training for the hotline staff when a challenging issue comes to the hotline. Monitor the quality of the cases from the technicians. Send reports to FSE of the dealer market as needed. Monitor dealer PuMA case index and advise the FSE when there is a need. Perform dealer visits for dealers with high PuMA index to help find a way to lower the index. Along with the new duties of TTL, standard hotline duties are also performed.

## 2000-2006 BMW of North America Montvale, NJ.

## Technical Hotline Specialist

Provide technical hotline support to BMW center technicians via telephone and PuMA. Search Puma database for existing repair solutions, Evaluate them for applicability and advise repair to questioning technician. Check training handouts, SIB's, EPC, TIS, and information provided by engineers. Incoming

calls and other pertinent contacts are logged into PuMA. If it is a special situation, an email is distributed to hotline personal and the engineers providing the details to the issue, along with the repair procedures necessary to bring the vehicle back to BMW manufacture's specifications.

I monitored the use of aftersales pool cars that are used by Technical Hotline staff. These cars are used to keep our department current on all lines of BMW Group automobiles.

Provide technical support for the E32/3,E38/3 and E67 Safety Saloon. Dealers contacted me for technical assistance for all of the Protection cars that are currently in the states and Canada. Had a direct contact with AG for technical information and special tools that are necessary for diagnosing and completing repairs.

I attended all classes necessary to keep my Master Technician status. I worked closely with the training department to receive all new training information and help then with any new issues that come up with the vehicles. I drove all of our vehicles in the fleet to stay in tune with the vehicles to better help the technicians on the phone.

## 1991-2000 BMW of North America Montvale, NJ.

## BMW Technician A

Diagnosed and performed repairs on job assigned and employee leased BMW's and Land Rover vehicles.

I wrote "pink sheets" to inform engineering of specific issues found during diagnosis and or repair.

Perform time studies for ZU-S-11 to see how long it takes to perform S.I. Bulletins to insure technicians have ample time to perform the procedure. I traveled to dealers in the United States assisting with E38/3 Safety Saloon at their dealer, to instruct a technician at the dealer the key components of the E38/3 and their location. I also show the dealer personal the different features the E38/3 has compared to the E/38.

Perform installations of accessories for time studies and proofread installation instructions for product engineering.

Excellent BMW Mainframe, e-mail, EPC, TIS, DIS tester and MoDic.

Perform all facets of repairs using BMW special tools and factory repair procedures.

## 1994-1998 Served as the Facility Safety and Health Coordinator.

I volunteered for this position to assist our company in providing a safe environment for all employees in the Montvale, NJ facility.  I was also a fire warden and a first responder on the first aid team.

## 1988-1991 BMW of North America JCVPC Jersey City, NJ

## Technician

Performed PDI's on vehicles to insure quality met BMW standard.

Installed port installed accessories (i.e. CD Changers, Phones, fog lamps, rear spoilers.)

I performed repairs in workshop on cars not meeting the BMW standard.

Performed Quality Control checks on cars leaving the body shop to insure that they had no signs of body work performed.

## Education

1987-1988 Lincoln Technical Institute Union, NJ. /Certificate in Auto Technology

1985 Passaic Valley Regional High School Little Falls, NJ. /High School diploma /4 years of auto shop class

## Certification

I meet all requirements for BMW and MINI Level 1 technician status

Specialized BMW training:

      Diesel and advanced diesel engine

      Body: double sunroof, Retractable hardtop

      Motorsport vehicle: M3, M5, M6, X5M, X6M, Alpina training

      Hybrid  specialist

# BMW Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Internal Job Code | Current Level | L4 VO 369 | L4 VO 366 | L4 VO 368 | L4 VO 050 | L4 ST 050 | L3 VO 710 | L3 VO 901 | L3 ST 051 | L3 ST 501 | L3 WB 057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sime, Brian ! | O | 1 | √ | √ | √ | = | a | √ | √ | a | = | √ |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L4 - Level 4
L3 - Level 3
L2 - Level 2
L1 - Level 1
Dsl - Diesel
BT - Body Tech
MS - Motor Sport
Hyb - Hybrid
NM - New Model
Ele - Electives

