# EXHIBIT B

# BBB AUTO LINE
## Customer Claim Form

Case number: BMW1217489
Contact Date: 04/18/12
Start Date:

Please make any necessary corrections to the information below, **print** or verify your VIN number and lienholder/leasing company information at the bottom of this page, and complete the missing information in Section 4 on the next page (attach additional sheets as needed).

### SECTION 1: CUSTOMER INFORMATION

| | |
|---|---|
| Titled owner: | Ms Karen White C/O Leonard Bennett |
| Mailing address: | 763 J. Clyde Morris Blvd #1A |
| City: | Newport News   State: VA   Zip code: 23601 |
| Day phone: | (757) 930-3660   Evening phone:   Cell phone: |
| Fax: | (757) 930-3662   E-mail address: lenbennett@clalegal.com |

### SECTION 2: VEHICLE INFORMATION

Make: BMW   Model: 335   Year: 2009   Current mileage: 50759

Name(s) that appears on the vehicle title: Karen White

Selling dealer/city/state: Casey BMW, Newport News, VA

Primary Servicing dealer/city/state: Casey Auto Group,

Acquired as: ☒ new  ☐ used  ☐ demo  ☐ leased   Is the vehicle in your possession? ☒ yes ☐ no

Purchase/lease date: 05/29/09   Mileage at purchase/lease:

First repair attempt date: 11/19/09   First repair attempt mileage: 0

How often is the vehicle used for business purposes (percentage): 0 %   Number of vehicles owned or leased by the business:   Transmission type: ☐ Automatic ☐ Manual

Has the vehicle been in an accident/had body damage? ☐ yes ☒ no   Date of accident:

Description of damage:

### SECTION 3: DESIRED OUTCOME (Describe what you want done to resolve your concern)

Model is a 335d.
The full purchase price of the vehicle plus damages and attorney fees

Please complete the missing information in the box below and on page 2.

VEHICLE INDENTIFICATION NUMBER  WBPN73569A265980

Lienholder/Leasing Company  BMW          Phone Number

Account Number

Page 1

CCF

**SECTION 4: VEHICLE PROBLEMS** (List primary problem first)  Case Number: BMW1217489

| Problem | Servicing dealer(s) | # of repair attempts | List the date, mileage, and days out of service for each repair attempt | Does the problem exist now? |
|---|---|---|---|---|
| **Example:** A/C won't cool properly | Any Dealer, Inc. | 2 | 4/23/06 3,500 miles 5 days<br>6/10/07 12,700 miles 1 day | yes |
| engine failure (replaced) | | 1 | | no |
| fuel injectors | | | | yes |
| seat belt service light on | | | | yes |
| rear tire noise | | | | yes |
| headlight bulb warning | | | | yes |
| check engine light | | | | yes |
| | | | | |
| | | | | |
| | | | | |

Total days out of service for all problems: _____

Signature of Titled Owner(s) _Karen White_        Date _5/3/12_

Printed Name of Titled Owner(s) _Karen White_

I am submitting this dispute for resolution in the BBB AUTO LINE program, and I agree to arbitrate the dispute under the BBB AUTO LINE Arbitration Rules.

Please mail or fax this completed form with <u>copies</u> of all available repair orders, your vehicle registration, your sales agreement or lease agreement, and any other relevant documents (e.g., written correspondence with the manufacturer, etc.) to:

BBB AUTO LINE
3033 Wilson Blvd., Suite 600
Arlington VA, 22201
Fax: 703-247-9700

Page 2



# BBB AUTO LINE

May 14, 2012

MS KAREN WHITE C/O LEONARD BENNETT
763 J CLYDE MORRIS BLVD #1A
NEWPORT NEWS VA 23601

Re: BMW1217489 White vs BMW of North America WBAPN73569A265980

Dear Ms. Karen White C/O Leonard Bennett:

I would like to thank you for your interest in the BBB AUTO LINE program. Unfortunately, after carefully reviewing your claim and the program eligibility standards set out in the *Program Summary*, I have determined that your vehicle exceeds the age requirement for filing with the BBB AUTO LINE program.

I regret we will not be able to help you.

Sincerely,

Mary Ann Khalifeh at Extension 527

CC: BMW Admin

Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard, Suite 600 · Arlington, VA · 22201 · Phone 800.955.5100 · Fax: 703.247.9700