IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KAREN WHITE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 3:12CV115-MHL |
| | ) |
| | ) |
| BMW of NORTH AMERICA, LLC, | ) |
| | ) |
|     Defendant. | |

**PLAINTIFF'S  26(a)(3) DESIGNATION OF EXHIBITS**

COMES NOW the Plaintiff, by counsel, and hereby designates the following exhibits pursuant to Fed R. Civ. R. 26(a)(3) as follows:

1. BMW Financial Services Retail Installment Sale Contract dated May 29, 2009 for VIN#WBAPN73569A265980.

2. Odometer Disclosure Statement for VIN#WBAPN73569A265980.

3. List of Repairs.

4. BMW's Summary Repair History.

5. BMW's Service Request Details.

6. BMW's repair records for service invoice dated 5/31/09.

7. BMW's repair records for service invoice dated 7/9/09.

8. Plaintiff's copy of service invoice dated 9/15/09.

9. BMW's repair records for service invoice dated 9/16/09.

10. Plaintiff's copy of service invoice dated 11/23/09.

11. BMW's repair records for service invoice dated 11/23/09.

12. Plaintiff's copy of service invoice dated 12/28/09.

13. BMW's repair records for service invoice dated 12/28/09.

14. Plaintiff's copy of service invoice dated 2/1/10.

15. BMW's repair records for service invoice dated 2/1/10.

16. Plaintiff's copy of service invoice dated 2/26/10.

17. BMW's repair records of service invoice dated 2/26/10.

18. Plaintiff's copy of service invoice dated 4/1/10.

19. Plaintiff's copy of service invoice dated 4/30/12.

20. BMW's repair records for service invoice dated 4/30/10.

21. Plaintiff's copy of service invoice dated 6/4.10.

22. BMW's repair records dated 6/1/10.

23. Plaintiff's copy of service invoice dated 6/30/10.

24. BMW's repair records dated 6/25/10.

25. Plaintiff's copy of service invoice dated 7/2/10.

26. BMW's repair records dated 6/30/10.

27. Plaintiff's copy of service invoice dated 7/27/10.

28. BMW's repair records for service invoice dated 7/27/10.

29. Plaintiff's copy of service invoice dated 8/17/10.

30. BMW's repair records for service invoice dated 8/17/10.

31. Plaintiff's copy of service invoice dated 9/2/10.

32. BMW's repair records for service invoice dated 9/2/10.

33. Plaintiff's copy of service invoice dated 10/22/10.

34. BMW's repair records for service invoice dated 10/22/10.

35. Plaintiff's copy of service invoice dated 12/20/10.

36. Plaintiff's copy of service invoice dated 1/26/11.

37. Plaintiff's copy of service invoice dated 2/17/11.

38. Plaintiff's copy of service invoice dated 3/31/11.

39. Plaintiff's copy of service invoice dated 5/6/11.

40. Plaintiff's copy of service invoice dated 8/9/12.

41. BMW's Service and Warranty Information manual for 2009 3 Series Diesel vehicle.

42. Photos of gas station pumps where Plaintiff obtained fuel for her vehicle.

43. Plaintiff's Auto Policy bills for years 2009 – 2012.

44. Plaintiff's Personal Property Tax bill, from County of Isle of Wight.

45. Expert witness report of Randy S. Baker, Sr., Virginia's Transportation Claims Service.

46. Rebuttal expert witness report of Randy S. Baker, Sr., Virginia Transportation Claims Service.

47. Plaintiff's Amended Complaint.

48. Defendant's Answer to Plaintiff's Amended Complaint.

49. Defendant's Responses to Plaintiff's Interrogatories.

50. Defendant's Responses to Plaintiff's Request for Production of Documents.

                         Respectfully Submitted,

                         KAREN WHITE,

                         _____/s/_____
                         Leonard A. Bennett, Esq.
                         VSB #37523
                         Attorney for Plaintiff
                         CONSUMER LITIGATION ASSOCIATES, P.C.
                         763 J. Clyde Morris Boulevard, Suite 1-A
                         Newport News, VA 23601
                         (757) 930-3660 - Telephone
                         (757) 930-3662 – Facsimile
                         lenbennett@clalegal.com

### ***CERTIFICATE OF SERVICE***

      I hereby certify that on this 31st day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
Email: christopher.dalton@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
Email: jderose@lindabury.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

John H. Korns
Buchanan Ingersoll & Rooney PC (DC)
1700 K Street NW
Suite 300
Washington, DC 20006-3807
Email: john.korns@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
Email: rosemary.bruno@bipc.com


                    /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com