# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| Karen White, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 3:12-CV-00115-REP |
| v. | : |
| | : |
| BMW of North America, LLC, | : |
| | : |
| Defendant. | : |

## DEFENDANT'S DISCOVERY DESIGNATIONS

COMES NOW Defendant, BMW of North America, LLC, and hereby designates the following discovery:

1. Defendant's Interrogatories

2. Defendant's Requests for Production

3. Plaintiff's Objections to Defendant's Interrogatories

4. Defendant's Rule 26(a)(1) Initial Disclosures.

Dated:  September 5, 2012           /s/ Rachel Elsby
                                                                          Rachel Jane Elsby (VSB #81389)
                                                                          BUCHANAN INGERSOLL & ROONEY, PC
                                                                          1737 King Street, Suite 500
                                                                          Alexandria, Virginia  22314-2727
                                                                          Telephone:  703-299-6927
                                                                           Facsimile:   703-836-2021
                                                                           rachel.elsby@bipc.com

        James DeRose, *pro hac vice*
        Anne Burris, *pro hac vice*
        LINDABURY MCCORMICK ESTABROOK &
        COOPER, PC
        53 Cardinal Drive, PO Box 2369
        Westfield, NJ 07091
        Telephone: 908-233-6800
        Facsimile: 908-233-5078
        jderose@lindabury.com
        aburris@lindabury.com

        *Counsel for Defendant BMW of NA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2012, I will electronically file the foregoing DEFENDANT'S DISCOVERY DESIGNATIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

    Leonard A. Bennett, Esq.
    Susan Rotkis, Esq.
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    srotkis@clalegal.com
    lenbennett@clalegal.com
    Phone: 757-930-3660
    Fax: 757-930-3662

        /s/ Rachel Elsby_____
        Rachel Jane Elsby (VSB #81389)
        BUCHANAN INGERSOLL & ROONEY, PC
        1737 King Street, Suite 500
        Alexandria, Virginia 22314-2727
        Telephone: 703-299-6927
        Facsimile: 703-836-2021
        rachel.elsby@bipc.com

        *Counsel for Defendant BMW of NA, LLC*