**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

_____

|                                                  |   |                                      |
|--------------------------------------------------|---|--------------------------------------|
|                                                  | : |                                      |
| Karen White,                                     | : |                                      |
|                                                  | : |                                      |
| Plaintiff,                                       | : |                                      |
|                                                  | : | CIVIL ACTION NO. 3:12-CV-00115-REP   |
| v.                                               | : |                                      |
|                                                  | : |                                      |
| BMW of North America, LLC,                       | : |                                      |
|                                                  | : |                                      |
| Defendant.                                       | : |                                      |
|                                                  | : |                                      |

_____


**DEFENDANT'S DESIGNATION OF EXHIBITS**

COMES NOW Defendant, BMW of North America, LLC, and hereby designates the

following exhibits pursuant to Fed. R. Civ. P. 26(a)(3):


2001.    Defendant's Rule 26(a)(1) Initial Disclosures

2002.    Defendant's Expert Report of Brian Sime

2003.    Supplemental Expert Report of Brian Sime

2004.    White/Sundy Sales Agreement

2005.    Summary History Display dated 12/12/2010

2006.    Report Orders/Service Documents 336135 (09/10/2010)

2007.    Report Orders/Service Documents 333133 (08/30/2010)

2008.    Report Orders/Service Documents 326814 (08/07/2010)

2009.    Report Orders/Service Documents 320848 (07/20/2010)

2010.    Report Orders/Service Documents 314944 (06/30/2010)

2011.     Report Orders/Service Documents 306158 (06/01/2010)

2012.     Report Orders/Service Documents 296492 (04/28/2010)

2013.     Report Orders/Service Documents 277115 (02/19/2010)

2014.     Report Orders/Service Documents 272184 (02/01/2010)

2015.     Report Orders/Service Documents 263177 (12/28/2009)

2016.     Report Orders/Service Documents 254170 (11/19/2009)

2017.     Report Orders/Service Documents 237874 (09/16/2009)

2018.     Report Orders/Service Documents 218973 (07/09/2009)

2019.     Report Orders/Service Documents 208177 (05/30/2009)

2020.     Quality Certification

2021.     Service and Warranty Information 2009 3 Series Diesel

2022.     Service Request Detail #: S00926404842

2023.     Service Request Detail #: 201032600366

2024.     Vehicle Data Report dated 12/15/2010

2025.     Report Orders/Service Documents 288728 (04/01/2010)

2026.     Report Orders/Service Documents 350492 (10/30/2010)

2027.     Report Orders/Service Documents 373244 (01/25/2011)

2028.     Report Orders/Service Documents 378793 (02/15/2011)

2029.     Report Orders/Service Documents 387811 (03/18/2011)

2030.     Report Orders/Service Documents 399294 (05/02/2011)

2031.     Report Orders/Service Documents 524660 (08/03/2012)

Dated:  September 6, 2012

/s/ Rachel Elsby

Rachel Jane Elsby (VSB #81389)
BUCHANAN INGERSOLL & ROONEY, PC
1737 King Street, Suite 500
Alexandria, Virginia  22314-2727
Telephone:  703-299-6927
Facsimile:  703-836-2021
rachel.elsby@bipc.com

James DeRose, *pro hac vice*
Anne Burris, *pro hac vice*
LINDABURY MCCORMICK ESTABROOK &
COOPER, PC
53 Cardinal Drive, PO Box 2369
Westfield, NJ 07091
Telephone: 908-233-6800
Facsimile: 908-233-5078
jderose@lindabury.com
aburris@lindabury.com

*Counsel for Defendant BMW of NA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2012, I will electronically file the

foregoing DEFENDANT'S DESIGNATION OF EXHIBITS with the Clerk of Court using the

CM/ECF system which will send notification of such filing via Notification of Electronic Filing

(NEF) to the following:

>Leonard A. Bennett, Esq.
>Susan Rotkis, Esq.
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA  23601
>srotkis@clalegal.com
>lenbennett@clalegal.com
>Phone:  757-930-3660
>Fax:  757-930-3662

>/s/ Rachel Elsby
>Rachel Jane Elsby (VSB #81389)
>BUCHANAN INGERSOLL & ROONEY, PC
>1737 King Street, Suite 500
>Alexandria, Virginia  22314-2727
>Telephone:  703-299-6927
>Facsimile:  703-836-2021
>rachel.elsby@bipc.com

>*Counsel for Defendant BMW of NA, LLC*

4