IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

    Plaintiff,

v.                                             Civil Action No. 3:12cv115

BMW OF NORTH AMERICA, LLC,

    Defendant.

## ORDER

Plaintiff's counsel requested oral argument on the pending motions in this case. The Court will hear oral argument in all pending motions at the Final Pretrial Conference on September 17, 2012 at 2:00 p.m. in Courtroom 5300. For a full and fair review in preparation for the hearing, the Court ORDERS that briefing on the pending motions be concluded no later than 5:00 p.m. on Wednesday, September 12, 2012.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                              /s/
                                                        M. Hannah Lauck
                                                    United States Magistrate Judge

Richmond, Virginia
Date: 9-7-12