IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Karen White, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 3:12-CV-00115-REP |
| v. | : |
| BMW of North America, LLC, | : |
| Defendant. | : |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FOURTH MOTION *IN LIMINE***

Plaintiff's Fourth Motion *in Limine* (Doc. No. 58) challenges the qualifications of Defendant's expert, Mr. Sime, regarding his qualifications to opine on the value of a vehicle pursuant to Fed. R. Evid. 702.  Because Mr. Sime is an experienced and qualified expert, Plaintiff's Fourth Motion *in Limine* should be denied.

Under Rule 702, a witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:  (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case.  As a general matter, the qualifications of a witness to render expert testimony are to be liberally judged under Rule 702. *United States v. Perkins*, 470 F.3d 150, 157 (4th Cir. Va. 2006) (quoting *United States v. Figueroa–Lopez*, 125 F.3d 1241, 1246–47 (9th Cir. 1997)).

As is clear from the CV of Defendant's expert, Mr. Sime has worked for Defendant in various capacities since 1988. He is unquestionably knowledgeable in all aspects of automotive engineering, repair, maintenance, operation and valuation, as well as BMW NA's policies and procedures as they relate to same. As a Technical Services Engineer, Mr. Sime also serves as a liaison between consumers, dealers and BMW NA. He works to determine causes of vehicle concerns and appropriate responses thereto. In his various roles, Mr. Sime has regularly evaluated customer concerns, including considering the value of the car in view of its repair history and recommending action in view of both the cost and the value of the car. As a result, Mr. Sime is highly qualified to opine on the effect various repairs may have on the value of Plaintiff's car.

More importantly, Mr. Sime, as an automotive expert, was certainly as qualified to review Kelly Blue Book and other valuation guides, as Plaintiff's "expert." Kelly Blue Book is widely used in the industry and affords even individuals with no expertise the ability to determine the present value of a used vehicle.

For the above reasons, Plaintiff's motion should be denied.

Respectfully submitted,

Dated: September 10, 2012

/s/ Rachel Elsby
Rachel Jane Elsby (VSB #81389)
BUCHANAN INGERSOLL & ROONEY, PC
1737 King Street, Suite 500
Alexandria, Virginia 22314-2727
Telephone: 703-299-6927
Facsimile: 703-836-2021
rachel.elsby@bipc.com

        James DeRose, *pro hac vice*
        Anne Burris, *pro hac vice*
        LINDABURY MCCORMICK ESTABROOK &
        COOPER, PC
        53 Cardinal Drive, PO Box 2369
        Westfield, NJ 07091
        Telephone: 908-233-6800
        Facsimile: 908-233-5078
        jderose@lindabury.com
        aburris@lindabury.com

        *Counsel for Defendant BMW of NA, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of September 2012, I electronically filed the foregoing DEFENDANT'S OPPOSITION TO PLAINTIFF'S FOURTH MOTION *IN LIMINE* with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

    Leonard A. Bennett, Esq.
    Susan Rotkis, Esq
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA  23601
    srotkis@clalegal.com
    lenbennett@clalegal.com
    Phone:  757-930-3660
    Fax:  757-930-3662

        /s/ Rachel Elsby
        Rachel Jane Elsby (VSB #81389)
        BUCHANAN INGERSOLL & ROONEY, PC
        1737 King Street, Suite 500
        Alexandria, Virginia  22314-2727
        Telephone:  703-299-6927
        Facsimile:   703-836-2021
        rachel.elsby@bipc.com

        *Counsel for Defendant BMW of NA, LLC*