### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |  |
|---|---|---|
| Karen White, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 3:12-CV-00115 |
| v. | : | |
| | : | |
| BMW of North America, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DEFENDANT'S PROPOSED *VOIR DIRE*

Defendant, BMW of North America, LLC, through its undersigned counsel hereby requests the following additional *voir dire*:

l.      Have any of you or your immediate family members ever brought a lawsuit against an automobile manufacturer and/or and automobile importer/distributor and/or an automobile dealership?  If so, please explain the details.

2.      Are any of you current or former owners of BMW vehicles?

3.      If so, have any of you or your immediate family members encountered any problems with respect to the operation and safety of that vehicle or any of its parts or components and/or do you have any negative feelings regarding that vehicle?  If yes, explain details.

4.      If you and/or any of your immediate family members have had negative

experiences with BMW/mini automobiles, would those experiences and your feelings in

any way color or impact your feelings towards the defendant in this case?

5.      Do any of you have negative feelings towards imported car manufacturers

and/or importers/distributors and/or imported car dealerships?  If yes, please explain.

6.      Would the fact that the defendant in this matter sells imported vehicles in

any way color or impact your feelings towards the defendant?

7.      Does the fact that the plaintiff in this case is an individual and the defendant

is a corporation/business cause you to believe that you will not be able to view this case in

a fair and impartial manner?

8.   Have you or any immediate family members ever been employed by an

automobile manufacturer and/or an automobile importer/distributor and/or an automobile

dealership or service facility?  If yes, name the company or dealership and state what

position in which you or your immediate family members were employed.

9.      During the trial, the plaintiff will have the opportunity to present her case to

you first and the defendant will have an opportunity to present its case afterwards – will

you wait until all of the evidence is in before deciding the case?

10.   Just because the plaintiff has filed a lawsuit against defendant does not mean

that she is entitled to recovery here, does it?

11.    Will you require the plaintiff to prove her case by a preponderance of the

evidence and follow the instructions the Judge gives you?


Dated:   September 10, 2012                    /s/ Rachel Elsby_ _____
                                               Rachel Jane Elsby (VSB #81389)
                                               BUCHANAN INGERSOLL & ROONEY, PC
                                               1737 King Street, Suite 500
                                               Alexandria, Virginia  22314-2727
                                               Telephone:  703-299-6927
                                               Facsimile:   703-836-2021
                                               rachel.elsby@bipc.com

                                               James DeRose, *pro hac vice*
                                               Anne Burris, *pro hac vice*
                                               LINDABURY MCCORMICK ESTABROOK &
                                               COOPER, PC
                                               53 Cardinal Drive, PO Box 2369
                                               Westfield, NJ 07091
                                               Telephone: 908-233-6800
                                               Facsimile: 908-233-5078
                                               jderose@lindabury.com
                                               aburris@lindabury.com

                                               *Counsel for Defendant BMW of NA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2012, I electronically filed the foregoing DEFENDANT'S PROPOSED *VOIR DIRE* with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

Leonard A. Bennett, Esq.
Susan Rotkis, Esq
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601
srotkis@clalegal.com
lenbennett@clalegal.com
Phone:  757-930-3660
Fax:  757-930-3662

/s/ Rachel Elsby_____
Rachel Jane Elsby (VSB #81389)
BUCHANAN INGERSOLL & ROONEY, PC
1737 King Street, Suite 500
Alexandria, Virginia  22314-2727
Telephone:  703-299-6927
Facsimile:   703-836-2021
rachel.elsby@bipc.com

*Counsel for Defendant BMW of NA, LLC*