IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHITE,**

    **Plaintiff,**

v.                                **CIVIL ACTION NO. 3:12cv00115**

**BMW OF NORTH AMERICA, LLC.,**

    **Defendant**

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DISCOVERY DESIGNATIONS

    COMES NOW, the Plaintiff, KAREN WHITE, by counsel, and objects to Defendant's Discovery Designations as follows:

    1. Defendant's Interrogatories. Plaintiff objects on the following grounds:

        (a) Fed. R. Evid. 402 (Irrelevant);

        (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

    2. Defendant's Request for Production of Documents. Plaintiff objects on the following grounds:

        (a) Fed. R. Evid. 402 (Irrelevant);

        (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

    3. Plaintiff's Objections to Defendant's Interrogatories. Plaintiff objects on the following grounds:

        (a) Fed. R. Evid. 402 (Irrelevant);

        (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

    4. Defendant's Rule 26(A)(1) Initial Disclosures. Plaintiff objects on the following grounds:

    (a) Fed. R. Evid. 402 (Irrelevant);

    (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

Respectfully submitted,
**KAREN WHITE,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of September, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5611
Fax: (908) 233-5078
Email: jderose@lindabury.com

                                   /s/
                                 LEONARD A. BENNETT, VSB#37523
                                 SUSAN M. ROTKIS, VSB#40693
                                 CONSUMER LITIGATION ASSOCIATES, P.C.
                                 Attorney for Plaintiff
                                 763 J. Clyde Morris Boulevard, Suite 1-A
                                 Newport News, Virginia 23601
                                 (757) 930-3660 - Telephone
                                 (757) 930-3662 – Facsimile
                                 Email:  lenbennett@clalegal.com