IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

    Plaintiff,

v.                                                 Civil Action No. 3:12cv115

BMW OF NORTH AMERICA, LLC,

    Defendant.

## ORDER

The Court is cognizant that the Plaintiffs seek argument on their pending motions in limine and motion for summary judgment, and that oral argument is scheduled for Monday, September 17, 2012 at 2:00 p.m.

A preliminary review of the motion suggests that all motions will be denied in whole or part. Because trial will proceed as scheduled on October 1 and 2, the Court orders the parties to contact the Hon. David J. Novak by the close of business today to engage in a settlement conference on the morning of September 17, 2012 before oral argument on the pending motions and the final pretrial conference.

Let the Clerk send a copy of this Order to all counsel of record and to the Hon. David J. Novak.

It is so ORDERED.

                                                               /s/
                                                   M. Hannah Lauck
                                            United States Magistrate Judge

Richmond, Virginia
Date: September 12, 2012