IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Karen White, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:12-CV-00115-REP |
| v. | : |
| BMW of North America, LLC, | : |
| Defendant. | : |

**DEFENDANT'S RULE 26(a)(3) DESIGNATION OF WITNESSES**

COMES NOW the Defendant, by counsel, and hereby designates the following witnesses pursuant to Fed R. Civ. P. 26(a)(3) as follows:

1. Karen White – Plaintiff.

2. David Lee White – Plaintiff's husband.

3. Marilyn Victoria Sundy – Party to Agreement, dated January 21, 2011, with Karen White relating to purchase of the 2009 BMW 335d by Marilyn Victoria Sundy from Karen White.

4. Brian Sime – BMW of North America, LLC, Technical Service Engineer.

5. James Lewis - Customer Service Advisor, Casey BMW.

6. Michael Kline - Customer Service Advisor, Casey BMW.

7.       Parties to this action; employees, agents and servants of parties to this action; Plaintiff's experts, Defendant's experts; persons named in Answers to Interrogatories; persons named in documents produced by various parties to this action.

Respectfully submitted,

Dated:   September 12, 2012

/s/ Rachel Elsby_ 
Rachel Jane Elsby (VSB #81389)
BUCHANAN INGERSOLL & ROONEY, PC
1737 King Street, Suite 500
Alexandria, Virginia  22314-2727
Telephone:  703-299-6927
Facsimile:   703-836-2021
rachel.elsby@bipc.com

James DeRose, *pro hac vice*
Anne Burris, *pro hac vice*
LINDABURY MCCORMICK ESTABROOK & COOPER, PC
53 Cardinal Drive, PO Box 2369
Westfield, NJ 07091
Telephone: 908-233-6800
Facsimile: 908-233-5078
jderose@lindabury.com
aburris@lindabury.com

*Counsel for Defendant BMW of NA, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of September 2012, I electronically filed the foregoing DEFENDANT'S RULE 26(a)(3) DESIGNATION OF WITNESSES with the Clerk of Court using the CM/ECF system which will send notification of such filing via Notification of Electronic Filing (NEF) to the following:

    Leonard A. Bennett, Esq.
    Susan Rotkis, Esq
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    srotkis@clalegal.com
    lenbennett@clalegal.com
    Phone: 757-930-3660
    Fax: 757-930-3662

    /s/ Rachel Elsby_____
    Rachel Jane Elsby (VSB #81389)
    BUCHANAN INGERSOLL & ROONEY, PC
    1737 King Street, Suite 500
    Alexandria, Virginia 22314-2727
    Telephone: 703-299-6927
    Facsimile: 703-836-2021
    rachel.elsby@bipc.com

    *Counsel for Defendant BMW of NA, LLC*