IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAREN WHITE,**

    **Plaintiff,**

v.                                CIVIL ACTION NO. 3:12cv00115

**BMW OF NORTH AMERICA, LLC.,**

    **Defendant**

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME IN WHICH TO DESIGNATE WITNESS

    COMES NOW, the Plaintiff, KAREN WHITE, by counsel, in support of her Motion for Enlargement of time in which to designate a witness and states as follows:

    On September 10, 2012, Plaintiff identified her witnesses that she intends to use at the trial of this matter. Pursuant to the Court's Pretrial Order, September 10, 2012 was the deadline in which Plaintiff was to designate her witnesses, however, Plaintiff just today has been advised by a technician of Casey BMW that the engine that BMW replaced in her automobile must again be torn down and repaired.

    Plaintiff listed "representative of Casey Auto Group/Casey BMW" within her list of witnesses previously designated and therefore, the Defendant will not be prejudiced by this late designation.

    Plaintiff therefore requests the Court's entry of the proposed Order attached to her Motion.

Respectfully submitted,
**KAREN WHITE,**

    /s/
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of September, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5611
Fax: (908) 233-5078
Email: jderose@lindabury.com

                                                                                                         /s/
LEONARD A. BENNETT, VSB#37523
SUSAN M. ROTKIS, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com