**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**KAREN WHITE,**

        **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 3:12cv00115**

**BMW OF NORTH AMERICA, LLC.,**

        **Defendant**

<u>PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DESIGNATION OF WITNESSES</u>

COMES NOW, the Plaintiff, KAREN WHITE, by counsel, and objects to Defendant's Designation of Witnesses as follows:

5. James Lewis –Customer Service Advisor, Casey BMW. **Plaintiff's objects to Defendant's designation pursuant to Rule 37(c)(1) as Defendant has not timely disclosed prospective witness in accordance with Rule 26(a)(1) and Rule 26(e).**

6. Michael Kline – Customer Service Advisor, Casey BMW. **Plaintiff's objects to Defendant's designation pursuant to Rule 37(c)(1) as Defendant has not timely disclosed prospective witness in accordance with Rule 26(a)(1) and Rule 26(e).**

7. Parties to this action; employees, agents and servants of parties to this action; Plaintiff's expert, Defendant's expert; persons named in Answers to Interrogatories; persons named in documents produced by various parties to this action. **Plaintiff objects to Defendant's designation pursuant to Rule 37(c)(1) as Defendant has not timely disclosed prospective witness in accordance with Rule 26(a)(1) and Rule 26(e).**

Respectfully submitted,
**KAREN WHITE,**

_____/s/_____
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5611
Fax: (908) 233-5078
Email: jderose@lindabury.com

_____/s/_____
LEONARD A. BENNETT, VSB#37523
SUSAN M. ROTKIS, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
