**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**KAREN WHITE,**

      **Plaintiff,**

v.                                       **CIVIL ACTION NO. 3:12cv00115**

**BMW OF NORTH AMERICA, LLC.,**

      **Defendant**

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EHIBITS

COMES NOW, the Plaintiff, KAREN WHITE, by counsel, and objects to Defendant's Exhibits as follows:

1. Defendant's Exhibit 2001 (Defendant BMWNA's F.R.C.P. 26(A)(1) Disclosures. Plaintiff objects on the following grounds:

    (a) Fed. R. Evid. 402 (Irrelevant);

    (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

2. Defendant's Exhibit 2002 (Defendant's Expert Report of Brian Sime). Plaintiff objects on the following grounds:

    (a) Fed. R. Evid. 402 (Irrelevant);

    (b) Fed. R. Evid. 403 (Unfairly prejudicial and confusing);

    (c) Fed. R. Evid. 701 (Not an expert);

    (d) Fed. R. Evid. 703 (Expert report based on inadmissible documents and facts);

    (e) Rule 37(c) (1).

Respectfully submitted,
**KAREN WHITE,**


      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan Rotkis, Esq. VSB #40639
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*


**CERTIFICATE OF SERVICE**

     I hereby certify that on this 12th day of September, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Anne Steel Burris
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5641
Fax: (908) 233-5078
Email: aburris@lindabury.com

Case 3:12-cv-00115-MHL-DJN Document 93 Filed 09/12/12 Page 3 of 3 PageID# 1095

Christopher James Dalton
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102 (973) 424-5614
Fax: (973) 273-9430
Email: christopher.dalton@bipc.com

Rachel Jane Elsby
Buchanan Ingersoll & Rooney PC (VA)
1737 King St
Suite 500
Alexandria, VA 22314-2727
703-836-6620
Fax: 703-836-2021
Email: Rachel.Elsby@bipc.com

Rosemary Joan Bruno
Buchanan Ingersoll & Rooney PC (NA-NJ)
550 Broad Street
Suite 810
Newark, NJ 07102
(973) 424-5600
Fax: (973) 273-9430
Email: rosemary.bruno@bipc.com

James Domenic DeRose
Lindabury McCormick Estabrook & Cooper
53 Cardinal Drive
PO Box 2369
Westfield, NJ 07091
(908) 301-5611
Fax: (908) 233-5078
Email: jderose@lindabury.com

                                                    /s/
                                  LEONARD A. BENNETT, VSB#37523
                                SUSAN M. ROTKIS, VSB#40693
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                Attorney for Plaintiff
                                763 J. Clyde Morris Boulevard, Suite 1-A
                                Newport News, Virginia 23601
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                Email: lenbennett@clalegal.com