IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN WHITE,

    **Plaintiff**

v.                                                             CIVIL NO. 3:12-cv-115

BMW of NORTH AMERICA, LLC.,

    **Defendant,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **KAREN WHITE**, and the Defendant **BMW of NORTH AMERICA, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *BMW of NORTH AMERICA, LLC.*, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against **BMW of NORTH AMERICA, LLC.**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this ___ day of _____, 2012.

_____
                                              JUDGE

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*


_____
Rachel Jane Elsby, Esquire
Buchanan Ingersoll & Rooney, PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6620
Facsimile: (703) 836-2021
E-mail: Rachel.Elsby@bipc.com

*Counsel for Defendant*