| Category | Code | Symbol |
|---|---|---|
| MS | VO 709 | ∨ |
| BT | SB 019 | a |
| BT | ST 701 | a |
| BT | VO 701 | ∨ |
| DsI | ST 1210 | = |
| DsI | VO 810 | ∨ |
| DsI | WB 603 | ∨ |
| L1 | ST 811 | ∨ |
| L2 | ST 403 | a |
| L2 | ST 054 | a |
| L2 | MC 618 | a |
| L2 | WB 618 | ∨ |
| L2 | ST 1114 | = |
| L2 | WB 402 | ∨ |
| L2 | ST 401 | = |
| L2 | WB 401 | ∨ |
| L3 | ST 1110 | = |
| L3 | ST 1115 | = |
| L3 | ST 055 | = |

| MS | Hyb | Hyb | Hyb | Hyb | Hyb | Hyb | Hyb | NM | NM | Q1 | Q1 | Q1 | Q1 | Q2 | Q2 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST 609 | VO 1003 | WB 920a | WB 920b | WB 920c | ST 920 | VO 1101 | ST 1203 | ST 1113 | ST 1113b | VO 1002 | VO 1106 | VO 1111 | OL 5019 | VO 1001 | WST 01-12 | OL 5032 |
| = | √ | √ | √ | √ | √ | √ | a | √ | √ | √ | √ | √ | √ | √ | √ | √ |

| Q2 OL 5040 | Q2 OL 1206 | Q3 VO 1103 | Q3 OL 3048 | Q3 OL 7004 | Q3 OL 7005 | Q4 VO 1104 | Q4 OL 1201 | Q4 Q4-1 | Ele ST 1101 | Ele ST 1102 |
|---|---|---|---|---|---|---|---|---|---|---|
| √ | √ | √ | √ | √ | √ | √ | √ | N | √ | N |

# BMW Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Internal Job Code | Current Level | L4 VO 369 | L4 VO 366 | L4 VO 368 | L4 VO 050 | L4 ST 050 | L3 VO 710 | L3 VO 901 | L3 ST 051 | L3 ST 501 | L3 WB 057 | L3 ST 055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sime, Brian ! | O | 1 | √ | √ | √ | = | a | √ | √ | a | = | √ | = |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L4 - Level 4
L3 - Level 3
L2 - Level 2
L1 - Level 1
Dsl - Diesel
BT - Body Tech
MS - Motor Sport
Hyb - Hybrid
NM - New Model
Ele - Electives

| | | | |
|---|---|---|---|
| L1 | ST | 811 | √ |
| L2 | ST | 403 | a |
| L2 | ST | 054 | a |
| L2 | MC | 618 | a |
| L2 | WB | 618 | √ |
| L2 | ST | 1114 | = |
| L2 | WB | 402 | √ |
| L2 | ST | 401 | = |
| L2 | WB | 401 | √ |
| L3 | ST | 1110 | = |
| L3 | ST | 1115 | = |

# BMW Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Internal Job Code | Current Level | Dsl WB 603 | Dsl VO 810 | Dsl ST 1210 | BT VO 701 | BT ST 701 | BT SB 019 | MS VO 709 | MS ST 609 | Hyb VO 1003 | Hyb WB 920a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sime, Brian ! | O | 1 | √ | √ | = | √ | a | a | √ | = | √ | √ |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L4 - Level 4
L3 - Level 3
L2 - Level 2
L1 - Level 1
Dsl - Diesel
BT - Body Tech
MS - Motor Sport
Hyb - Hybrid
NM - New Model
Ele - Electives

| Hyb | Hyb | Hyb | Hyb | Hyb | NM | NM |
|---|---|---|---|---|---|---|
| WB 920b | WB 920c | ST 920 | VO 1101 | ST 1203 | ST 1113 | ST 1113b |
| √ | √ | √ | √ | a | √ | √ |

# BMW Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Internal Job Code | Current Level | Q1 VO 1002 | Q1 VO 1106 | Q1 VO 1111 | Q1 OL 5019 | Q2 VO 1001 | Q2 WST 01-12 | Q2 OL 5032 | Q2 OL 5040 | Q2 OL 1206 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sime, Brian ! | O | 1 | √ | √ | √ | √ | √ | √ | √ | √ | √ |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L4 - Level 4
L3 - Level 3
L2 - Level 2
L1 - Level 1
Dsl - Diesel
BT - Body Tech
MS - Motor Sport
Hyb - Hybrid
NM - New Model
Ele - Electives

| Q4 Q4-1 | Q4 OL 1201 | Q4 VO 1104 | Q3 OL 7005 | Q3 OL 7004 | Q3 OL 3048 | Q3 VO 1103 |
|---|---|---|---|---|---|---|
| N | √ | √ | √ | √ | √ | √ |

**BMW Technician Training Certification Status (2012)**
Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Internal Job Code | Current Level | Ele ST 1101 | Ele ST 1102 |
|------|------|------|------|------|
| Sime, Brian ! | O | 1 | √ | N |

**Course Status Legend**

√ - Completed the course
**a** - Awarded credit for the course
**=** - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

ɪ - Course is incomplete (missing components)
**E** - Enrolled in the course
**r** - Awaiting Manager approval
**N** - Not Complete, can enroll
**N** - Not Complete, prerequisites not met

**Grid Level Title Legend**

L4 - Level 4
L3 - Level 3
L2 - Level 2
L1 - Level 1
Dsl - Diesel
BT - Body Tech
MS - Motor Sport
Hyb - Hybrid
NM - New Model
Ele - Electives

# MINI Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Job Code | Current Level | L2 WB 401 | L2 ST 115 | L2 ST 115b | L1 WB 618 | L1 MC 618 | L1 ST 116 | L1 ST 116b | L1 ST 117 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sime, Brian ! | O | 1 | √ | a | √ | √ | a | a | √ | a |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L2 - Level 2
L1 - Level 1

| | | |
|---|---|---|
| L1 | ST 139 | = |
| L1 | ST 124b | √ |
| L1 | ST 124 | √ |
| L1 | VO 124 | √ |
| L1 | ST 117b | √ |

# MINI Technician Training Certification Status (2012)
Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Job Code | Current Level | Ele ST 132 |
|------|----------|---------------|------------|
| Sime, Brian ! | O | 1 | N |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L2 - Level 2
L1 - Level 1

# MINI Technician Training Certification Status (2012)

Technical Service - 6018
Aug 24, 2012 10:19 AM EDT

| Name | Job Code | Current Level | L2 WB 401 | L2 ST 115 | L2 ST 115b | L1 WB 618 | L1 MC 618 | L1 ST 116 | L1 ST 116b |
|------|----------|---------------|-----------|-----------|------------|-----------|-----------|-----------|------------|
| Sime, Brian ! | O | 1 | √ | a | √ | √ | a | a | √ |

**Course Status Legend**

√ - Completed the course
a - Awarded credit for the course
= - Completed an equivalent course
N/A - Course is not required
M - Missing Evaluation

I - Course is incomplete (missing components)
E - Enrolled in the course
r - Awaiting Manager approval
N - Not Complete, can enroll
N - Not Complete, prerequisites not met

**Grid Level Title Legend**

L2 - Level 2
L1 - Level 1

| Ele | L1 | L1 | L1 | L1 | L1 | L1 |
|-----|-----|-----|-----|-----|-----|-----|
| ST 132 | ST 139 | ST 124b | ST 124 | VO 124 | ST 117b | ST 117 |
| N | II | √ | √ | √ | √ | a |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2012, I will electronically file the

foregoing **DEFENDANT BMW NA'S SUPPLEMENTAL F.R.C.P. 26 EXPERT WITNESS**

**DISCLOSURES** with the Clerk of Court using the CM/ECF system which will send notification

of such filing via Notification of Electronic Filing (NEF) to the following:

>  Leonard A. Bennett, Esq.
>  Susan Rotkis, Esq
>  Consumer Litigation Associates, P.C.
>  763 J. Clyde Morris Blvd., Suite 1-A
>  Newport News, VA  23601
>  srotkis@clalegal.com
>  lenbennett@clalegal.com
>  Phone:  757-930-3660
>  Fax:  757-930-3662

August 24, 2012                          _____s/Rachel Elsby_____

                                       Rachel Elsby, Esq. (VSB # 81389)
                                       BUCHANAN INGERSOLL & ROONEY PC
                                       1737 King Street, Suite 500
                                       Alexandria, Virginia 22314-2727
                                       Telephone: 703-836-6620
                                       Facsimile: 703-836-2021
                                       rachel.elsby@bipc.com

                                       *Counsel for Defendant,*
                                       *BMW NA, LLC*